IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**FLEXFAB, L.L.C.,** a Michigan Limited Liability Company, successor to Flexible Horizons International, Inc., d/b/a Flexfab

Plaintiff,

v.

**UNITED STATES OF AMERICA**,

Defendant.

Case No. 02-1096 C

Hon. Lawrence J. Block

**CERTIFICATE OF SERVICE**

VARNUM, RIDDERING, SCHMIDT
& HOWLETT LLP
Perrin Rynders (P38221)
Mark E. Hills (P47524)
Attorneys for Plaintiff
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
(616) 336-7000 – Facsimile

Kathleen Kohl
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington DC 20530
Attn: Classification Unit
1100 L Street NW, 8th Floor
(202)307/0277
(202)514-8624 – Facsimile

The undersigned certifies that two sets of Plaintiff's First Set of Requests for Admission, First Set of Interrogatories, and Request for Production were served on the following party by placing a copy of same in the U.S. mail in Grand Rapids, Michigan on the 4th day of June, 2003:

Kathleen Kohl
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington DC 20530
Attn: Classification Unit
1100 L Street NW, 8th Floor

s/Perrin Rynders
Perrin Rynders

::ODMA\PCDOCS\GRR\841244\1