IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLEXFAB, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-940C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and Rule 26 of the Rules of the United States Court of Federal Claims, the United States respectfully requests a modification of the discovery schedule in this matter. Specifically, defendant requests that the period of written discovery be enlarged by 31 days, to and including July 28, 2003. Written discovery is presently scheduled to conclude on June 27, 2003. This is defendant's first request for an enlargement of time for this purpose. Government counsel has advised plaintiff's counsel of this request. Counsel for Flexfab does not oppose this motion.

On June 4, 2003, plaintiff served plaintiff's first set of requests for admissions, first set of request for interrogatories and first set of request for production of documents. Therefore, defendant's response is due on July 7, 2003, outside of the written discovery deadline. Counsel for the Government will require several weeks to complete the defendant's response to plaintiff's discovery requests due to the press of other matters before this Court and the United States Court of Appeals for the

Federal Circuit.

In addition, defendant's counsel served defendant's first request for production of documents and interrogatories on June 25, 2003. Therefore, plaintiff's responses are due on July 25, 2003, outside of the written discovery deadline.

During the past 30 days, in addition to her responsibilities in this case, Government counsel has, in addition to her responsibilities in this case, recently devoted substantial time to, among other matters, preparing an answer in White Sands Construction, Inc. v. United States, Fed. Cl. No. 03-101, which was due on May 30, 2003; preparing a joint preliminary status report in Boland v. United States, Fed. Cl. No. 02-1249, which was due on May 30, 2003; researching and preparing a reply to plaintiff's opposition to defendant's motion to dismiss and, in the alternative, motion for judgment upon the administrative record in Loeh v. United States, Fed. Cl. No. 02-895, which was due on June 17, 2003; preparing opposition to a motion to compel in Brunner v. The United States, Fed. Cl. No. 98-554, which was due on June 23, 2003; attending two status conferences in Boland, Inc. v. The United States, Fed. Cl. No. 02-1249, on June 19, 2003 and June 26, 2003; researching and preparing a motion to dismiss and in the alternative, a motion for judgment upon the administrative record in Mazon v. Department of the Army, Fed. Cl. No. 03-264, which is due on June 27, 2003.

During the next 30 days, Government counsel will be researching and preparing an informal brief in Fernandez v. Department of the Army, Fed. Cir. No. 03-3188, which is due on July 1, 2003; preparing a formal brief in Downing v. Department of Labor, Fed. Cir. No. 03-3131, which is due on July 7, 2003; completing document discovery in MDC Builders, Inc., et al. v. The United States, Fed. Cl. No. 02-940C, which is due on July 14, 2003; preparing a joint preliminary status report in White Sands, Inc. v. The United States, Fed. Cl. No. 03-101, which is due on July 18, 2003; preparing a formal brief in Rosette v. The Office of Personnel Management, Fed. Cir. No. 03-3023, which is due on July 21, 2003; preparing an answer in Brandon Kel One Feather, et al. v. The United States, Fed. Cl. No. 03-800, which is due on July 25, 2003; negotiating settlement in Bates, et al. v. The United States, Fed. Cl. No. 00-271.

For the foregoing reasons, defendant respectfully requests that the Court grant this request for a 31-day enlargement of time, to and including July 28, 2003, of the written discovery period.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/

HAROLD D. LESTER, JR.
Assistant Director

s/

KATHLEEN A. KOHL
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202)353-7978

June 27, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on the 27 day of June, 2003, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" as follows:

Mark E. Hills, Esq.
Perrin Rynders, Esq.
Varnum, Riddering, Schmidt & Howlett
P.O. Box 352
Grand Rapids, MI 49501-0352

s/