IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLEXFAB, LLC, Plaintiff, | ) | No. 02-1096C (Judge Block) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and Rule 26 of the Rules of the United States Court of Federal Claims, the United States respectfully requests a modification of the discovery schedule in this matter. Specifically, defendant requests that the period of discovery be enlarged by 29 days, to and including September 26, 2003. Discovery is currently scheduled to conclude on August 27, 2003. This is defendant's second request for an enlargement of time for this purpose. Government counsel has advised plaintiff's counsel of this request. Counsel for Flexfab has stated that it opposes this motion.

The enlargement is requested for the following reasons. On August 1, 2003, the undersigned counsel was transferred this case from Kathleen Kohl, who will be on maternity leave as of August 15, 2003. The undersigned requires additional time within which to review the case file, consult with the agency, and prepare witnesses for deposition.

During the past 30 days, in addition to her responsibilities in this case, Government counsel has recently devoted substantial

time to, among other matters, preparing and appearing for oral argument in SNR v. United States, CIT No. 01-00686 (oral argument held on July 30, 2003); preparing and appearing for oral argument in Poster v. DVA, Fed. Cir. No. 03-3062 (oral argument held on August 8, 2003); and preparing written discovery responses in Union Pacific Railroad Corp. v. United States, Fed. Cl. No. 01-490C.

During the next 30 days, Government counsel will be researching and preparing an informal brief in Davis v. OPM, Fed. Cir. No. 02-3383, which is due on August 22, 2003; preparing the Government's answer in Sussman v. United States, Fed. Cl. No. 03-1615C, which is due on August 28, 2003; preparing the Government's brief in Wanner v. DVA, Fed. Cir. No. 02-7169, which is due on September 5, 2003; preparing the Government's petition for rehearing in Motorola Ceramic Products v. United States, Fed. Cir. No. 02-1223, which is due on September 8, 2003; completing document discovery and preparing the Government's motion for summary judgment in Union Pacific Railroad Corp. v. United States, Fed. Cl. No. 01-490C, which is due on September 29, 2003.

For the foregoing reasons, defendant respectfully requests that the Court grant this request for a 29-day enlargement of time, to and including September 26, of the discovery period.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/Claudia Burke

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202)353-7978

August 15, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on the 15th day of August, 2003, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke