IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**FLEXFAB, L.L.C.,** a Michigan Limited Liability Company, successor to Flexible Horizons International, Inc., d/b/a Flexfab

Plaintiff,

v.

**UNITED STATES OF AMERICA**,

Defendant.

Case No. 02-1096 C

Hon. Lawrence J. Block

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
Perrin Rynders (P38221)
Mark E. Hills (P47524)
Attorneys for Plaintiff
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
(616) 336-7000 – Facsimile

Claudia Burke
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington DC 20530
Attn: Classification Unit
1100 L Street NW, 8th Floor
(202) 307-0277
(202) 514-8624 – Facsimile

## PLAINTIFF'S RESPONSE TO MOTION TO EXTEND DISCOVERY

Plaintiff FlexFab, LLC, hereby withdraws its previous objection to Defendant's Motion for Extension of Time to Complete Discovery. With consent of Defendant's Counsel, Flexfab

further requests an extension of the September 3, 2003, filing deadline for the Joint Status Report in this matter

VARNUM, RIDDERING, SCHMIDT & HOWLETTLLP

Date: September 2, 2003

By: s/Perrin Rynders
Perrin Rynders (P38221)
Mark E. Hills (P47524)

Business Address and Telephone:
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000

872177