IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**FLEXFAB, L.L.C.,** a Michigan Limited Liability Company, successor to Flexible Horizons International, Inc., d/b/a Flexfab

Plaintiff,

v.

**UNITED STATES OF AMERICA**,

Defendant.

Case No. 02-1096 C

Hon. Lawrence J. Block

VARNUM, RIDDERING, SCHMIDT
& HOWLETT LLP
Perrin Rynders (P38221)
Mark E. Hills (P47524)
Attorneys for Plaintiff
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
(616) 336-7000 – Facsimile

Claudia Burke
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington DC 20530
Attn: Classification Unit
1100 L Street NW, 8th Floor
(202)307/0277
(202)514-8624 – Facsimile

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN )
) ss.
COUNTY OF KENT )

The undersigned certifies that on the 2nd day of September, 2003, a copy of ***Plaintiff's Response to Motion to Extend Discovery*** was served by facsimile and regular U.S. first class mail with postage fully prepaid upon the following party:

Claudia Burke
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington DC 20530
Attn: Classification Unit
1100 L Street NW, 8th Floor

Dated: September 2, 2003

s/Perrin Rynders
Perrin Rynders