IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLEXFAB, LLC, Plaintiff, | ) | No. 02-1096C |
| v. | ) | (Judge Block) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and Rule 26 of the Rules of the United States Court of Federal Claims, the United States respectfully requests a modification of the discovery schedule in this matter. Specifically, defendant requests that the period of discovery be enlarged by 75 days, to and including December 10, 2003. Discovery is currently scheduled to conclude on September 26, 2003. This is defendant's third request for an enlargement of time for this purpose. Government counsel has contacted plaintiff's counsel regarding this request and has been informed that the plaintiff will not oppose this motion.

The enlargement is requested for the following reasons. On September 25, 2003, the undersigned counsel was informed by the agency, the Department of Defense, Defense Supply Center, Columbus ("DSCC"), that the agency recently discovered documents from the DSCC Small Business Office files on Capital City Pipes, the prime contractor in this case. These documents were requested by the plaintiff in its initial document request, but DSCC was unable to locate them. The documents were recently

discovered to have been in the Fraud unit of the agency, which had been conducting a criminal investigation. The agency now requires additional time to review these documents to determine whether any of them is responsive to plaintiff's requests. In addition, the Government counsel must review these documents before producing them to plaintiff.

Additional time is also necessary for the agency to make available one of its employees, Melinda Jeffries. Ms. Jeffries has been on medical leave for the past four weeks and is not expected to be available for deposition until at least mid-October. Because plaintiff has requested that she be made available, we request additional time.

Finally, during the next 30 days, Government counsel will be attending a mediated settlement conference at the Court of International Trade on October 14, 2003 in United States v. Global Transportation Incorporated, CIT No 01-00777; researching and preparing the Government's answer in Thrustmaster of Texas v. United States, Fed. Cl. No. 02-1420, due October 8, 2003; preparing the Government's formal brief in Wanner v. Department of Veterans Affairs, Fed. Cir. No. 03-7169, due October 9, 2003; and preparing the Government's motion for summary judgment in Union Pacific Railroad v. United States, Fed. Cl. No. 01-490, due on October 27, 2003. In addition, Government counsel will be out of the office from November 3 through November 14, 2003, for her

wedding.

For the foregoing reasons, defendant respectfully requests that the Court grant this request for a 75-day enlargement of time, to and including December 10, 2003, of the discovery period. Defendant also requests that the Court order that the Joint Status Report, due in this case on October 3, 2003, be filed after the extended discovery period closes.

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Claudia Burke

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202)353-7978

September 24, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on the 24th day of September, 2003, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" as follows:

Mark E. Hills, Esq.
Perrin Rynders, Esq.
Varnum, Riddering, Schmidt & Howlett
P.O. Box 352
Grand Rapids, MI 49501-0352

s/ Claudia Burke