IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLEXFAB, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-1096C<br>(Judge Block) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and Rule 26 of the Rules of the United States Court of Federal Claims, the United States respectfully requests a modification of the discovery schedule in this matter. Specifically, defendant requests that the period of discovery be enlarged by 37 days, to and including January 16, 2004. Discovery is currently scheduled to conclude on December 10, 2003. This is defendant's fourth request for an enlargement of time for this purpose. Government counsel has contacted plaintiff's counsel regarding this request and has been informed that the plaintiff will not oppose this motion.

The enlargement is requested for the following reasons. Additional time is necessary because the parties have had difficulty scheduling times when both counsel and witnesses could be available. Specifically, until November, one of the agency's witnesses, Melinda Jeffries, was unavailable for medical reasons. In addition, the undersigned was out of the office from November 4 until November 17, 2003. Since November 17, 2003, counsel have been unable to schedule the three depositions noticed by Flexfab

because of the Thanksgiving holiday. Further, the undersigned has had to remain in the office since the holiday to prepare for oral argument held on December 4, 2003 at the Federal Circuit, in Timken Co. v. United States, 03-1098, 03-1238.

The parties have scheduled Flexfab's three noticed depositions for December 8-10, 2003. However, there are additional discovery matters that must be conducted. Specifically, the undersigned must depose one of Flexfab's witnesses in Georgia. For this reason, the parties require additional time within which to schedule a convenient time to conduct this deposition.

Finally, during the next 30 days, Government counsel will be defending depositions in this case from December 8-10, 2003; preparing the Government's motion for summary judgment in Union Pacific Railroad v. United States, Fed. Cl. No. 01-490, due on December 12, 2003; researching and preparing the Government's answer in Sussman v. United States, Fed. Cl. No. 03-1615, due December 15, 2003; preparing the Government's answer in Forest Products Northwest, Inc. v. United States, Fed. Cl. No. 03-2485, due December 22, 2003; and preparing the Government's formal brief in Smith v. Department of Veterans Affairs, Fed. Cir. No. 03-7212, due December 22, 2003.

For the foregoing reasons, defendant respectfully requests that the Court grant this request for a 37-day enlargement of

time, to and including January 16, 2004, of the discovery period. Defendant also requests that the Court order that the Joint Status Report, due in this case on December 22, 2003, be filed after the extended discovery period closes.

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Claudia Burke

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202)353-7978

December 5, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on the 5th day of December, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" as follows:

Mark E. Hills, Esq.
Perrin Rynders, Esq.
Varnum, Riddering, Schmidt & Howlett
P.O. Box 352
Grand Rapids, MI 49501-0352

s/ Claudia Burke