IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLEXFAB, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-1096C<br>(Judge Block) |

JOINT STATUS REPORT

Pursuant to this Court's order dated October 2, 2003, the parties submit this joint status report.

Since the filing of the complaint by Flexfab L.L.C ("Flexfab") on August 28, 2002, the parties have engaged in written discovery including the exchange of interrogatories and document requests. Flexfab has completed the depositions of all individuals involved on behalf of the United States in this transaction. It is the United States' position that it was unable to complete depositions of Flexfab witnesses because this Court denied its unopposed motion for an enlargement of the discovery period. Discovery in this matter ended on December 10, 2003.

In addition to engaging in discovery, Flexfab has attempted to engage in settlement discussions. The United States has indicated that it does not believe that further settlement efforts will be productive at this time.

Both parties anticipate filing motions for summary judgment. The parties request that the Court’s briefing schedule permit

both parties to file simultaneous motions for summary judgment, with accompanying briefs, followed by the later filing of simultaneous reply/response briefs. To aid the Court, the parties request a telephonic scheduling conference with the Court to discuss a briefing schedule and any other matters the Court wishes to discuss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Perrin Rynders

PERRIN RYNDERS
Varnum, Riddering,
Schmidt & Howlett
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501
Tel: (616)336-6000
Fax: (616)336-7000

Attorney for Plaintiff

s/ Claudia Burke

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Department of Justice
Tel: (202) 307-1011
Fax: (202) 307-0972

Attorneys for Defendant

December 22, 2003