IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**FLEXFAB, L.L.C.,** a Michigan Limited Liability Company, successor to Flexible Horizons International, Inc., d/b/a Flexfab

Plaintiff,

v.

**UNITED STATES OF AMERICA**,

Defendant.

Case No. 02-1096 C

Hon. Lawrence J. Block

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
Perrin Rynders (P38221)
Mark E. Hills (P47524)
Attorneys for Plaintiff
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
(616) 336-7000 – Facsimile

Claudia Burke
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington DC 20530
Attn: Classification Unit
1100 L Street NW, 8th Floor
(202) 307-0277
(202) 514-8624 – Facsimile

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Flexfab, Inc. ("Flexfab") respectfully requests that this Court grant Summary Judgment in favor of the Plaintiff pursuant to Rule 56 of the Rules of the United States Court of Claims, upon the grounds that there are no genuine issues of material fact in dispute and the Plaintiff is entitled to judgment as a matter of law. In support of this Motion, Plaintiff relies upon

the pleadings filed, the following Brief and accompanying exhibits, Plaintiff's Proposed Findings of Uncontroverted Facts, and the Affidavits of Mathew DeCamp, Susan LaJoye and Henry Cook.

VARNUM, RIDDERING, SCHMIDT & HOWLETTLLP

Date: March _22_, 2004

By: /s/ Perrin Rynders `
Perrin Rynders (P38221)
Mark E. Hills (P47524)
Business Address & Telephone:
Bridgewater Place/P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000