IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**FLEXFAB, L.L.C.**, a Michigan Limited Liability Company, successor to Flexible Horizons International, Inc., d/b/a Flexfab

Plaintiff,

v.

**UNITED STATES OF AMERICA,**

Defendant.

Case No. 02-1096 C

Hon. Lawrence J. Block

**PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT E

**SECTION A**

[X] J AWARD/CONTRACT [ ] K

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) > | RATING: DOA1 | PAGE 01 OF PAGES 24

2. CONTRACT (Proc. Inst. Ident.) NO.: SP0740-99-C-1004

3. EFFECTIVE DATE: 99 JUN 29

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.: SEE ATTACHED

5. ISSUED BY — CODE SC0700

DEFENSE SUPPLY CENTER COLUMBUS
ATTN: DSCC-
3990 E. BROAD STREET, P.O. BOX 16704
COLUMBUS, OHIO 43216-5010

For Post Award Inquiries - See G01

6. ADMINISTERED BY — CODE S1109A

DCMC CLEARWATER
GADSEN BLDG SUITE 200
9549 KROGER BLVD
ST PETERSBURG FL 33702-2455

CD: PAS: YES

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, state and ZIP code)

CAPITAL CITY PIPES INC
1872 MILLS ST SUITE F
TALLAHASSEE FL 32310-0205

CAGE CODE 0NSZ5 | FACILITY CODE SEE SCHEDULE

8. DELIVERY
[X] FOB DESTINATION *See Section F
[ ] FOB ORIGIN [ ] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT
NET 30

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN > | Item: BLOCK 12

11. SHIP TO/MARK FOR — CODE

SEE SECTION B

12. PAYMENT WILL BE MADE BY: EFT: T — CODE S33181

DFAS COLUMBUS CENTER
ATTN: DFAS-CO-LSCAA
P O BOX 182317
COLUMBUS OH 43218-2317

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:

[X] 10 U.S.C. 2304 (c) ( 1 )
[ ] 41 U.S.C. 253 (c) ( )

14. ACCOUNTING AND APPROPRIATION DATA:

[ ] OTHER - See Sec G, Clause G03
[ ] CG: 97 x 4930.5CC0 000-26.0 S33-150
[ ] 97 x 4930.5CC0 000-22.1 S33-150 (Trans)
[ ] FMS 9711 x 8242 L009 4D 8401 GBL S380000 (Trans)

[ ] Award issued pursuant to the Small Business Competitiveness Demonstration Program.

CAUTION: Whenever only a portion of a Clause is set forth herein, or identified only by number and title, such portion shall not be construed as varying the meaning or intent of the entire Clause as it appears or is referred to in the Federal Acquisition Regulation (FAR) or DoD FAR Supplement.
Federal Acquisition Regulation (FAR) Clauses cited throughout this Contract by Clause Title, Number, and Date are incorporated herein by reference with the same force and effect as if set forth in full text.

[ ] SPECIAL REVIEW [ ] FMS REQUIREMENT

15G. TOTAL AMOUNT OF CONTRACT > $ 497241.28

16. TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 9 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH | |
| | C | DESCRIPTION/SPECS/WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | 10 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 9 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 9 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 9 | | L | INSTRS, CONDS. AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |


CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. [ ] CONTRACTORS NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ______ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. are listed herein.)

18. [X] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number SP0740-99-R-3025 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)

20A. NAME OF CONTRACTING OFFICER
ANITA L. LUICH

19B. NAME OF CONTRACTOR
BY ______ (Signature of person authorized to sign)

19C. DATE SIGNED

20B. UNITED STATES OF AMERICA
BY *Anita L. Luich* (Signature of Contracting Officer)

20C. DATE SIGNED
99 JUN 29

EXHIBIT

Deposition 3

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE
OP 301 26-9-3 (R4) (FAR) (OCT 87)



DPACS SF26M (REV 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| OF OFFEROR OR CONTRACTOR | SP0740-99-C-1004 | 02 | 1124 PAGES |

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PR YPC98169000611<br>NSN 4720-01-066-6447 | | | | |

ITEM DESCRIPTION:

HOSE ASSY, AIR DUCT. 8" SIZE, 15 FT LENGTH, YELLOW COLOR WITH STOWAGE DEVICE, 4 LOCKS. PER MILITARY SPECIFICATION TITLED "DUCT ASSEMBLIES, GROUND, CONDITIONED AIR, INSULATED, FLEXIBLE." THE FOLLOWING EXCEPTIONS TO THE CITED DRAWINGS APPLY: ON DRAWING 64C1004, PART NUMBER 64C1004, ASTM-A-569HR P AND O CQ .156 OR .180 THICK WILL BE USED AND ALLOWING ZINC PLATING PER ASTM-B-633 SC3 TYPE II AS AN OPTION TO THE CADMIUM PLATING AND; ON DWG 64C1005, PART NUMBER 64C1005, ASTM-A-569HR P AND O CQ .125 THICK WILL BE USED AND ALLOWING ZINC PLATING PER ASTM-B-633 AC3 TYPE II AS AN OPTION TO THE CADMIUM PLATING.

"CONTRACTOR/MANUFACTURER IS REQUIRED TO ESTABLISH AND MAINTAIN A CALIBRATION SYSTEM THAT MEETS THE REQUIREMENTS OF ANSI/NCSL Z540-1-1994, AMERICAN NATIONAL STANDARD FOR CALIBRATION - CALIBRATION LABORATORIES AND MEASURING AND TEST EQUIPMENT-GENERAL REQUIREMENTS, OR ISO 10012-1, QUALITY ASSURANCE REQUIREMENTS FOR MEASURING EQUIPMENT- PART 1, METROLOGICAL CONFIRMATION SYSTEM FOR MEASURING EQUIPMENT."

IF AQLS ARE LISTED IN THE SPECIFICATION(S) OR DRAWING(S) THEY MAY BE USED TO ESTABLISH THE AUTHORIZED SAMPLE SIZE, HOWEVER, THE ACCEPTANCE NUMBER FOR THIS CONTRACT IS ZERO; I.E., THIS CONTRACT REQUIRES A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS AND REJECTS ON ONE OR MORE DEFECT(S).

"CLASS I OZONE DEPLETING CHEMICALS ARE NOT TO BE USED NOR INCORPORATED IN ANY ITEMS TO BE DELIVERED UNDER THIS CONTRACT. THIS PROHIBITION SUPERSEDES ALL SPECIFICATION REQUIREMENTS BUT DOES NOT ALLEVIATE ANY PRODUCT REQUIREMENTS. SUBSTITUTE CHEMICALS MUST BE SUBMITTED FOR APPROVAL UNLESS THEY ARE AUTHORIZED BY THE

CONTINUED ON NEXT PAGE

APP-48

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0740-99-C-1004

PAGE 03 OF ~~11~~ 24 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SPECIFICATION REQUIREMENTS." | | | | |
| | I/A/W DRAWING NR 98750 62A1003<br>REFNO DTD 64 MAR 12<br>AMEND NR B DTD 70 JUN 05<br>TYPE NUMBER:<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 62B1004<br>REFNO DTD 64 MAR 11<br>AMEND NR C DTD 72 OCT 04<br>TYPE NUMBER: 62B1004<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 62B1005<br>REFNO DTD 64 MAR 10<br>AMEND NR F DTD 86 APR 10<br>TYPE NUMBER:<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 62B1006<br>REFNO DTD 64 MAR 11<br>AMEND NR B DTD 70 JUN 05<br>TYPE NUMBER:<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 62B1007<br>REFNO DTD 64 MAR 11<br>AMEND NR C DTD 86 APR 10<br>TYPE NUMBER:<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 64C1004<br>REFNO DTD 64 MAR 12<br>AMEND NR M DTD 83 JUN 20<br>TYPE NUMBER: 64C1004<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 64C1005<br>REFNO DTD 64 MAR 11<br>AMEND NR L DTD 83 JUN 20<br>TYPE NUMBER: 64C1005<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | CONTINUED ON NEXT PAGE | | | | |



NSN 7540-01-152-8-67
36-109
STANDARD FORM 36 (REV. 10-83)
Prescribed by GSA

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0740-99-C-1004

PAGE 04 OF 24 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | I/A/W DRAWING NR 98750 64C1006<br>REFNO DTD 64 MAR 11<br>AMEND NR F DTD 83 JUN 20<br>TYPE NUMBER: 64C1006<br>"DETAILED DRAWING (ONE ITEM)"<br><br>I/A/W SPEC NR MIL-D-38386D<br>BASIC DTD 89 AUG 28<br>AMEND NR DTD<br>TYPE NUMBER: M38386-C-015 | | | | |
| 0001 | PR YPC98169000611 PRLI 0001 | 416 | EA | $ 381.32 | $ 158629.12 |

PREP FOR DELIVERY

PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991
QUP = 001: PRES MTHD = 10: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0:
UNIT CONT = E1: LEVEL PRESV = A: OPI = O:
PACK CODE = U: PACKING LEVEL = C:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129M SPECIAL
MARKING CODE: 99 - NO CODES IN THIS TABLE ONLY MIL-STD-129.
PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV A
DATED 96150

DOD LOGMARS BAR CODE MARKING REQUIRED IAW MIL-STD-129M,
DATED 15 JUN 93 AND MIL-STD-1189B, DATED 10 AUG 89.

PARCEL POST ADDRESS:

SW3100
MECHANICSBURG FACILITY
DEF DIST DEPOT SUSQUEHANNA PA
GENERAL SUPPLIES
MECHANICSBURG PA 17055-0789

FREIGHT SHIPPING ADDRESS:

CONTINUED ON NEXT PAGE

APP-50

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-C-1004 | PAGE 05 | OF 1124 PAGES |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PR YPC98169000611 PRLI 0001 CONT'D<br><br>SW3100<br>MECHANICSBURG FACILITY TRNS OFFICER<br>DEF DIST DEPOT SUSQUEHANNA PA<br>5450 CARLISLE PIKE<br>MECHANICSBURG PA 17055-0789<br><br>NON-MILSTRIP RDD 01/28/99 PROJ<br>* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |
| 0002 | PR YPC98169000611 PRLI 0002 | 198 | EA | $ 381.32 | $ 75501.36 |
| | PREP FOR DELIVERY<br><br>PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991<br>MIL-STD-2073 PACKAGING DATA SAME AS PRIOR LINE<br><br>PARCEL POST/FREIGHT ADDRESS:<br><br>SW3200<br>DEF DIST DEPOT SAN JOAQUIN<br>TRACY CA 95376-5000<br><br>NON-MILSTRIP RDD 12/17/98 PROJ<br>* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *<br><br>CONTINUED ON NEXT PAGE | | | | |

APP-51

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | PAGES |
| --- | --- | --- | --- |
| | SP0740-99-C-1004 | 06 | 124 |

OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 0003 | PR YPC98201001312 PRLI 0001 | 178 | EA | $ 381.32 | $ 67874.96 |

PREP FOR DELIVERY

PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991
QUP = 001: PRES MTHD = 10: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0:
UNIT CONT = E1: LEVEL PRESV = A: OPI = O:
PACK CODE = U: PACKING LEVEL = C:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129M SPECIAL
MARKING CODE: 99 - NO CODES IN THIS TABLE ONLY MIL-STD-129.
PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV A
DATED 96150

DOD LOGMARS BAR CODE MARKING REQUIRED IAW MIL-STD-129M,
DATED 15 JUN 93 AND MIL-STD-1189B, DATED 10 AUG 89.

PARCEL POST ADDRESS:

SW3100
MECHANICSBURG FACILITY
DEF DIST DEPOT SUSQUEHANNA PA
GENERAL SUPPLIES
MECHANICSBURG PA 17055-0789

FREIGHT SHIPPING ADDRESS:

SW3100
MECHANICSBURG FACILITY TRNS OFFICER
DEF DIST DEPOT SUSQUEHANNA PA
5450 CARLISLE PIKE
MECHANICSBURG PA 17055-0789

NON-MILSTRIP RDD 05/15/99 PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0740-99-C-1004 | 07 | ~~11~~ 24 PAGES |

OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | PR YPC98201001312 PRLI 0002 | 343 | EA | $ 381.32 | $ 130792.76 |
| | PREP FOR DELIVERY | | | | |
| | PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991 MIL-STD-2073 PACKAGING DATA SAME AS PRIOR LINE | | | | |
| | PARCEL POST/FREIGHT ADDRESS: | | | | |
| | SW3200 DEF DIST DEPOT SAN JOAQUIN TRACY CA 95376-5000 | | | | |
| | NON-MILSTRIP RDD 05/15/99 PROJ | | | | |
| | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |
| 5 | PR YPC98323000624 PRLI 0001 | 169 | EA | $ 381.32 | $ 64443.08 |
| | PREP FOR DELIVERY | | | | |
| | PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991 QUP = 001: PRES MTHD = 10: CLNG/DRY = 1: PRESV MAT = 00: WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0: UNIT CONT = E1: LEVEL PRESV = A: OPI = O: PACK CODE = U: PACKING LEVEL = C: MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129M SPECIAL MARKING CODE: 99 - NO CODES IN THIS TABLE ONLY MIL-STD-129. PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV A DATED 96150 | | | | |
| | DOD LOGMARS BAR CODE MARKING REQUIRED IAW MIL-STD-129M, DATED 15 JUN 93 AND MIL-STD-1189B, DATED 10 AUG 89. | | | | |
| | PARCEL POST ADDRESS: | | | | |
| | CONTINUED ON NEXT PAGE | | | | |

APP-53

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-C-1004 | PAGE 08 | OF 11 PAGES |
|---|---|---|---|

OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

PR YPC98323000624 PRLI 0001 CONT'D

SW3100
MECHANICSBURG FACILITY
DEF DIST DEPOT SUSQUEHANNA PA
GENERAL SUPPLIES
MECHANICSBURG PA 17055-0789

FREIGHT SHIPPING ADDRESS:

SW3100
MECHANICSBURG FACILITY TRNS OFFICER
DEF DIST DEPOT SUSQUEHANNA PA
5450 CARLISLE PIKE
MECHANICSBURG PA 17055-0789

NON-MILSTRIP RDD 08/25/99 PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The following stamp applies to all lines

USE REVISION D OF MIL-37386 UNTIL REVISION E IS AMENDED.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

REMIT PAYMENT TO:
CAPITAL CITY PIPES, INC.
PO BOX 12368
TALLAHASSEE FL 32317

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

APP-54

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-C-1004 | PAGE OF 09 | 24 PAGES |
|---|---|---|---|

SECTION B
B02 - CONFIRMING NOTICE OF AWARD:

( ) Ltr (X) Facsimile Dated 06/28/99 .

SECTION E
E01 - INSPECTION AT ORIGIN:

SUPPLIES:
CLIN(s)

ALL (X) Same as Block 7 on Standard Form 26
( ) Other (Cage Code, Name, Street Address, City, State & Zip Code)

Cage Code:

Cage Code:

PACKAGING
CLIN(s)

ALL (X) Same as Block 7 on Standard Form 26
( ) Same as for Supplies
( ) Other (Cage Code, Name, Street Address, City, State & Zip Code)

Cage Code:

Cage Code:

TREATING FACILITY, if applicable (Name, Street, City, State & Zip Code)

( ) See

E01/E02 - INSPECTION/ACCEPTANCE AT ORIGIN WILL BE PERFORMED BY:

CLIN(s) Supplies:

ALL (X) Office Administering Contract (See SF 26, Block 6)
( ) Other

Packaging:
(X) Office Administering Contract (See SF 26, Block 6)
( ) Same as for Supplies
( ) Other

E02 - ACCEPTANCE AT ORIGIN.

E05 - CERTIFICATE OF CONFORMANCE (CoC) (APR 1984) FAR 52.246-15.
a. (X) Not Authorized.
b. ( ) Shipment based on CoC shall not be made unless authorized by CAO.

SECTION F
F03 - F.O.B. DESTINATION.
EXPORT SHIPMENTS - PORT

Delivery Point (Wood Products):

( ) FAS Vessel ( ) FOB Dock ( ) FOB Port

(see clause F70 and F71)

F62 - TIME OF DELIVERY:

See Clause F62 of the basic solicitation.

SECTION G
G01 - CONTRACTING OFFICE REPRESENTATIVE:

-- FOR POST AWARD INFORMATION CONTACT --

DSCC-AEAA Telephone: A/C 614-692-2961

G02 - NOTES TO CONTRACT ADMINISTRATION OFFICE:

a. Delinquency Reports - In accordance with FAR 42.1106(c), the Contract Administration Office may at any time initiate a report to advise the Administrative Contracting Officer and Inventory Control Manager (ICM) of any potential or actual delay in performance.

Address for ICM is as follows:
(X) DLA, Defense Supply Center Columbus
P.O. Box 16704
ATTN: DSCC ADAA
Columbus, Ohio 43216-5000

( ) See Clause H01, Table 2 of this contract.

g. Part IV of the solicitation has been retained in the contract file in accordance with FAR 14.201-1(c) and FAR 15.406-1(b).

SECTION I
I20 - RATED ORDERS:

(X ) DO A1 ( ) DO B1

( ) DX

Extend the Defense Rating to your Supplier(s)

I82 - TRANSPORTATION OF SUPPLIES BY SEA

I87 - PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY

I99 - DRUG FREE WORKPLACE

I212 - SECTION 8(a) AWARD (DEC 1996) - FAR 52.219-17

(a) By execution of a contract, the Small Business Administration (SBA) agrees to the following:
(1) To furnish the supplies or services set forth in the contract according to the specifications and the terms and conditions by subcontracting with the Offeror who has been determined an eligible concern pursuant to the provisions of section 8(a) of the Small Business Act, as amended (15 U.S.C. 637(a)).
(2) Except for novation agreements and advance payments, delegates to the Defense Supply Center Columbus the responsibility for administering the contract with

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-C-1004 | PAGE 10 | OF 124 PAGES |
|---|---|---|---|

complete authority to take any action on behalf of the Government under the terms and conditions of the contract; provided, however that the contracting agency shall give advance notice to the SBA before it issues a final notice terminating the right of the subcontractor to proceed with further performance, either in whole or in part, under the contract.

(3) That payments to be made under the contract will be made directly to the subcontractor by the contracting activity.

(4) To notify the Defense Supply Center Columbus Contracting Officer immediately upon notification by the subcontractor that the owner or owners upon whom 8(a) eligibility was based plan to relinquish ownership or control of the concern.

(5) That the subcontractor awarded a subcontract hereunder shall have the right of appeal from decisions of the cognizant Contracting Officer under the "Disputes" clause of the subcontract.

(b) The offeror/subcontractor agreees and acknowledges that it will, for and on behalf of the SBA, fulfill and perform all of the requirements of the contract.

(c) The offeror/subcontractor agrees that it will not subcontract the performance of any of the requirements of this subcontract to any lower tier subcontractor without the prior written approval of the SBA and the cognizant Contracting Officer of the Defense Supply Center, Columbus.

**I213 - NOTIFICATION OF COMPETITION LIMITED TO ELIGIBLE 8(a) CONCERNS (FAR 52.219-18) (JAN 1997)**

(a) Offers are solicited only from small business concerns expressly certified by the Small Business Administration (SBA) for participation in the SBA's 8(a) Program and which meet the following criteria at the time of sub[illegible]sion of offer --

(1) SIC code 3494 is specifically included in the [illegible]r's approved business plan;

(2) The Offeror is in conformance with the 8(a) s[illegible]port limitation set forth in its approved business plan; and

(3) The Offeror is in conformance with the Business Activity Targets set forth in its approved business plan or any remedial action directed by the SBA.

(b) By submission of its offer, the Offeror represents that it meets all of the criteria set forth in paragraph (a) of this clause.

(c) Any award resulting from this solicitation will be made to the Small Business Administration, which will subcontract performance to the successful 8(a) offeror selected through the evaluation criteria set forth in this solicitation.

(d)(1) Agreement. A manufacturer or regular dealer submitting an offer in its own name agrees to furnish, in performing the contract, only end items manufactured or produced by small business concerns inside the United States, its territories or possessions, the Commonwealth of Puerto Rico, or the Trust Territory of the Pacific Islands. However, this requirement does not apply in connection with construction or service contracts.

(2) The will notify the Defense Supply Center Columbus Contracting Officer in writing immediately upon entering an agreement (either oral or written) to transfer all or part of its stock or other ownership interest to any other party.

**SECTION J**

J02 - LIST OF ENCLOSURES MADE A PART OF THIS CONTRACT:

| | | | |
|---|---|---|---|
| AMENDED QUOTE | dtd | 03/04/99 | Encl #1 |
| AMENDED QUOTE | dtd | 06/28/99 | Encl #2 |
| | dtd | | Encl # |
| | dtd | | Encl # |
| | dtd | | Encl # |
| | dtd | | Encl # |
| | dtd | | Encl # |

N04 - Solicitation Amendment Number (s) 0001, 0002, 0003

**ATTACHMENT**
**PALLETIZATION NO. DC1636P001 - 96150**

1. **SCOPE.** This sheet covers the requirements for palletization of DSCC items or supply for handling, shipment, and storage.

2. **REFERENCED DOCUMENTS.** The following documents, of the issue in effect on the date of solicitation, form a part of this palletization sheet to the extent specified herein:

Specifications

FEDERAL

NN-P-71 Pallets, Material Handling, Wood Stringer Construction, 2-way and 4-way (Partial)

Standards

MILITARY

MIL-STD-147 Palletized Unit Load

(Copies of listed federal and military specifications, standards, and associated documents listed in the Department of Defense Index of Specifications and Standards (DODISS), should be obtained from the DOD Single Stock Point, Commanding Officer, Naval Publications and Forms (Center, 5801 Tabor Ave., Philadelphia, PA 19120-5099).

3. **REQUIREMENTS.**

Shipments of indentical items packed in four or more shipping containers exceeding a total of 48 cubic feet per destination shall be palletized except when the shipping containers are required to be skidded (see 3c), or a quantity of four shipping containers pallet exceeds the size of weight limitations for palletized loads (see 3a and 3b, as applicable). Shipments packed Level C shall be palletized in accordance with 3a or 3b. Shipments packed Level A or Level B shall be palletized in accordance with 3b.

a. Material may be palletized on commercial pallets provided the load meets the following requirements:

(1) The load does not exceed 52 inches in length or width, 54 inches in height, and [illegible],000 pounds.

(2) The load is prepared and secured in a manner that will ensure carrier acceptance and permit safe rehandling at destination.

b. Palletization shall comply with MIL-STD-147 and appendices there to modified as follows:

(1) Loads shall be stable and shall not exceed the size and overseas limitations of MIL-STD-147.

(2) Glued loads shall not be used.

(3) For Level A packing, pallets shall comply with NN-P-71, Type V, class 1, size 2, except softwood may be used and the size may be reduced to a minimum of 36 inches in length and 44 inches in width to properly fit the load.

(4) For Level B packing, pallets shall conform to NN-P-71, Type II, size 2; Type IV; or Type V, class I, size 2. Wood used to construct pallets shall be group II, III, or IV, grade A, as specified in NN-P-71.

(5) Residual quantities of less than the quantity required for one course of the load need not be palletized.

c. Palletization is not required for shipping containers that are constructed with skids. Shipping containers, except drums, exceeding 70 pounds gross weight or 40 inches in length, shall be constructed with skids, skids, shall be a minimum of 3x4 inch (nominal) lumber and shall be securely attached to permit multiple re-handling at destination. Drums shall be palletized.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>SP0740-99-C-1004 | PAGE OF<br>11 | ~~11~~ 24<br>PAGES |
|---|---|---|---|

Prepared by: DSCC
Columbus, OH 43216-5000
December 13, 1996



NSN 7540 01-152-8-67 36-109 STANDARD FORM 36 (REV. 10-83)
Prescribed by G...

SP0740-99-C-1004 12 of 24

# Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/574-0384

June 23, 1999

Anita L. Luich
DSCC/ADAA
Defense Supply Center/Columbus
P.O. Box 16704
Columbus, Ohio

Ref: SP074099R3025
4720-01-066-6447
QTY (1304)

Dear Madam:

Capital City Pipes, Inc is submitting a proposal to you on the above reference. Capital City Pipe, Inc is quoting FLEXFAB as the manufacturer.
**Quoting a price of $381.32 each.**

Capital City Pipes, Inc request the remittance address to be:
**Capital City Pipes, Inc**
**C/o ABA#07200052**
**Old Kent Bank, Corp Trust**
**P.O. Box 144**
**Grand Rapids, MI 49501-0144**

If there are any questions, you may contact me by phone, 850/574-3717; fax, 850/574-0384; or e-mail, capicity@aol.com

Thank you,

Thelma S. Williams
Director of Government Sales

SP0740-99-C-1004

13 of 24

# Capital City Pipes, Inc.

Office 850/574-3717

Fax 850/576-2956

March 4, 1999

To: Anita L. Luich
DSCC, PAADAA1
Columbus, Ohio
614 692 6271-fax

Re: SP074099R3025
4720-01-066-6447

Ms. Luich:

I am resubmitting an offer of $311.50 as my best and final offer pertaining to the above Solicitation # SP074099R3025.

I will call you on tomorrow morning to verify that you have received this fax.

If you have any questions, please call me at 850-574-3717 or e-mail Capicity@aol.com

Thank you again,

Thelma S. Williams
Director of Government Sales

1872 Mills Street Bldg. - F (32310) -- PO Box 12388 -- Tallahassee, Florida 32317-2388

02/25/1999 16:51 850-57( )56 CAPITAL CITY P( PAGE 05
FILE No. 100 01/14 '00 11:16 DSCC AEROSPACE COLS,OH -1 614 6(  )71 PAGE 4

SP0740-99-C-1004    14 of 24

**SOLICITATION AND OFFER** ☒ J ☐ K

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) > | RATING See L11 or I20 | PAGE OF PAGES 01 23

2. CONTRACT NO. | 3. SOLICITATION NO. SP0740-99-R-3025 | 4. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 5. DATE ISSUED 22-DEC-98 | 6. REQUISITION/PURCHASE NO. SEE ATTACHED

7. ISSUED BY CODE SC0700

DEFENSE SUPPLY CENTER COLUMBUS
ATTN: DSCC- ABAA1
P.O. BOX 16704
COLUMBUS, OHIO 43216-5010
For Post Award Inquiries - See G01

8. ADDRESS OFFER TO

DEFENSE SUPPLY CENTER COLUMBUS
ATTN: DSCC-PBAA (Bid Opening Room D130, Bldg 20)
P.O. BOX 16653
COLUMBUS, OHIO 43216-5009

FOR COURIER SERVICE AND FACSIMILE NUMBERS - SEE BLOCK 9

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder"

☐ SPECIAL REVIEW ☐ FMS REQUIREMENT **SOLICITATION**

9. Sealed offers in original and NO copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in Bid Opening Room, Bldg 20, Room 130, 3990 East Broad Street, Columbus, OH 43213 until 1:00pm (Hour) local time 19-JAN-99 (Date)

Facsimile Numbers: A/C 614-692-4235, A/C 614-692-3239, or A/C 614-692-5701.
CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL: > | A. NAME Arida Lulch DSCC-PAADAA1 | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) A/C (614) 692-3277

**11. TABLE OF CONTENTS**



| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 10 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS/WORK STATEMENT | 7 | X | J | LIST OF ATTACHMENTS | 16 |
| X | D | PACKAGING AND MARKING | 7 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 8 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 17 |
| X | F | DELIVERIES OR PERFORMANCE | 9 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 9 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 21 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 9 | X | M | EVALUATION FACTORS FOR AWARD | 22 |



**OFFER (Must be fully completed by offeror)**

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period. See Provision K 14

12. In compliance with the above, the undersigned agrees, if this offer is accepted within (See Note Above) calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | CALENDAR DAYS |
|---|---|---|---|---|
| | % | % | % | % |

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated) | AMENDMENT NO | DATE | AMENDMENT NO | DATE |
|---|---|---|---|---|
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR | CAGE CODE 0NSZ6 | FACILITY

Capital City Paper Inc
1872 Mills St Bldg-F
Tallahassee FL 32310

FACSIMILE NUMBER: 850 574 0384

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
THELMA S. WILLIAMS
Director of Government Sales

15B. TELEPHONE NO. (Include area code) 850 574 3717

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE ☐

17. SIGNATURE Thelma S Williams

18. OFFER DATE 2/25/99

IMPORTANT - Award will be made on Standard Form 26, or by other authorized official written notice. SECTION A

NSN 7540-01-152-8064
PREVIOUS EDITION UNUSABLE
OP 301-33.0-2 (R7) (FAR) (FEB 87)

33-132

DPACS SF33M (REV. 4-85)
Prescribed by GSA
FAR 48 CFR 53.214c

02/25/1999 16:51 850-57 J5G CAPITAL CITY P 1 614 _ 6271 PAGE 06

PAGE 5

SP0740-99-C-1004

15 of 24

CONTINUATION SHEET

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0740-99-R-3025

PAGE 02 OF 24 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PR YPC98323000624 NSN 4720-01-066-6447 | | | | |

ITEM DESCRIPTION:

HOSE ASSY, AIR DUCT. 8" SIZE, 15 FT LENGTH, YELLOW COLOR WITH STOWAGE DEVICE, 4 LOCKS. PER MILITARY SPECIFICATION TITLED "DUCT ASSEMBLIES, GROUND, CONDITIONED AIR, INSULATED, FLEXIBLE."

THE FOLLOWING EXCEPTIONS TO THE CITED DRAWINGS APPLY: ON DRAWING 64C1004, PART NUMBER 64C1004, ASTM-A-569HR P AND O CQ .156 OR .180 THICK WILL BE USED AND ALLOWING ZINC PLATING PER ASTM-B-633 SC3 TYPE II AS AN OPTION TO THE CADMIUM PLATING AND; ON DWG 64C1005, PART NUMBER 64C1005, ASTM-A-569HR P AND O CQ .125 THICK WILL BE USED AND ALLOWING ZINC PLATING PER ASTM-B-633 AC3 TYPE II AS AN OPTION TO THE CADMIUM PLATING.

"CONTRACTOR/MANUFACTURER IS REQUIRED TO ESTABLISH AND MAINTAIN A CALIBRATION SYSTEM THAT MEETS THE REQUIREMENTS OF ANSI/NCSL Z540-1-1994, AMERICAN NATIONAL STANDARD FOR CALIBRATION - CALIBRATION LABORATORIES AND MEASURING AND TEST EQUIPMENT-GENERAL REQUIREMENTS, OR ISO 10012-1, QUALITY ASSURANCE REQUIREMENTS FOR MEASURING EQUIPMENT- PART 1, METROLOGICAL CONFIRMATION SYSTEM FOR MEASURING EQUIPMENT."

IF AQLS ARE LISTED IN THE SPECIFICATION(S) OR DRAWING(S) THEY MAY BE USED TO ESTABLISH THE AUTHORIZED SAMPLE SIZE, HOWEVER, THE ACCEPTANCE NUMBER FOR THIS CONTRACT IS ZERO; I.E., THIS CONTRACT REQUIRES A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS AND REJECTS ON ONE OR MORE DEFECT(S).

"CLASS I OZONE DEPLETING CHEMICALS ARE NOT TO BE USED NOR INCORPORATED IN ANY ITEMS TO BE DELIVERED UNDER THIS CONTRACT. THIS PROHIBITION SUPERSEDES ALL SPECIFICATION REQUIREMENTS BUT DOES NOT ALLEVIATE ANY PRODUCT REQUIREMENTS. SUBSTITUTE CHEMICALS MUST BE SUBMITTED FOR APPROVAL UNLESS THEY ARE AUTHORIZED BY THE SPECIFICATION REQUIREMENTS."

CONTINUED ON NEXT PAGE

7540-01-152-8067 PREVIOUS EDITION USABLE 36-109 STANDARD FORM 36 (REV. 10-83)

SP0740-99-C-1004 16 of 24

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0740-99-R-3025 | PAGE 03 | OF 24 PAGES |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | DLAD 52.246-9004, PRODUCT VERIFICATION TESTING, APPLIES. THIS CLAUSE IS A GOVERNMENT OPTION THAT CAN ONLY BE INVOKED UPON THE COGNIZANT CONTRACT ADMINISTRATION OFFICE NOTIFYING THE CONTRACTOR THAT PVT SAMPLES ARE TO BE SELECTED. | | | | |
| | I/A/W DRAWING NR 98750 62A1008<br>REFNO DTD 64 MAR 12<br>AMEND NR B DTD 70 JUN 05<br>TYPE NUMBER:<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 62B1004<br>REFNO DTD 64 MAR 11<br>AMEND NR C DTD 72 OCT 04<br>TYPE NUMBER: 62B1004<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 62B1005<br>REFNO DTD 64 MAR 11<br>AMEND NR B DTD 70 JUN 05<br>TYPE NUMBER:<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 62B1007<br>REFNO DTD 64 MAR 11<br>AMEND NR C DTD 86 APR 10<br>TYPE NUMBER:<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 64C1004<br>REFNO DTD 64 MAR 12<br>AMEND NR M DTD 83 JUN 20<br>TYPE NUMBER: 64C1004<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 64C1005<br>REFNO DTD 64 MAR 11<br>AMEND NR L DTD 83 JUN 20<br>TYPE NUMBER: 64C1005<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 64C1006<br>REFNO DTD 64 MAR 11<br>AMEND NR F DTD 83 JUN 20 | | | | |
| | CONTINUED ON NEXT PAGE | | | | |

02/25/1999 16:51 850-57( '56 CAPITAL CITY PI PAGE 08
1 614 6271 PAGE 7

SP0740-99-C-1004 17 of 24

CONTINUATION SHEET

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0740-99-R-3025 PAGE 04 OF 23 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | TYPE NUMBER: 64C1006<br>"DETAILED DRAWING (ONE ITEM)"<br><br>I/A/W SPEC NR MIL-D-38386E<br>BASIC DTD 89 AUG 28<br>AMEND NR DTD<br>TYPE NUMBER: M38586-C-015 | | | | |
| 0001 | PR YPC98201001312 PRLI 0001 | 178 | EA | 381.32 | 67874.96 |

PREP FOR DELIVERY:

PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991
QUP = 001: PRES MTHD = 10: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0:
UNIT CONT = 00: LEVEL PRESV = A: OPI = O:
PACK CODE = U: PACKING LEVEL = C:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129M SPECIAL
MARKING CODE: 99 - NO CODES IN THIS TABLE ONLY MIL-STD-129.
PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1536P001 REV A
DATED 96150

DOD LOGMARS BAR CODE MARKING REQUIRED IAW MIL-STD-129M,
DATED 15 JUN 93 AND MIL-STD-1189B, DATED 10 AUG 89.

PARCEL POST ADDRESS:

SW3100
MECHANICSBURG FACILITY
DEF DIST DEPOT SUSQUEHANNA PA
GENERAL SUPPLIES
MECHANICSBURG PA 17055-0789

FREIGHT SHIPPING ADDRESS

SW3100
MECHANICSBURG FACILITY TRNS OFFICER
DEF DIST DEPOT SUSQUEHANNA PA
5450 CARLISLE PIKE
MECHANICSBURG PA 17055-0789

NON-MILSTRIP RDD 05/15/99 PROJ
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONTINUED ON NEXT PAGE

02/25/1999 16:51 850-57( 56 CAPITAL CITY PF 1 614 8 ✓/1 PAGE 09

PAGE 8

SP0740-99-C-1004

13 of 24

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0740-99-R-3025

PAGE 05 OF 24 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | PR YPC98323000624 PRLI 0002 | 100 | EA | 381.32 | 38132.00 |

PREP FOR DELIVERY:

PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991
MIL-STD-2073 PACKAGING DATA SAME AS PRIOR LINE

PARCEL POST/FREIGHT ADDRESS:

SW3200
DEF DIST DEPOT SAN JOAQUIN
TRACY CA 95376-5000

NON-MILSTRIP RDD 08/25/99 PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | PR YPC98201001312 PRLI 0001 | 178 | EA | 381.32 | 67874.96 |

PREP FOR DELIVERY:

PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991
QUP = 001: PRES MTHD = 10: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0:
UNIT CONT = B1: LEVEL PRESV = A: OPI = O:
PACK CODE = U: PACKING LEVEL = C:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129M SPECIAL
MARKING CODE: 99 - NO CODES IN THIS TABLE ONLY MIL-STD-129.
PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV A
DATED 96150

DOD LOGMARS BAR CODE MARKING REQUIRED IAW MIL-STD-129M,
DATED 15 JUN 93 AND MIL-STD-1189B, DATED 10 AUG 89.

PARCEL POST ADDRESS:

SW3100
MECHANICSBURG FACILITY
DEF DIST DEPOT SUSQUEHANNA PA
GENERAL SUPPLIES
MECHANICSBURG PA 17055-0789

CONTINUED ON NEXT PAGE

SP0740-99-C-1004 19 of 24

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0740-99-R-3025 | PAGE 06 OF 24 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | FREIGHT SHIPPING ADDRESS<br><br>SW3100<br>MECHANICSBURG FACILITY TRNS OFFICER<br>DEF DIST DEPOT SUSQUEHANNA PA<br>5450 CARLISLE PIKE<br>MECHANICSBURG PA 17055-0789<br><br>NON-MILSTRIP RDD 05/15/99 | PROJ | | | |
| 0004 | PR YPC98201001312 PRLI 0002 | 343 | EA | 381.32 | 130792.76 |
| | PREP FOR DELIVERY:<br><br>PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991<br>MIL-STD-2073 PACKAGING DATA SAME AS PRIOR LINE<br><br>PARCEL POST/FREIGHT ADDRESS:<br><br>SW3200<br>DEF DIST DEPOT SAN JOAQUIN<br>TRACY CA 95376-5000<br><br>NON-MILSTRIP RDD 05/15/99 | PROJ | | | |
| 0005 | PR YPC98169000611 PRLI 0001 | 218 | EA | 381.32 | 83127.76 |
| | PREP FOR DELIVERY:<br><br>PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991<br>QUP = 001: PRES MTHD = 10: CLNG/DRY = 1: PRESV MAT = 00:<br>WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0:<br>UNIT CONT = B1: LEVEL PRESV = A: OPI = O:<br>PACK CODE = U: PACKING LEVEL = C:<br>MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129M SPECIAL<br>MARKING CODE: 99 - NO CODES IN THIS TABLE ONLY MIL-STD-129.<br>PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636PC01 REV A<br>DATED 96150<br><br>DOD LOGMARS BAR CODE MARKING REQUIRED IAW MIL-STD-129M,<br>DATED 15 JUN 93 AND MIL-STD-1189B, DATED 10 AUG 89.<br><br>CONTINUED ON NEXT PAGE | | | | |

02/25/1999 16:51 850-5( 56 CAPITAL CITY F 1 614 0271 PAGE 11

PAGE 10

SP0740-99-C-1004

20 of 24

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0740-99-R-3025 | PAGE OF: 07 24 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PARCEL POST ADDRESS:<br>SW3100<br>MECHANICSBURG FACILITY<br>DEF DIST DEPOT SUSQUEHANNA PA<br>GENERAL SUPPLIES<br>MECHANICSBURG PA 17055-0789<br>FREIGHT SHIPPING ADDRESS<br>SW3100<br>MECHANICSBURG FACILITY TRNS OFFICER<br>DEF DIST DEPOT SUSQUEHANNA PA<br>5450 CARLISLE PIKE<br>MECHANICSBURG PA 17055-0789<br>NON-MILSTRIP RDD 12/17/98 PROJ<br>* * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |
| 0006 | PR YPC98169000611 PRLI 0002 | 198 | EA | 381.32 | 75,501.36 |
| | PREP FOR DELIVERY:<br>PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991<br>MIL-STD-2073 PACKAGING DATA SAME AS PRIOR LINE<br>PARCEL POST/FREIGHT ADDRESS:<br>SW3200<br>DEF DIST DEPOT SAN JOAQUIN<br>TRACY CA 95376-5000<br>NON-MILSTRIP RDD 12/17/98 PROJ<br>* * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |

NSN 7540-01-152-8-67 Previous edition unusable

36-103

* GPO : 1983 0 - 381-526 (8056)

STANDARD FORM 36 (REV. 10-83) Prescribed by GSA