IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**FLEXFAB, L.L.C.**, a Michigan Limited Liability Company, successor to Flexible Horizons International, Inc., d/b/a Flexfab

Plaintiff,

v.

**UNITED STATES OF AMERICA**,

Defendant.

Case No. 02-1096 C

Hon. Lawrence J. Block

# PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

# EXHIBIT E

# (Continued)

SP0740-99-C-1004 21 of 24

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0740-99-R-3025 | 08 | 24 PAGES |

ATTENTION CONTRACTORS!!

ALL CONTRACTORS ARE REQUIRED TO REGISTER IN THE CENTRAL CONTRACTOR REGISTRATION (CCR) SYSTEM BY MAY 31, 1998 (DEFENSE FEDERAL ACQUISITION REGULATION SUPPLEMENT (DFARS) 204.7302). UNREGISTERED CONTRACTORS WILL NOT BE ELIGIBLE FOR AWARDS SOLICITED AFTER THAT DATE. YOU MAY REGISTER OR CHECK YOUR CCR REGISTRATION STATUS AT THE CENTRAL CONTRACTOR REGISTRATION SITE - (HTTP://CCR.EDI.DISA.MIL/)

HELP WITH CCR REGISTRATION IS AVAILABLE AT YOUR REGIONAL ELECTRONIC COMMERCE RESOURCE CENTER (ECRC) (HTTP://WWW.ECRC.UOFS.EDU/REGIONAL.HTML)

VENDORS WILL NEED TO SUPPLY A DUNS NUMBER WITH ALL QUOTATIONS REGARDLESS OF DOLLAR VALUE IN THE NEAR FUTURE. A DUNS NUMBER IS ALSO A REQUIREMENT FOR CCR REGISTRATION. YOU MAY REQUEST A DUNS NUMBER AT THE D-U-N-S NUMBER REQUEST FROM SITE, HTTP://WWW.DNB.COM/DBIS/DNBHOME.HTM

***ALTERNATE DISPUTE RESOLUTION (ADR) POLICY***

It is the goal of this Center for all parties to be satisfied at contract completion. Consequently, this Center is encouraging the use of all forms of ADR to resolve differences of view that may occur under the contract, whether the differences involve disputes of contract terms, issues of administration, or merely points of inquiry. The use of any form of ADR is voluntary for all parties. Any costs associated with the use of ADR will be agreed to by both parties and with no increase in contract price, unless agreed to otherwise.

FOR COURIER SERVICE AND/OR CONTRACTOR HANDCARRIED OFFERS

RFPs and IFBs (generally Large Purchase Offers, $100,000 and over) when being hand carried (Courier service or other means) shall be placed in the White Bid Box, located at DSCC in the Lobby of Building 20, 3990 E. Broad St., Columbus, OH 43216-5000.

SECTION B

NOTICE

Any contract awarded to a contractor who, at the time of award was suspended, debarred, ineligible for receipt of contracts with Government agencies or in receipt of a notice of proposed debarment from any Government agency, is voidable at the option of the Government.

AVAILABILITY OF AWARD INFORMATION

Large Purchases - $100,000 and over (IFB/RFP) - Written notification is automatically mailed to all unsuccessful offerors at time of award. This notice provides the number of firms solicited, the number of offers received, the name of successful offeror and contract unit price and quantity awarded. In addition, unsuccessful offerors are also informed why their offer was not accepted.

NOTE: Firms not responding to an IFB/RFP, may request award information under the Freedom of Information Act (FOIA) by written request to this Center, ATTN: DSCC-VEIF. Include specific identification data and statement that you are willing to pay necessary fees for research and/or reproduction costs.

PROCUREMENT HISTORY

Procurement history is not supplied with the solicitation, and will not be furnished based on telephone calls. Procurement history is now available on microfiche as follows:

NSN History published quarterly;
Non-NSN History published semi-annually; and
Prior Month Award History published monthly.

Each updated microfiche set will be available in the Bid Opening Room at DCSC for public viewing. This information can be purchased by submitting a written request for history desired to: Defense Supply Center Columbus, ATTN: DSCC-VEIF, P.O. Box 3990, Columbus, Ohio 43216-5010. Requester will be advised of cost of history by return mail.

AVAILABILITY OF DRAWINGS

This requirement is in accordance with drawings listed in Section B - Item Description. See Provision L16 for instructions for obtaining aperture cards of these drawings.

NOTE: The drawings cannot be furnished by the buyer/contracting officer.

AVAILABILITY OF SPECIFICATIONS

This requirement is in accordance with specifications, standards and descriptions. Do not try to order from this Center. For order instructions see Provision L12 in the IFB/RFP. See item description for address to order standards.

SECTION C

Year 2000 (Y2K) Compliant Notice:

All deliverables under this contract containing embedded microcircuit chips with a clock mechanism, timing device, or control device required to perform date\time processing involving dates subsequent to December 31, 1999, shall be year 2000 (Y2K) compliant at the time of delivery.

"Y2K compliant" means that it accurately process date\time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first century, and the years 1999 and 2000 and leap year calculations, to the extent that other (information technology) IT / non-IT items being acquired properly exchange date/time data with it.

SECTION D

D01 - PACKING AND MARKING (AUG 1991) DCSC 52.219-9C01

( ) Packaging will be in accordance with the Contractor's commerical practice, which will ensure acceptance by the carrier.

Marking will be in accordance with MIL-STD-129.

CLIN(s)

( ) Packaging and Marking shall be in accordance with the following DCSC Pkg sheet:

| CLIN(s) | ATTACHED PKG SHT NO. | QUP | PRES/PKG LEVEL | PACKING LEVEL | METHOD |
|---|---|---|---|---|---|

(X) Packaging Data MIL-STD-2073-1B and MIL-STD-2073-2C, 26 JUN 93. Marking will be in accordance with MIL-STD-129.

( ) OTHER:

CLIN(s)

D08 - USE OF OAK-CHESTNUT WOOD FOR PACKING SUPPLIES (JUN 1988) - DCSC 52.210-9C05

(a) In order to prevent the spread of oak wilt disease, oak or chestnut wood shall not be used for packaging and packing of supplies to be delivered under this contract, unless the wood either is bark free and square-edged so that none of the natural rounded surface tissues remain or is bark free and has a moisture content not exceeding twenty (20) percent.

(b) The contractor must comply with and perform inspection to insure compliance with the above restrictions on use of oak or chestnut wood. If a shipment is frustrated for noncompliance, the contractor will be responsible for the cost incurred to repack the supplies; and this right of the Government shall not be affected by other provisions concerning the conclusiveness of inspection and acceptance and is in addition to and does not limit any rights of the government under other provision of the contract.

SP0740-99-C-1004 22 of 24

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF |
|---|---|---|
| | SP0740-99-R-3025 | 09 24 |

SECTION E

E01 - INSPECTION AT ORIGIN (FEB 1991) - DCSC 52.246-9C01

(a) Inspection for compliance with contract requirements will be performed at origin by an authorized Government inspector.

(b) Inspection prior to shipment will be based on the following:

(1) For CLIN(s) described by a Military or Federal specification or purchase description contractor must present evidence showing compliance with all contract and specification requirements including preparation for delivery.

(2) For CLIN(s) described by manufacturer's name/code and part number:

(i) Contractor must present evidence of performance of all quality assurance requirements specified in the contract and assure that item will serve its intended purpose by performing examinations and tests to determine (A) completeness of item, (B) absence of rust, contamination, or deterioration, (C) correct identification, (D absence of any damage, and (E) compliance with preparation for delivery. If the contractor is not the manufacturer of the supplies, evidence must be furnished to establish that the supplies were produced by the manufacturer.

(ii) The word "manufacturer" means the actual manufacturer of each CLIN. The QAR may require that evidence be furnished establishing the name and address of the plant that manufactures each CLIN to assure that a domestic product is being supplied.

(iii) In lieu of the requirement specified above, the contractor may be required by the inspecting activity to furnish a Certificate of Conformance.

E02 - ACCEPTANCE AT ORIGIN (NOV 1995) - DCSC 52.246-9C02

Acceptance will be performed by an authorized Government Representative at origin. The point of acceptance will be the point of last inspection before shipment unless otherwise indicated by the offeror.

NOTE: For contracts awarded on f.o.b. destination basis, contractor must comply with Clause F03 - F.O.B. Destination, in order that payment may be made prior to receipt of the supplies at destination.

E06 - CERTIFICATE OF CONFORMANCE (CoC) (APR 1984) - FAR 52.246-15
(Applicable as specified in the Award/Contract)

E07 - INSPECTION OF SUPPLIES--FIXED PRICE (AUG 1996) - FAR 52.246-2

E08 - RESPONSIBILITY FOR SUPPLIES (APR 1984) - FAR 52.246-16

E09 - RECORDS RETENTION REQUIREMENTS (JAN 1985) - DCSC 52.204-9C01

The Contractor shall retain receiving and inspection report records, consisting of reports reflecting receipt and inspection of supplies, equipment and material, for four (4) years from the date of final payment under this contract and shall make them available upon request, to the Comptroller General of the United States, the Contracting Officer, or their authorized representatives.

E10 - CHANGE OF INSPECTION/ACCEPTANCE POINT (AUG 1980) DCSC 52.246-9C04

If this solicitation provides for inspection and acceptance at destination, the Government may exercise the right reserved under FAR 52.246-2 Inspection of Supplies Fixed Price and make awards requiring inspection and acceptance at origin and Clauses E01 and E02 will be applicable. Bidders must complete Provision (33), Place of Performance of the solicitation.

E17 - PRODUCT VERIFICATION TESTING (AUG 1997) - DLAD 52.246-9006

(a) References: The applicable documents are the issues of Federal Acquisition Regulation (FAR) Clause 52.246-2, "Inspection of Supplies-Fixed Price," and ANSI/ASQC Z1.4-1993, Sampling Plan and Tables for Inspection by Attributes, which are in effect on date of solicitation for awards resulting from Invitation for Bids and date of award for all other contractual actions. These documents form the basis for the Government's right to perform product verification testing (PVT) of this product. FAR 52.246-2 is hereby incorporated by reference into the contract if not otherwise called out in the purchase document.

(b) The contractor is responsible for insuring that supplies are manufactured, produced, and subjected to all tests required by applicable material specifications/drawings specified in the purchase description of the contract. Notwithstanding any other clause to the contrary, and/or in addition thereto, the Government reserves the right to conduct PVT to ascertain if any or all requirements of the purchase identification description contained elsewhere herein are met prior to final acceptance.

(c) On any given contract, the Government may require PVT through a Government-designated testing laboratory on the contract or production lot at Government expense. Testing will consist of chemical and/or mechanical/dimensional conformance tests as the Government deems necessary. When material under the contract is designated by the contracting officer/ administrative contracting officer for such test, the Government inspector will select a sample also in accordance with MIL-STD-105, Inspection Level S-2, randomly from the contract or production lot, and send the samples to a designated laboratory for testing. Where origin inspection is specified, the contractor agrees to make available, at the Government's request, at the manufacturing facility, subcontracting facility, and/or final point of inspection, the quantity selected by the DCAS QAR to verify that the entire lot tendered meets the requirements of the Contract. The Government shall be permitted to select such samples at random from the production lot tendered for acceptance

(d) (This subparagraph pertains only to contracts and bilateral purchase orders.)

(1) The PVT samples will be sent, by the Government and at Government expense, to a Government-designated testing laboratory for product verification. The Government will notify the contractor of the results of the testing within 16 working days of receipt of the samples by the Government. If the Government fails to act within the period set forth herein for notification, the contracting officer shall, upon timely written request, equitably adjust under the Changes Clause of this contract, the delivery or performance dates and/or the contract price and any other contractual term affected by the delay. The Government is not required to accept/reject the supplies tendered until after receipt of the PVT test results.

(2) The Government shall have the option to require the contractor to screen the entire lot tendered for any defects noted by the PVT testing. Any defects so found shall be corrected before retendering the lot for acceptance by the Government. Further, the Government may subject this lot to additional PVT testing. If the Government disapproves the lot tendered for acceptance because of a failure to pass the PVT, the contractor shall be deemed to have failed to make delivery within the meaning of the Default Clause of this contract. In such case, the Government reserves all rights and remedies to which it is otherwise entitled by law, regulation, or this contract.

(e) (This subparagraph pertains only to unilateral purchase orders.)

(1) The PVT samples will be sent by the Government and at Government expense, to a Government-designated testing laboratory for for product verification. The Government will notify the contractor of the results of the testing within 15 days after receipt of the samples by the Government. If the Government fails to act within the specified time period set forth herein for notification, the contracting officer shall, upon timely written request from the contractor, incorporate FAR Clause 52.243-1, "Changes-Fixed Price," into the purchase order, and equitably

SP0740-99-C-1004 23 of 24

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0740-99-R-3025 | 10 | 24 PAGES |

adjust the delivery or performance date and/or the price and any other terms affected by the delay. The Government is not required to accept/reject the supplies tendered until after receipt of the FVT test results.

(2) The Government shall have the option to require the contractor to screen the entire lot tendered for any defects noted by the FVT. Any defects so found shall be corrected before retendering the lot for acceptance by the Government. Further, the Government may subject this lot to additional FVT. If the Government disapproves the lot tendered for acceptance because of a failure to pass the FVT, the Government has the right to reject the entire offer, thereby releasing the parties from further obligations under the purchase order.

**SECTION F**

**F04 - ADVANCE NOTICE OF DELIVERY TO CONSIGNEES (OTHER THAN AIR OR WATER TERMINALS (AUG 1985) - DCSC INFORMATION TO VENDORS**

The contractor is responsible for requiring carriers to give telephone notice of delivery to the consignee Transportation Officer (Transport Control/Preload Desk), at least 24 hours prior to delivery of freight shipments (other than small parcels). All bills of lading must be annotated to reflect this requirement.

**F05 - LOADING, BLOCKING AND BRACING OF FREIGHT CAR SHIPMENTS (APR 1984) - FAR 52.247-58**

**F07 - FIRST ARTICLE DELIVERY (OCT 1974) - DCSC 52.199-9C01**

CLIN(S) 8502

When First Article Approval (Clause I43 or I44) is required, the applicable "Time of Delivery" clause includes the number of days specified for submission and approval of First Article. If First Article Approval is waived in the award, the number of days required for such testing and approval will be subtracted from the delivery time as provided by the First Article Approval clause unless offeror specifies a different period of reduction in Clause I43a or I44a.

**F11 - DELIVERY OF EXCESS QUANTITIES (SEP 1989) FAR 52.211-17**

**F13 - GOVERNMENT DELAY OF WORK (APR 1984) - FAR 52.242-17**

**F22 - REQUIRED DELIVERY WITH DELIVERY EVALUATION FACTOR (DEC 1995) DCSC 52.211-9C07**

(a) This clause applies to CLINS ALL

The intent of this clause is to obtain the shortest delivery at the best possible price. Offers for other than the required delivery will be considered and evaluated in accordance with Provision M22.

The Government requires delivery to be made according to the following schedule:

REQUIRED DELIVERY SCHEDULE
(Contracting Officer insert specific details.)

| ITEM NO. | QUANTITY | WITHIN DAYS AFTER DATE OF CONTRACT |
|---|---|---|
| ALL | 427 | 150 |

It is intended to award without discussions regarding delivery; therefore it is in the offeror's best interest to provide the best delivery. If the offeror proposes no other delivery schedule, the required delivery schedule will apply.

OFFEROR'S PROPOSED DELIVERY SCHEDULE

| ITEM NO. | QUANTITY | WITHIN DAYS AFTER DATE OF CONTRACT |
|---|---|---|
| 0001 thru 0005 | 1682 | 150 days |
| | | |
| | | |

(b) Application of the delivery evaluation factor set forth in Provision M22 may result in award to other than the lowest priced acceptable offeror. In such circumstances, if delivery is made after the contract due date, the award price will be reduced using the following formula

Unit Price x Evaluation Factor x Delinquent Quantity x # of Days Delinquent

This reduction may be applied even if the awardee offered the required delivery schedule and the lowest offered price was for delivery longer than the required delivery

This reduction may be up to, but not exceeding 15% of the total award price or 150% of the price differential, whichever is greater, plus the administrative cost of modifying the award to provide for a revised delivery schedule

(c) This clause does not affect or limit the Government's right under the Default Clause of this contract

(d) Attention is directed to the Contract Award provision of the solicitation that provides that a written award or acceptance of offer mailed or otherwise furnished to the successful offeror results in a binding contract. The Government will mail or otherwise furnish to the offeror an award or notice of award not later than the day the award is dated. Therefore, the offeror shall compute the time available for performance beginning with the actual date of award, rather than the date the written notice of award is received from the Contracting Officer through the ordinary mails.

NOTE. Unless otherwise specified in the individual solicitation/contract ACCELERATED DELIVERY IS ACCEPTABLE AND DESIRED AT NO ADDITIONAL COST TO THE GOVERNMENT; however, for contracts awarded on an F.O.B. origin delivery basis, the requirements of FAR 52.247-59, F.O.B. Origin-Carload and Truckload Shipments, must be complied with.

**F23 - STOP-WORK ORDER (AUG 1989) - FAR 52.242-15**

**SECTION G**

**G - CONTRACT ADMINISTRATION DATA** to be included in Section G of the contract.

**SECTION H**

**H01 - MATERIAL INSPECTION AND RECEIVING REPORT (DEC 1991) DFARS 252.246-7000**

At the time of each delivery of supplies or services under this contract, the Contractor shall prepare and furnish to the government a material inspection and receiving report in the manner and to the extent required by Appendix F Material Inspection and Receiving Report, of the Defense FAR Supplement.

NOTE 1: DD Forms 250 may be obtained upon request and at no cost, from the Contract Administration Office.

NOTE 2: Insure that all DD Forms 250 covering MIPR shipments indicate the MIPR Number.

NOTE 3: Wood Products shipments require supplemental data per Clause H01a.

NOTE 4: The following addresses are provided to supplement the distribution prescribed in DoD FAR Sup Appendix F, Tables 1 and 2:

Table 1 - Consignee mailing address:

(C) - See Ship-to Address in Section F

( ) - *APO/FPO Address in Section G

( ) - *APO/FPO Address:

24 of ___

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0740-99-R-3025 | PAGE 11 OF 24 PAGES |
|---|---|---|

*NOTE: Copies must be forwarded by airmail.

Table 2 - Inventory Control Manager (ICM) copy:

( ) - Navy Status Control Activity, Army, or Air Force. (ICM)

And the MIPR processing purchase office, if applicable:

( ) - Marine Corps - Addresses as cited in Table 2.

( ) - FMS - Address will be obtained from activity administering contract.

( ) -

917 - SUBSTITUTIONS FOR MILITARY OR FEDERAL SPECIFICATIONS AND STANDARDS (AUG 1997) DLAD 252.211-7005

(a) Definition. "SPI process," as used in this clause, means a management or manufacturing process that has been accepted previously by the Department of Defense under the Single Process Initiative (SPI) for use in lieu of a specific military or Federal specification or standard. Under SPI, these processes are reviewed and accepted by a Management Council, which includes representatives from the Defense Contract Management Command, the Defense Contract Audit Agency, and the military departments.

(b) Offerors are encouraged to propose SPI processes in lieu of military or Federal specifications and standards cited in the solicitation.

(c) An offeror proposing to use an SPI process shall -

(1) Identify the specific military or Federal specification or standard for which the SPI process has been accepted, and the specific paragraph or other location in the solicitation where the military or Federal specification or standard is required;

(2) Provide a copy of the Department of Defense acceptance of the SPI process;

(3) Identify each facility at which the offeror proposes to use the specific SPI process; and

(4) Unless provided in response to paragraph (c)(2) of this clause, provide the name and telephone number of the cognizant Administrative Contracting Officer for each facility where the SPI process is proposed for use.

(d) Absent a determination at the head of the contracting activity or program executive officer level that an SPI process is not acceptable for this procurement, the contractor shall use the following SPI processes in lieu of military or Federal specifications and standards:

(Offeror insert information for each SPI process)

SPI Process:

Facility:
Military or Federal
Specification or Standard:
Affected Contract Line Item and Subline Item Number and Requirement Citation

Cognizant Administrative contracting officer:

SECTION I

I02 - AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984) - FAR 52.252-6

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any DoD FAR Supplement (48 CFR Chapter 2) or Defense Logistics Acquisition Regulation Clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

I03 - WARRANTY - ACCEPTANCE OF SUPPLIES (JUN 1988) DCSC 52.246-9C16

This clause is applicable when surplus materials are accepted (See Clause I20), when a Certificate of Conformance (see Provision K05) supports or forms the basis for acceptance of supplies at origin by the Government, or when acceptance is performed by the Government at destination

(a) The contractor warrants for a period of one year that the supplies at time of delivery conform to all contract requirements. If this warranty is breached, the Government at its option may (1) reject the supplies and require refund of contract price; or (2) require contractor at its expense to repair or replace the supplies; or (3) repair or correct the supplies and charge the contractor for the costs incurred, or (4) retain the supplies and require an equitable adjustment in the contract price. The Government shall mail or otherwise furnish notice to the contractor of the breach of this warranty within one year after date of delivery, inform the contractor of the option exercised, and require the contractor to take action accordingly. For Wood Products, notice of breach of warranty for other than packing deficiencies must be furnished by the Government within the time limits specified in the applicable industry grading rules or standards after receipt of the supplies. Any disputes as to the breach of this warranty shall be resolved under the Disputes clause of the contract.

(b) The contractor shall mark warranty items as required by paragraph 5.2.8, MIL-STD-129(N), "Marking For Shipments And Storage."

(c) The rights hereby provided the Government shall not be affected by other clauses concerning the conclusiveness of inspection and acceptance and are in addition to and do not limit any rights of the Government under other clauses of this contract.

I08 - PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (FEB 1997) - DFARS 252.225-7012

(a) The Contractor agrees to deliver under this contract only such of the following articles that have been grown, reprocessed, reused, or produced in the United States, its possessions, or Puerto Rico:

(1) Food;

(2) Clothing;

(3) Tents, tarpaulins, covers;

(4) Cotton and other natural fiber products,

(5) Woven silk or woven silk blends;

(6) Spun silk yarn for cartridge cloth;

(7) Synthetic fabric, and coated synthetic fabric, including all textile fibers and yarns that are for use in such fabrics,

(8) Canvas products,

(9) Wool (whether in the form of fiber or yarn or contained in fabrics, materials, or manufactured articles), or;

(10) Any item of individual equipment Federal Supply Classification 8465 manufactured from or containing such fibers, yarns, fabrics or materials.

(b) This clause does not apply--

(1) To supplies listed in FAR 25.108(d)(1), or other supplies for which the Government has determined that a satisfactory quality and sufficient quantity cannot be acquired as and when needed at U.S. market prices;



24 of ___

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0740-99-R-3025 | 12 | 24 PAGES |

(2) To foods which have been manufactured or processed in the United States, its possessions, or Puerto Rico; and

(3) To chemical warfare protective clothing produced in countries listed in subsection 225.872-1 of the Defense FAR Supplement; or

(4) To purchases of fibers and yarns that are for use in synthetic fabric or coated synthetic fabric, if such fabric is to be used as a component of an end item not classified in Federal Supply Group 83, Textile/Leather/furs/findings/tents/flags, or Federal Supply Group 84, Clothing, Individual Equipment and Insignia

I12 - REMITTANCE ADDRESS (COMPLETE IF DIFFERENT FROM BLOCK 15A, SF33): (APR 1984) - DCSC INFORMATION TO VENDORS

Capital City Pipes Inc
PO Box 12368
Tallahassee FL 32317

I13 - DEFAULT - ADMINISTRATIVE COST OF REPROCUREMENT AFTER DEFAULT (MAY 1988) - DLAD 52.249-9000

If this contract is terminated in whole or in part for default pursuant to the clause included herein entitled 'Default,' and the supplies or services covered by the contract so terminated are repurchased by the Government, the Government will incur administrative costs in such repurchases. The contractor and the Government expressly agree that, in addition to any excess costs of repurchase, as provided in paragraph (b) of the 'Default' clause of the contract, or any other damages resulting from such default, the contractor shall pay, and the Government shall accept, the sum of $519.00 as payment in full for the administrative costs of such repurchase. This assessment of damages for administrative costs shall apply for any termination for default following which the Government repurchases the terminated supplies or services, regardless of whether any other damages are incurred and/or assessed.

I14 - BANKRUPTCY (JUL 1995) - FAR 52.242-13

In the event the Contractor enters into proceedings relating to bankruptcy, whether voluntary or involuntary, the Contractor agrees to furnish, by certified mail, written notification of the bankruptcy to the Contracting Officer responsible for administering the contract. This notification shall be furnished within five days of the initiation of the proceedings relating to bankruptcy filing. This notification shall include the date on which the bankruptcy petition was filed, the identity of the court in which the bankruptcy petition was filed, and a listing of Government contract numbers and contracting offices for all Government contracts against which final payment has not been made. This obligation remains in effect until final payment under this contract.

I16 - CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) - FAR 52.203-8

(a) If the Government receives information that a contractor or a person has engaged in conduct constituting a violation of subsection (a), (b), or (d) of Section 27 of the Office of Federal Procurement Policy Act (41 U.S.C. 423) (the Act), for Fiscal Year 1996 (Pub. L. 104-106), the Government may-

(1) Cancel the solicitation, if the contract has not yet been awarded or issued; or

(2) Rescind the contract with respect to which-

(i) The Contractor or someone acting for the Contractor has been convicted for an offense where the conduct constitutes a violation of subsection 27 (a) or (b) of the Act for the purpose of either-

(A) Exchanging the information covered by such subsections for anything of value; or

(B) Obtaining or giving anyone a competitive advantage in the award of a Federal agency procurement contract; or

(ii) The head of the contracting activity has determined, based upon a preponderance of the evidence, that the Contractor or someone acting for the Contractor has engaged in conduct constituting an offense punishable under subsections 27(e)(1) of the Act.

(b) If the Government rescinds the contract under paragraph (a) of this clause, the Government is entitled to recover, in addition to any penalty prescribed by law, the amount expended under the contract.

(c) The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law, regulation, or under this contract.

I20 - PRIORITY RATING (FEB 1996) - DLAD 52.211-9002

This contract is assigned a priority rating under the Defense Priorities and Allocations System (DPAS) regulations (15 CFR 700) which requires contractors to utilize said rating in obtaining the products, materials and supplies needed to fill their contracts. In the event the contractor is unable to obtain the necessary products, materials and supplies to complete the contract, the contractor shall immediately advise the DCMC or the appropriate DoC priorities and allocations (P&A) officer through the cognizant ACO or contracting officer. The P&A officer or the DCMC industrial specialist will provide necessary assistance or will provide the necessary instructions to complete DOC ITA Form 999, Request for Special Priorities Assistance. This form will be processed through appropriate channels to the Department of Commerce which, upon receipt, will take action to make the needed supplies available to the applicant.

I21 - HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997) - FAR 52.223-3

(a) "Hazardous material", as used in this clause, includes any material defined as hazardous under the latest version of Federal Standard No. 313 (including revisions adopted during the term of the contract).

(b) The offeror must list any hazardous material, as defined in paragraph (a) of this clause, to be delivered under this contract. The hazardous material shall be properly identified and include any applicable identification number, such as National Stock Number or Special Item Number. This information shall also be included on the Material Safety Data Sheet submitted under this contract.

| MATERIAL (If none, insert "NONE") | IDENTIFICATION NO. |
|---|---|
| - NONE - | |
| | |

(c) This list must be updated during performance of the contract whenever the Contractor determines that any other material to be delivered under this contract is hazardous.

(d) The apparently successful offeror agrees to submit, for each item as required prior to award, a Material Safety Data Sheet, meeting the requirements of 29 CFR 1910.1200(g) and the latest version of Federal Standard No. 313, for all hazardous material identified in paragraph (b) of this clause. Data shall be submitted in accordance with Federal Standard No. 313, whether or not the apparently successful offeror is the actual manufacturer of these items. Failure to submit the Material Safety Data Sheet prior to award may result in the apparently successful offeror being considered nonresponsible and ineligible for award.

(e) If, after award, there is a change in the composition of the item(s) or a revision to Federal Standard No. 313, which renders incomplete or inaccurate the data submitted under paragraph (d) of this clause, the Contractor shall promptly notify the Contracting Officer and resubmit the data.

(f) Neither the requirements of this clause nor any act or failure to act by the Government shall relieve the Contractor of any responsibility or liability for the safety of Government, Contractor, or subcontractor personnel or property.

(g) Nothing contained in this clause shall relieve the Contractor from complying with applicable Federal, State, and local laws, codes, ordinances, and regulations (including the obtaining of licenses and permits) in connection with hazardous material.

(h) The Government's rights in data furnished under this contract with respect to hazardous material are as follows:

(1) To use, duplicate and disclose any data to





25

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0740-99-R-3025 | 13 | 24 PAGES |

which this clause is applicable. The purposes of this right are to--

(i) Apprise personnel of the hazards to which they may be exposed in using, handling, packaging, transporting, or disposing of hazardous materials;

(ii) Obtain medical treatment for those affected by the material; and

(iii) Have others use, duplicate, and disclose the data for the Government for these purposes.

(2) To use, duplicate, and disclose data furnished under this clause, in accordance with subparagraph (h)(1) of this clause, in precedence over any other clause of this clause, in precedence over any other clause of this contract providing for rights in data.

(3) The Government is not precluded from using similar or identical data acquired from other sources.

**I21a - MATERIAL SAFETY DATA SHEET (MSDS) AND HAZARD WARNING LABELS (MAR 1992) - DLAD 52.223-9038**

(a)(1) This clause is to be used in conjunction with FAR clause 52.223-3, "Hazardous Material Identification and Material Safety Data", and DFARS clause 252.223-7001, "Hazard Warning Labels." Material Safety Data Sheets (MSDSs) and Hazard Warning Labels shall be required to be submitted by the apparently successful offeror prior to contract award. Notwithstanding paragraph 4. of Federal Standard (FED-STD) 313c (1 March 1988), the contractor shall submit MSDSs and accompanying HWLs to the contracting officer, rather than directly to the Defense General Supply Center (DGSC). This will satisfy the FED-STD requirement on the part of the contractor.

(2) The MSDS must cite the solicitation number and the applicable CAGE code of the manufacturer, the part number, and where so identified, the National Stock Number (NSN).

**I21b - HAZARD WARNING LABELS (DEC 1991) (DFARS 252.223-7001**

A) "Hazardous material" as used in this clause, is defined in the Hazardous Material Identification and Material Safety Data clause of this contract.

(b) The Contractor shall label the item package (unit container) of any hazardous material to be delivered under this contract in accordance with the Hazard Communication Standard (29 CFR 1910.1200 et seq). The Standard requires that the hazard warning label conform to the requirements of the standard unless the material is otherwise subject to the labeling requirements of one of the following statutes:

(1) Federal Insecticide, Fungicide and Rodenticide Act;
(2) Federal Food, Drug and Cosmetic Act;
(3) Consumer Product Safety Act;
(4) Federal Hazardous Substances Act; or
(5) Federal Alcohol Administration Act.

(c) The Offeror shall list which hazardous material listed in the Hazardous Material Identification and Material Safety Data clause of this contract will be labeled in accordance with one of the Acts in paragraphs (b)(1) through (5) of this clause instead of the Hazard Communication Standard. Any hazardous material not listed will be interpreted to mean that a label is required in accordance with the Hazard Communication Standard.

| MATERIAL (If None, Insert "None.") | ACT |
|---|---|
| - NONE - | |
| | |

(d) The apparently successful Offeror agrees to submit, before award, a copy of the hazard warning label for all hazardous materials not listed in paragraph (c) of this clause. The Offeror shall submit the label with the Material Safety Data Sheet being furnished under the Hazardous Material Identification and Material Safety Data clause of this contract.

(e) The Contractor shall also comply with MIL-STD-129, Marking for Shipment and Storage (including revisions adopted during the term of this contract).

**I23 - OZONE-DEPLETING SUBSTANCES (JUN 1996) - FAR 52.223-11**

(a) Definitions. "Ozone-depleting substance", as used in this clause, means any substance designated as Class I by the Environmental Protection Agency (EPA) (40 CFR Part 82), including but not limited to chlorofluorocarbons, halons, carbon tetrachloride, and methyl chloroform; or any substance designated as Class II by EPA (40 CFR Part 82), including but not limited to hydrochlorofluorocarbons.

(b) The Contractor shall label products which contain or are manufactured with ozone-depleting substances in the manner and to the extent required by 42 U.S.C. 7671j(b), (c), and (d) and 40 CFR Part 82, Subpart E, as follows:

"WARNING: Contains (or manufactured with, if applicable ________*, a substance(s) which harm(s) public health and environment by destroying ozone in the upper atmosphere."

*The Contractor shall insert the name of the substance(s).

**I26 - CERTIFICATION OF REQUESTS FOR EQUITABLE ADJUSTMENT (MAR 1998) - DFARS 252.243-7002**

(a) The amount of any request for equitable adjustment to contract terms shall accurately reflect the contract adjustment for which the Contractor believes the Government is liable. The request shall include only costs for performing the change, and shall not include any costs that already have been reimbursed or that have been separately claimed. All indirect costs included in the request shall be properly allocable to the change in accordance with applicable acquisition regulations.

(b) In accordance with 10 U.S.C. 2410(a), any request for equitable adjustment to contract terms that exceeds the simplified acquisition threshold shall bear, at the time of submission, the following certificate executed by an individual authorized to certify the request on behalf of the Contractor:

I certify that the request is made in good faith, and that the supporting data are accurate and complete the best of my knowledge and belief.

Thelma B. Williams
(Official's Name)

Director of Government Sales
(Title)

(c) The certification in paragraph (b) of this clause requires full disclosure of all relevant facts, including-

(1) Cost or pricing data if required in accordance with FAR 15.403-4 of the Federal Acquisition Regulation (FAR); and

(2) Information other than cost or pricing data, in accordance with subsection 15.403-3 of the FAR, including actual cost data and data to support any estimated costs, even if cost or pricing data are not required.

(d) The certification requirement in paragraph (b) of this clause does not apply to-

(1) Requests for routine contract payments, for example, requests for payment for accepted supplies and services, routine vouchers under a cost-reimbursement type contract, or progress payment invoices; or

(2) Final adjustments under an incentive provision of the contract

**I33 - Required Central Contractor Registration (Mar 1998) DFARS 252.204-7004**

(a) Definitions. As used in this clause--

(1) Central Contractor Registration (CCR) database means the primary DoD repository for contractor information required for the conduct of business with DoD.

(2) Data Universal Numbering System (DUNS) number means the 9-digit number assigned by Dun and Bradstreet Information Services to identify unique business entities.

(3) Data Universal Numbering System +4 (DUNS+4) number means the DUNS number assigned by Dun and Bradstreet plus a 4-digit suffix that may be assigned by a parent (controlling) business concern. This 4-digit suffix may be assigned at the discretion of the parent business concern for

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0740-99-R-3025 | 14 | 24 PAGES |

such purposes as identifying subunits or affiliates of the parent business concern.

(4) Registered in the CCR database means that all mandatory information, including the DUNS number or the DUNS+4 number, if applicable, and the corresponding Commercial and Government Entity (CAGE) code, is in the CCR database; the DUNS number and the CAGE code have been validated, and all edits have been successfully completed.

(b)(1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee must be registered in the CCR database prior to award, during performance, and through final payment of any contract resulting from this solicitation, except for awards to foreign vendors for work to be performed outside the United States.

(2) The offeror shall provide its DUNS or, if applicable, its DUNS+4 number with its offer, which will be used by the Contracting Officer to verify that the offeror is registered in the CCR database.

(3) Lack of registration in the CCR database will make an offeror ineligible for award.

(4) DoD has established a goal of registering an applicant in the CCR database within 48 hours after receipt of a complete and accurate application via the Internet. However, registration of an applicant submitting an application through a method other than the Internet may take up to 30 days. Therefore, offerors that are not registered should consider applying for registration immediately upon receipt of this solicitation

(c) The Contractor is responsible for the accuracy and completeness of the data within the CCR, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to confirm on an annual basis that its information in the CCR database is accurate and complete.

(d) Offerors and contractors may obtain information on registration and annual confirmation requirements by calling 1-888-227-2423, or via the Internet at http://ccr.edi.disa.mil.

136 - PRODUCTION FACILITY CHANGES (APR 1996) - DCSC 52.216-9C04

The performance of any of the work contracted for in any place other than that named in the contract is prohibited unless specifically approved by the DSCC Contracting Officer. Written requests for a change in production facilities must be submitted to the DSCC Contracting Officer. Changes in production facilities may be approved, provided (1) performance by small business or in labor surplus areas as required by the contract will not be changed; (2) the change will not cause a delay in delivery or necessitate a change in the purchase description; (3) the F.O.B. point is not changed; and (4) each request is supported by a price reduction of $250.00 to cover the government's administrative costs to process the change.

151 - SPECIAL PROHIBITION ON EMPLOYMENT (JUN 1997) DFARS 252.203-7001

(a) Definitions. As used in this clause--

(1) "Arising out of a contract with the DoD" means any act in connection with--(i) Attempting to obtain, (ii) Obtaining, or (iii) Performing a contract or first-tier subcontract of any agency, department, or component of the Department of Defense (DoD).

(2) "Conviction of fraud or any other felony" means any conviction for fraud or a felony in violation of state or Federal criminal statutes, whether entered on a verdict or plea, including a plea of nolo contendere, for which sentence has been imposed.

(3) "Date of conviction" means the date judgment was entered against the individual.

(b) 10 U.S.C. 2408 provides that any individual who is convicted after September 29, 1988, of fraud or any other felony arising out of a contract with the DoD is prohibited from:

(1) Working in a management or supervisory capacity on any DoD contract or first-tier subcontract;

(2) Serving on the board of directors of any DoD contractor or first-tier subcontractor; or

(3) Serving as a consultant to any DoD contractor or first-tier subcontractor.

(c) Unless waived, the prohibition in paragraph (b) applies for five years from the date of conviction.

(d) 10 U.S.C. 2408 further provides that a defense contractor or first-tier subcontractor shall be subject to a criminal penalty of not more than $500,000 if convicted of knowingly--

(1) Employing a person under a prohibition specified in paragraph (b) of this clause; or

(2) Allowing such a person to serve on the board of directors of the contractor or first-tier subcontractor.

(e) In addition to the criminal penalties contained in 10 U.S.C. 2408, the Government may consider other available remedies, such as--

(1) Suspension or debarment;

(2) Cancellation of the contract at no cost to the Government; or

(3) Termination of the contract for default.

(f) The Contractor may submit written requests for waiver of the prohibitions in paragraph (b) of this clause to the Contracting Officer. Requests shall clearly identify--

(1) The person involved;

(2) The nature of the conviction and resultant sentence or punishment imposed;

(3) The reasons for the requested waiver; and,

(4) An explanation of why a waiver is in the interest of national security.

(g) The Contractor agrees to include the substance of this clause, appropriately modified to reflect the identity and relationship of the parties, in all first-tier subcontracts exceeding the simplified acquisition threshold in Part 2 of the Federal Acquisition Regulation, except those for commercial items or components.

(h) Pursuant to 10 U.S.C. 2408(c), defense contractors and subcontractors may obtain information as to whether a particular person has been convicted of fraud or any other felony arising out of a contract with the DoD by contacting The Office of Justice Programs, The Denial of Benefits Office, U.S. Department of Justice, telephone (202) 616-3507.

182 - TRANSPORTATION OF SUPPLIES BY SEA (NOV 1995) - DFARS 252.247-7023

(a) Definitions. As used in this clause:

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication or assembly by the Contractor or any subcontractor.

(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign flag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

(5) "Subcontractor" means a supplier, materialman, distributor or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

(6) "Supplies" means all property except land and interests in land that is clearly identifiable for eventual use by the armed services, or owned by the armed services, at the time of transportation by sea. (i) An item is clearly identifiable for eventual use by DoD if, for example, the contract documentation contains a reference to a DoD contract number or a military destination. (ii) "Supplies" includes (but is not limited to) public works, buildings and facilities, ships, floating equipment and vessels of every character, type, and description, together with parts, subassemblies, accessories, and equipment; machine tools, material, equipment, and stores of all kinds; end items, construction materials and the components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b) The Contractor shall employ United States-flag vessels in the transportation by sea of any supplies to be furnished in the performance of this contract. The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign flag vessels, or designate available U.S. flag vessels, if the Contractor or a subcontractor believes that; (1) U.S.-flag vessels are not available for timely shipment; (2) the freight charges are excessive or unreasonable; or (3) freight charges are higher than charges to private persons for transportation of like goods.

(c) The Contractor must submit any request for use of



27

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0740-99-R-3025 | 15 | 24 PAGES |

other than U.S.-flag vessels in writing to the Contracting Officer at least forty-five (45) days prior to the sailing date for the shipper to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract.

The request shall contain at a minimum:

(1) Type, weight, and cube of cargo.
(2) Required shipping date.
(3) Special handling and discharge requirements.
(4) Loading and discharge points.
(5) Name of shipper and consignee.
(6) Prime contract number.
(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact with at least two (2) U.S.-flag carriers contacted by name and telephone number. Copies of telephone notes, telegraphic and facsimile messages or letters will be sufficient for this purpose.

(d) The Contractor shall, within thirty (30) days after each shipment covered by this clause' provide the Contracting Officer and the Division of National Cargo, Office of Market Development, Maritime Administration, U.S. Department of Transportation, Washington, DC 20590, one copy of the rated on board vessel operating carrier's ocean-bill-of-lading, which shall contain the following information:

(1) Applicable Government prime contract number;
(2) Name of vessel;
(3) Vessel flag of registry,
(4) Date of loading;
(5) Port of loading;
(6) Port of final discharge;
(7) Description of commodity;
(8) Gross weight in pounds and cubic feet if applicable;
(9) Total ocean freight in U.S. dollars.
(10) Name of steamship company.

(e) The Contractor agrees to provide with its final invoice under this contract a representation that to the best of its knowledge and belief:

(1) No ocean transportation was used in the performance of this contract,

(2) Ocean transportation was used and only United States-flag vessels were used for all ocean shipments under the contract.

(3) Ocean transportation was used, and to the extent any non-U.S.-flag vessels were used, the Contractor had the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or

(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. These shipments were as follows:

| ITEM DESCRIPTION | CONTRACT LINE ITEM | QUANTITY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| TOTAL | | 1986 |

(f) If the invoice does not include the required representation, the Government will be reject and return it to the Contractor as an improper invoice for the purposes of the clause of the contract entitled "Prompt Payment". In the event there has been unauthorized use of non-U.S.-flag vessels in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(g) The contractor shall include this clause, including this paragraph (g) in all subcontracts under this contract, which exceed the simplified acquisition threshold in Part 13 of the Federal Acquisition Regulation.

**I07 - PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) - FAR 52.203-10**

(a) The Government, at its election, may reduce the price of a fixed-price type contract or contract modification and the total cost and fee under a cost-type contract or contract modification by the amount of profit or fee determined as set forth in paragraph (b) of this clause if the head of the contracting activity or his or her designee determines that there was a violation of subsection 27(a) or the Office of Federal Procurement Policy Act, as amended (41 U.S.C. 423), as implemented in the FAR. In the case of a contract modification, the fee subject to reduction is the fee specified in the particular contract modification at the time of execution, except as provided in subparagraph (b)(5) of this clause.

(b) The price or fee reduction referred to in paragraph (a) of this clause shall be--

(1) For cost-plus-fixed-fee contracts, the amount of the fee specified in the contract at the time of award;

(2) For cost-plus-incentive-fee contracts, the target fee specified in the contract at the time of award notwithstanding any minimum fee or "fee floor" specified in the contract.

(3) For cost-plus-award-fee contracts--

(i) The base fee established in the contract at the time of contract award;

(ii) If no base fee is specified in the contract, 30 percent of the amount of each award fee otherwise payable to the Contractor for each award fee evaluation period or at each award fee determination point.

(4) For fixed-price-incentive contracts, the Government may--

(i) Reduce the contract target price and contract target profit both by an amount equal to the initial target profit specified in the contract at the time of contract award; or

(ii) If an immediate adjustment to the contract target price and contract target profit would have a significant adverse impact on the incentive price revision relationship under the contract, or adversely affect the contract financing provisions, the Contracting Officer may defer such adjustment until establishment of the total final price established in accordance with the incentive price revision provisions of the contract shall be reduced by an amount equal to the initial target profit specified in the contract at the time of contract award and such reduced price shall be the total final contract price.

(5) For firm-fixed price contracts, by 10 percent of the initial contract price or a profit amount determined by the Contracting Officer from records or documents in existence prior to the date of the contract award.

(c) The Government may, at its election, reduce a prime contractor's price or fee in accordance with the procedures of paragraph (b) of this clause for violations of the Act by its subcontractors by an amount not to exceed the amount of profit or fee reflected in the subcontract at the time the subcontract was first definitively priced.

(d) In addition to the remedies in paragraphs (a) and (c) of this clause, the Government may terminate this contract for default. The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law or under this contract.

**I36 - SECONDARY ARAB BOYCOTT OF ISRAEL (JUN 1992) DFARS 252.226-7031**

(a) Definitions.
As used in this clause--

"Foreign person" means any person other than a United States person as defined in Section 16(2) of the Export Administration Act of 1979 (50 U.S.C. App. Sec 2415).

"United States person" is defined in Section 16(2) of the Export Administration Act of 1979 and means any United States resident or national (other than an individual resident outside the United States and employed by other than a United States person), any domestic concern (including any permanent domestic establishment of any foreign concern), and any foreign subsidiary or affiliate (including any permanent foreign establishment) of any domestic concern which is controlled in fact by such domestic concern, as determined under regulations of the President.

(b) Certification.

By submitting this offer, the offeror, if a foreign person, company or entity, certifies that it--

(1) Does not comply with the secondary Arab boycott of



28