IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**FLEXFAB, L.L.C.**, a Michigan Limited Liability Company, successor to Flexible Horizons International, Inc., d/b/a Flexfab

Plaintiff,

v.

**UNITED STATES OF AMERICA,**

Defendant.

Case No. 02-1096 C

Hon. Lawrence J. Block

**PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT E

# (Continued)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-R-3025 | PAGE 16 | OF 24 PAGES |
|---|---|---|---|

Israel; and

(2) Is not taking or knowingly agreeing to take any action, with respect to the secondary boycott of Israel by Arab countries, which 50 U.S.C. App. Sec 2407(a) prohibits a United States person from taking.

I36 - COMPUTER GENERATED FORMS (JAN 1991) FAR 52.253-1

(a) Any data required to be submitted on a Standard or Optional Form prescribed by the Federal Acquisition Regulation (FAR) may be submitted on a computer generated version of the form, provided there is no change to the name, content, or sequence of the data elements on the form, and provided the form carries the Standard or Optional Form number and edition date.

(b) Unless prohibited by agency regulations, any data required to be submitted on an agency unique form prescribed by an agency supplement to the FAR may be submitted on a computer generated version of the form provided there is no change to the name, content, or sequence of the data elements on the form and provided the form carries the agency form number and edition date.

(c) If the Contractor submits a computer generated version of a form that is different than the required form, then the rights and obligations of the parties will be determined based on the content of the required form.

I99 - DRUG-FREE WORKPLACE (JAN 1997) - FAR 52.223-6

I100 - CLAUSES INCORPORATED BY REFERENCE (JUN 1988) FAR 52.252-2

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

NOTE: The text of any referenced FAR or DFARS clause may be obtained by request to Defense Supply Center Columbus, Logistics Management Group, P.O. Box 16704, ATTN: DSCC-GPP, Columbus, Ohio 43216-5000. However, the complete edition of Federal Acquisition Regulation (FAR) or DoD FAR SUPPLEMENT (DFARS) may be obtained by purchase from the Superintendent of Documents, Government Printing Office, Washington, D.C. 20402.

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

(a) The following clauses are applicable to sealed bid/negotiated solicitations/contracts:

| CLAUSE TITLE | DATE | FAR REFERENCE |
|---|---|---|
| Affirmative Action for Disabled Veterans and of the Vietnam Era | (APR 1998) | 52.222-35 |
| Affirmative Action for Workers with Disabilities | (JUN 1998) | 52.222-36 |
| Anti-Kickback Procedures | (JUL 1995) | 52.203-7 |
| Assignment of Claims and Alternate I | (JAN 1986) (APR 1984) | 52.232-23 52.232-23 |
| Authorization and Consent | (JUL 1995) | 52.227-1 |
| Audit and Records - Negotiation | (AUG 1996) | 52.215-2 |
| Changes - Fixed Price | (AUG 1987) | 52.243-1 |
| Clean Air and Water | (APR 1984) | 52.223-2 |
| Contract Work Hours and Safety Standards Act - Overtime Compensation | (JUL 1995) | 52.222-4 |
| Covenant Against Contingent Fees | (APR 1984) | 52.203-5 |
| Contractor Use of Mandatory Sources of Supply | (MAR 1996) | 52.208-9 |
| Convict Labor | (AUG 1996) | 52.222-3 |
| Default (Fixed Price Supply and Service) | (APR 1984) | 52.249-8 |
| Defense Priority and Allocation Requirements | (SEP 1990) | 52.211-15 |
| Definitions | (OCT 1995) | 52.202-1 |
| Discounts for Prompt Payment | (MAY 1997) | 52.232-8 |
| Disputes | (DEC 1998) | 52.233-1 |
| Duty-Free Entry | (APR 1984) | 52.225-10 |
| Employment Reports on Disabled Veterans and Veterans of the Vietnam Era | (APR 1998) | 52.222-37 |
| Equal Opportunity (DEVIATION) | (APR 1984) | 52.222-26 |
| Extras | (APR 1984) | 52.232-11 |
| Federal, State, and Local Taxes (Applicable UNLESS clause at FAR 52.229-6, Taxes-Foreign Fixed-Price Contracts (JAN 1991) applies to contracts to be performed outside the U.S.) | (JAN 1991) | 52.229-3 |
| Gratuities | (APR 1984) | 52.203-3 |
| Integrity of Unit Prices and Alternate I | (OCT 1997) (OCT 1997) | 52.215-14 |
| Interest | (JUN 1996) | 52.232-17 |
| Limitation of Liability | (FEB 1997) | 52.246-23 |
| Mandatory Information for Electronic Funds Transfer Payment | (AUG 1996) | 52.232-33 |
| Material Requirements | (OCT 1997) | 52.211-5 |
| Notice & Assistance Regarding Patent and Copyright Infringement | (AUG 1996) | 52.227-2 |
| Notice to the Government of Labor Disputes | (FEB 1997) | 52.222-1 |
| Patent Indemnity | (APR 1984) | 52.227-3 |
| Payments | (APR 1984) | 52.232-1 |
| Pollution Prevention and Right-to-Know Information | MAR 1997 | 52.223-5 |
| Preference for Privately Owned U.S. - Flag Commercial Vessels | (AUG 1996) | 52.247-64 |
| Preference for U.S. - Flag Air Carriers | (JAN 1997) | 52.247-63 |
| Printing/Copying Double-Sided on Recycled Paper | (JUN 1996) | 52.204-4 |
| Prompt Payment | (JUN 1997) | 52.232-25 |
| Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | (AUG 1995) | 52.209-6 |
| Protest After Award | (AUG 1996) | 52.233-3 |



29

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0740-99-R-3025 | 17 | 24 PAGES |

| | | |
|---|---|---|
| Restrictions of Subcontractor Sales to the Government | (JUL 1995) | 52.203-6 |
| Subcontracts | (AUG 1996) | 52.244-2 |
| Taxes - Contracts Performed in U.S. Possessions or Puerto Rico | (APR 1984) | 52.229-6 |
| Termination for Convenience of the Government (Fixed-Price) (Short Form) (Applicable to contracts of $100,000 or less) | (AUG 1996) | 52.249-1 |
| Termination for Convenience of the Government (Fixed-Price) | (SEP 1996) | 52.249-2 |
| Toxic Chemical Release Reporting | (OCT 1996) | 52.223-14 |
| Utilization of Small, Small Disadvantaged and Women-Owned Small Business Concerns | (JAN 1999) | 52.219-8 |
| Walsh-Healey Public Contracts Act | (DEC 1996) | 52.222-20 |
| Order of Precedence - Uniform Contract Format | (OCT 1997) | 52.215-8 |
| Restrictions on Certain Foreign Purchases | (OCT 1996) | 52.225-11 |

II. DoD FAR SUPPLEMENT (48 CFR Chapter 2) Clauses

| | | |
|---|---|---|
| Assignment of Claims (Overseas) | (JUN 1997) | 252.225-7008 |
| Authorization to Perform | (JUN 1997) | 252.225-7042 |
| Buy American Act and Balance of Payments Program | (MAR 1998) | 252.225-7001 |
| Choice of Law (Overseas) | (JUN 1997) | 252.233-7001 |
| Control of Government Personnel Work Product | (APR 1992) | 252.204-7003 |
| Correspondence in English | (JUN 1997) | 252.225-7041 |
| Duty Free Entry - Qualifying Country Supplies (End Products and Components) | (MAR 1998) | 252.225-7009 |
| Duty-Free Entry - Eligible End Products | (MAR 1998) | 252.225-7037 |
| Duty-Free Entry-Additional Provisions | (MAR 1998) | 252.225-7010 |
| Military Recruiting On Campus | (FEB 1996) | 252.209-7005 |
| Payment For Subline Items Not Separately Priced | (DEC 1991) | 252.204-7002 |
| Pricing Adjustments | (DEC 1991) | 252.215-7000 |
| Pricing of Contract Modifications | (DEC 1991) | 252.243-7001 |
| Qualifying Country Sources as Subcontractors | (DEC 1991) | 252.225-7002 |
| Postaward Conference | (DEC 1991) | 252.242-7000 |
| Subcontracting with Firms That are Owned or Controlled by the Government of a Terrorist Country | (MAR 1998) | 252.209-7004 |
| Supplies to be Accorded Duty-Free Entry | (MAR 1998) | 252.225-7008 |

I200 - DRUG-FREE WORK FORCE (SEP 1988) - DFARS 252.223-7004

I207 - INCONSISTENCY BETWEEN ENGLISH VERSION AND TRANSLATION OF CONTRACT (AUG 1989) - FAR 52.215-14

In the event of inconsistency between any terms of this contract and any translation thereof into another language, the English language meaning shall control.

I208 - LIMITATIONS ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 1997) - FAR 52.203-12

I216 - SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS (OCT 1998) - FAR 52.244-6

(a) Definition.

"Commercial item", as used in this clause, has the meaning contained in the clause at 52.202-1, Definitions.

"Subcontract", as used in this clause, includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

(c) Notwithstanding any other clause of this contract, the Contractor is not required to include any FAR provision or clause, other than those listed below to the extent they are applicable and as may be required to establish the reasonableness of prices under Part 15, in a subcontract at any tier for commercial items or commercial components:

(1) 52.222-26, Equal Opportunity (E.O. 11246);

(2) 52.222-35, Affirmative Action for Disabled Veterans and of the Vietnam Era (38 U.S.C. 4212(a));

(3) 52.222-36, Affirmative Action for Workers with Disabilities 29 U.S.C. 793); and

(4) 52.247-64, Preference for Privately-Owned U.S.-Flagged Commercial Vessels (46 U.S.C. 1241) (flow down not required for subcontracts awarded beginning May 1, 1996).

(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

SECTION J

J01 - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS:

This solicitation consists of documents and attachments identified by an "x" in the space provided and made a part hereof.

| FORM/FM NO. | NAME | DATE |
|---|---|---|
| (X) DD FM 1707 (Cover Sheet) | Information to Offerors or Quoters | MAR 90 |
| (X) SF 33 | Solicitation, Offer and Award | Rev 4-85 |
| (X) --- | Section B | --- |
| (X) --- | Sections C thru H | --- |
| ( ) --- | Pkg Sht(s) as cited in Sec D | --- |
| ( ) --- | Interim Amend. No. | |
| ( ) --- | Quality Assurance Provision (QAP) No. | |
| ( ) --- | Supplemental Alternate Offer Guidelines for ARO/NAVSEA/NAVCOM Critical Items | --- |
| ( ) SF 1411 | Contract Pricing Proposal Cover Sheet | Rev 10-95 |
| ( ) SF 1448 | Proposal Cover Sheet (Cost or Pricing Data Not Required) | 10-95 |



30

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0740-99-R-3025 | 18 | 24 PAGES |

| | | | |
|---|---|---|---|
| ( ) DCSC FM 1650 | Freight Shipping Information - Mode of Shipment | AUG 73 | |
| ( ) Form CASB-CMF | Facilities Capital Cost of Money Factors Computation | --- | |
| ( ) DD Form 1861 | Contract Facilities Capital Cost of Money | APR 96 | |
| (X) DC1636P001 | Palletization | Rev 9815 | |
| ( ) | | | |
| ( ) | | | |
| ( ) | | | |
| ( ) DD FM 1423 | Contract Data Rqmt List: EXHIBIT No. w/ATCH No. | JUN 90 | --- --- |
| | EXHIBIT No. w/ATCH No. | | --- --- |
| | EXHIBIT No. w/ATCH No. | | --- --- |
| | EXHIBIT No. w/ATCH No. | | --- --- |

*Instructions included in FAR 16.404-6(b) must be followed carefully.

## SECTION K

### K01 - CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985) - FAR 52.203-2

(a) The offeror certifies that -

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to (i) those prices, (ii) the intention to submit an offer, or (iii) the methods or factors used to calculate the prices offered;

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a formally advertised solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory--

(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above; or

(2)(i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above

Capital City Piping Inc
PO Box 12368
Tallahassee FL 32317

(insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

### K02 - PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (APR 1984) (DEVIATION) FAR 52.222-22

The offeror represents that--

(a) It ( ) has, (✓) has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation;

(b) It (✓) has, ( ) has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

### K03 SMALL BUSINESS PROGRAM REPRESENTATIONS (OCT 1998) FAR 52.219-1

(a)(1) The standard industrial classification (SIC) code for this acquisition is

(2) The small business size standard is (insert size standard).

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents and certifies as part of its offer that it (✓) is, ( ) is not a small business concern.

(2) (Complete only if offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it (✓) is, ( ) is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if offeror represented itself as a small business concern in block (b)(1) of this section.) The offeror represents as part of its offer that it ( ) is (✓) is not a women-owned small business concern.

(c) Definitions.

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

"Women-owned small business concern," as used in this provision, means a small business concern--

(1) Which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice. (1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small or small disadvantaged business concern in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall -

(i) Be punished by imposition of fine, imprisonment, or both;

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>SP0740-99-R-3025 | PAGE OF<br>19 | 24<br>PAGES |
|---|---|---|---|

(ii) Be subject to administrative remedies, including suspension and debarment; and
(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(K) ALTERNATE I (OCT 1998)
(4) [Complete if the offeror has represented itself as disadvantaged in paragraph (b)(2) of this provision.] [The offeror shall] check the category in which its ownership falls]:

[✓] Black American.
[ ] Hispanic American.
[ ] Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).
[ ] Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, The Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).
[ ] Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).
[ ] Individual/concern, or other than one of the preceding.

K04 - PROHIBITION OF SEGREGATED FACILITIES (APR 1984) (DEVIATION)

(a) "Segregated facilities," as used in this clause, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, sex or national origin because of written or oral policies or employee custom. The term does not include separate or single-user rest rooms and necessary dressing or sleeping areas, which shall be provided to assure privacy between the sexes.

(b) The Contractor agrees that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The Contractor agrees that a breach of this clause is a violation of the Equal Opportunity clause in this contract.

(c) The Contractor shall include this clause in every subcontract that contains the clause of this contract entitled "Equal Opportunity."

K06 - RECOVERED MATERIAL CERTIFICATION (OCT 1997) - FAR 52.223-4

K07b - TYPE OF BUSINESS ORGANIZATION (OCT 1997) - FAR 52.215-4 (RFP's only)

The offeror or respondent, by checking the applicable box, represents that-
(a) It operates as [ ] an individual, [ ] a partnership, [ ] a nonprofit organization, [ ] a joint venture, or a corporation under the laws of the State of FLORIDA
(b) If the offeror or respondent is a foreign entity, it operates as [ ] an individual, [ ] a partnership, [ ] a nonprofit organization, [ ] a joint venture, or [ ] a corporation, registered for business in ______________ (Country)

K08 - CLEAN AIR AND WATER CERTIFICATION (APR 1984) - FAR 52.223-1

The Offeror certifies that-
(a) Any facility to be used in the performance of this proposed contract is [✓], is not [ ] listed on the Environmental Protection Agency List of Violating Facilities;
(b) The offeror will immediately notify the Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the Environmental Protection Agency, indicating that any facility that the offeror proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and
(c) The offeror will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

K12 - AFFIRMATIVE ACTION COMPLIANCE (APR 1984) FAR 52.222-25

The offeror represents that (a) it [✓] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or (b) it [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

NOTE: Offeror represents that he [ ] has, [✓] has not, 50 or more employees.

K16 - DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER (APR 1996) - FAR 52.204-6

(a) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" followed by the DUNS number that identifies the offeror's name and address exactly as stated in the offer. The DUNS number is a nine-digit number assigned by Dun and Bradstreet Information Services.

(b) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. A DUNS number will be provided immediately by telephone at no charge to the offeror. For information on obtaining a DUNS number, the offeror, if located within the United States, should call Dun and Bradstreet at 1-800-333-0505. The offeror should be prepared to provide the following information:
(1) Company name.
(2) Company address.
(3) Company telephone number.
(4) Line of business.
(5) Chief executive officer/key manager.
(6) Date the company was started.
(7) Number of people employed by the company.
(8) Company affiliation.

(c) Offerors located outside the United States may obtain the location and phone number of the local Dun and Bradstreet Information Services office from the Internet Home Page at http://www.dnb.com/. If an offeror is unable to locate a local service center, it may send an e-mail to Dun and Bradstreet at globalinfo

K17 - WHEN OFFEROR DESIRES ADMINISTRATIVE MATTERS TO BE PERFORMED AT OTHER THAN ADDRESS IN BLOCK 15A, SF 33, INDICATE BELOW. (APR 1984) - DCSC INFORMATION TO VENDOR

______________________________

______________________________

______________________________

______________________________

K18 - MINIMUM ACCEPTANCE PERIODS (APR 1984) - DOSC 52.214-9C01

MINIMUM BID ACCEPTANCE PERIOD (APR 1984) - FAR 52.214-16 (IFBs only)

(a) "Acceptance period," as used in this provision, means the number of calendar days available to the Government for awarding a contract from the date specified in this solicitation for receipt of bids.

(b) This provision supersedes any language pertaining to the acceptance period that may appear elsewhere in this solicitation.

(c) The Government requires a minimum acceptance period of (See Notes 1 & 2) calendar days.

(d) In the space provided immediately below, bidders may specify a longer acceptance period than the Government's minimum requirement. The bidder allows the following

NSN 7540-01-152-8-67 / Previous edition unusable | 36 109 / GPO : 1983 O - 381-484 (8650) | STANDARD FORM 36 (REV 10-83) Prescribed by GSA

32

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-R-3025 | PAGE OF 20 | 24 PAGES |
|---|---|---|---|

acceptance period: calendar days.

(e) A bid allowing less than the Government's minimum acceptance period will be rejected.

(f) The bidder agrees to execute all that it has undertaken to do, in compliance with its bid, if that bid is accepted in writing within (1) the acceptance period stated in paragraph (c) above or (2) any longer acceptance period stated in paragraph (d) above

NOTES:

(1) All Items (except Wood Products):
(i) 60 calendar days.
(ii) If a period is not stated by offeror, offer may be accepted within 60 calendar days after date of bid opening.

(2) Wood Products' Items:
(i) 10 calendar days for shipments to Ports of Loading.
(ii) 7 calendar days for all other shipments.
(iii) If a period is not stated by offeror, offer may be accepted within 30 calendar days after date of bid opening.

PERIOD FOR ACCEPTANCE OF OFFER (APR 1984) - FAR 52.215-19 (RFPs only)

In compliance with the solicitation, the offeror agrees, if this offer is accepted within : calendar days (60 calendar days unless a different period is inserted by the offeror) from the date specified in the solicitation for receipt of offers, to furnish any or all items on which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the Schedule.

NOTE:

(3) Negotiated RFP: The minimum acceptance periods stated in notes (1) and (2) above are desired. If a different period is not stated, 60 calendar days applies except for wood products which is 30 calendar days.

K30 - ROYALTY INFORMATION (APR 1984) - FAR 52.227-6 (RFPs only)

K31 - REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992) - DFARS 252.247-7022

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this clause whether transportation of supplies by sea is anticipated under the resulting contract. The term "supplies" is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) REPRESENTATION.
The Offeror represents that it:

( ) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(✓) Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

K32 - Place of Performance (FAR 52.215-6) (OCT 1987)

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, ( ) intends, (✓) does not intend (check applicable block) to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information:

Place of Performance (Street, Address, City, County, State, Zip Code:

JGB Enterprises
115 Metropolitan Dr / Liverpool NY

Name and Address of Owner and Operator of the Plant or Facility if other Than Offeror or Respondent

JGB Enterprises
115 Metropolitan Dr / Liverpool NY

K33 - INSPECTION AND SHIPPING POINTS (APR 1984) - DCSC 52.246-9C02

Paragraphs a, b and c below must be completed ONLY if the place of inspection of supplies, packaging/packing point or shipping point are DIFFERENT than the place of manufacture/treating facility listed in Provision K32.

(a) PLACE OF INSPECTION (Supplies): Indicate below where Contractor inspection will be performed and where facilities and assistance for Government verification inspection will be furnished as required by FAR 52.246-2(b) and (d) Inspection.

| CLIN(S) | PLANT NAME | ADDRESS |
|---|---|---|
| | | |
| | | |
| | | |

(b) PLACE OF INSPECTION (Packaging and Packing Points): Indicate location at which packaging/packing will be performed if other than place of inspection for supplies

| CLIN(S) | PLANT NAME | ADDRESS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

(c) SHIPPING POINT: Indicate below the shipping point if DIFFERENT from (a) or (b) above (See Provision K10:

| CLIN(S) | PLANT NAME | ADDRESS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

K34 - ECONOMIC PURCHASE QUANTITY-SUPPLIES (AUG 1987) FAR 52.207-4

(a) Offerors are invited to state an opinion on whether the quantity(ies) of supplies on which bids, proposals or quotes are requested in this solicitation is (are) economically advantageous to the Government.

(b) Each offeror who believes that acquisitions in different quantities would be more advantageous is invited to recommend an economic purchase quantity. If different quantities are recommended, a total and a unit price must be quoted for applicable items. An economic purchase quantity is that quantity at which a significant price break occurs. If there are significant price breaks at different quantity points, this information is desired as well

**CONTINUATION SHEET**

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|
| SP0740-99-R-3025 | 21 | 24 PAGES |

OFFEROR RECOMMENDATIONS

| CLIN(s) | QUANTITY | PRICE QUOTATION | TOTAL |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(c) The information requested in this provision is being solicited to avoid acquisitions in disadvantageous quantities and to assist the Government in developing a data base for future acquisitions of these items. However, the Government reserves the right to amend or cancel the solicitation and resolicit with respect to any individual item in the event quotations received and the Government's requirements indicate that different quantities should be acquired.

K44 - DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (MAR 1998) DFARS 252.209-7001

(a) Definitions

As used in this provision--

(1) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(1)(A)), to be a country the government of which has repeatedly provided support for acts of international terrorism. As of the date of this provision, terrorist countries include: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(3) "Significant interest" means--

(i) Ownership of or beneficial interest in five percent (5%) or more of the firm's or subsidiary's securities. Beneficial interest includes holding five percent (5%) or more of any class of the firm's securities in "nominee shares", "street names", or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm such as director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers of the firm;

(iv) Ownership of ten percent (10%) or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding fifty percent (50%) or more of the indebtedness of a firm.

(b) Prohibition on award.
In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary or, in the case of a subsidiary, the firm that owns the subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) Disclosure.
If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclose such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include--

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each government.

41 - DISCLOSURE OF OWNERSHIP OR CONTROL BY A FOREIGN GOVERNMENT (SEP 1994) - DFARS 252.209-7002

K43 - TAXPAYER IDENTIFICATION (OCT 1998) - FAR 52.204-3

(a) Definitions.

"Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M and implementing regulations issued by the IRS. If the resulting contract is subject to the reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(✓) TIN: 59-2991957
( ) TIN has been applied for.
( ) TIN is not required because:
( ) Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;
( ) Offeror is an agency or instrumentality of a foreign government;
( ) Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.

( ) Sole proprietorship;
( ) Partnership;
(✓) Corporate entity (not tax-exempt);
✓ Corporate entity (tax-exempt);
( ) Government entity (Federal, State, or local);
( ) Foreign government;
( ) International organization per 26 CFR 1.6049-4
( ) Other ____________

(f) Common parent.

✓ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.
( ) Name and TIN of common parent:

NAME ____________

TIN ____________

K45 - CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (MAR 1996) - FAR 52.209-5

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that--

(i) The Offeror and/or any of its Principals--

(A) Are ( ) are not (✓) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency.

(B) Have ( ) have not (✓), within a three-year period preceding this offer, been convicted of or had a civil judgement rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen



34

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-R-3025 | PAGE OF 22 | 24 PAGES |
|---|---|---|---|

property; and

(C) Are [ ] are not [ ] presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has [ ] has not [ ], within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

K46 - CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (APR 1991) - FAR 52.203-11

K47 - INFORMATION FOR DUTY-FREE ENTRY EVALUATION (MAR 1998) DFARS 252.225-7003

(a) Does the offeror propose to furnish—

(1) A domestic end product with nonqualifying country components for which the offeror requests duty-free entry; or

(2) A foreign end product consisting of end items, components, or material of foreign origin other than those for which duty-free entry is to be accorded pursuant to the Duty - Free Entry-Qualifying Country Supplies (End Products and Components) clause or, if applicable, the Duty - Free Entry-Eligible End Products clause of this solicitation?

( ) Yes ( ) No

(b) If the answer in paragraph (a) is yes, answer the following questions:

(1) Are such foreign supplies now in the United States? ( ) Yes ( ) No

(2) Has the duty on such foreign supplies been paid? ( ) Yes ( ) No

(3) If the answer to paragraph (b)(2) is no, what amount is included in the offer to cover such duty?

$

K50 - CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (OCT 1996) - FAR 52.223-13

(a) Submission of this certification is a prerequisite for making or entering into this contract imposed by executive order 12969, August 8, 1995.

(b) By signing this offer, the offeror certifies that--

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons: (Check each block that is applicable).

[ ] (i) The facility does not manufacture, process, or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c);

[ ] (ii) The facility does not have 10 or more full-time employees as specified in section 313(b)(1)(A) of EPCRA, 42 U.S.C. 11023(b)(1)(A);

[ ] (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

[ ] (iv) The facility does not fall within Standard Industrial Classification Code (SIC) designations 20 through 39 as set forth in section 19.102 of the Federal Acquisition Regulation; or

[ ] (v) The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, the Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction.

SECTION L

L01 - AUTHORIZED DEVIATIONS IN PROVISIONS (APR 1984) - FAR 52.252-5

(a) The use in this solicitation of any Federal Acquisition Regulation (48 CFR Chapter 1) provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the provision.

(b) The use in this solicitation of any DoD FAR Supplement (48 CFR Chapter 2) or Defense Logistics Acquisition Regulation provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

L06 - POSTPONEMENT OF OPENING OF OFFERS (OCT 1992) - DLAD 52.214-9000

If the opening of offers is postponed because emergency or unanticipated events (such as, but not limited to, flood, fire, accident, weather condition or strikes) result in closing the designated site for opening offers, so that the conduct of openings as scheduled is impracticable, offers or modifications or withdrawal of offers received prior to the time of actual opening will be considered as timely. Offers or modifications or withdrawal of offers received after the time of actual opening of offers, when opening of offers was postponed as provided above, will not be considered except as provided in FAR 52.214-7 or FAR 52.215-10 as applicable.

L11 - NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (SEP 1990) - FAR 52.211-14

Any contract awarded as a result of this solicitation will be ( ) DX Rated order; (X) DO Rated order certified for national defense use under the Defense Priorities and Allocations System (DPAS) (15 CFR 700), and the Contractor will be required to follow all the requirements of this regulation.

( ) DX-Rating; (X) DO-Rating

NOTE: (INFORMATION FOR OFFEROR-

(X) DO A1 ( ) DO A1 rating

( ) DX



35

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-R-3025 | PAGE OF 23 | 24 PAGES |
|---|---|---|---|

L15 - SUBMISSION OF OFFERS IN THE ENGLISH LANGUAGE (APR 1991) - FAR 52.214-34

Offers submitted in response to this solicitation shall be in the English language. Offers received in other than English shall be rejected

L16 - SUBMISSION OF OFFERS IN U.S. CURRENCY (APR 1991) - FAR 52.214-35

Offers submitted in response to this solicitation shall be in terms of U.S. dollars. Offers received in other than U.S. dollars shall be rejected.

L16 - GOVERNMENT PRODUCTION AND RESEARCH PROPERTY (APR 1988) - DCSC 52.245-9002

This solicitation does not authorize the use of any Government production or research property, except as may be specified in the solicitation. If an offeror requires the use, in performing any resulting contract, of any items of Government property in the offeror's or its subcontractor's possession under a facilities contract or agreement independent of this solicitation, such offers, to be responsive, must identify the contract under which the property is held and list the property to be used showing acquisition cost and date of acquisition, and include written permission of the Contracting Officer having cognizance of the property to use property for the period required under the solicitation, and indicate the rent to be paid for the use, or if use is rent free, the evaluation factor to be applied computed under the facilities contract. Offers in response to sealed bid solicitations contingent on the use of Government Property not provided for in the schedule thereof that do not comply with the foregoing will be nonresponsive and not considered for award.

L13 - TYPE OF CONTRACT (APR 1984) - FAR 52.216-1 (RFPs only)

The Government contemplates award of:
(X) FIRM FIXED PRICE
( ) FIXED PRICE WITH ECONOMIC PRICE ADJUSTMENT
( )
contract resulting from this solicitation.

L27 - SERVICE OF PROTEST (AUG 1996) - FAR 52.233-2

(a) Protests, as defined in Section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the contracting officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from:

Office of Counsel (DOCCF)
Defense Supply Center Columbus
P.O. Box 16704
Columbus, OH 43216-5010

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

L28 - MANUFACTURING OR PRODUCTION INFORMATION (FEB 1996) - DLAD 52.217-9001 (RFPs only)

If offers are submitted which fail to provide the actual manufacturing/production source(s) for the item(s) offered, or such, if such information is provided but restricted from disclosure (by the inclusion of the FAR 52.215-12 legend or any other proprietary or confidentiality restriction) such offers may be rejected as technically unacceptable. This provision does not apply to commercial items.

L17 - AGENCY PROTESTS (SEP 1996) - DLAD 52.233-9000

Companies protesting this procurement may file a protest
1. with the contracting officer, or
2. with the General Accounting Officer, or
3. pursuant to Executive Order 12979, with the activity for a decision at a level above the contracting officer.

Protests filed with the activity should be addressed to the contracting officer, but should clearly state that they are an "Agency Level Protest under Executive Order 12979." The contracting officer will forward the protest to the appropriate official for decision. (This process allows for a higher level decision on the initial protest; it is not a review of a contracting officer's decision on a protest filed with the contracting officer.) Absent a clear indication of the intent to file an agency level protest, protests will be presumed to be protests to the contracting officer.

L4108 - SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998) - FAR 52.252-1

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):

NOTE: The text of any referenced FAR provisions may be obtained by request to Defense Construction Supply Center, ATTN: DCSC-BOA, P.O. Box 16704, Columbus, Ohio 43216-5000. However, the complete edition of Federal Acquisition Regulation (FAR) may be obtained by purchase from the Superintendent of Documents, Government Printing Office, Washington, D. C. 20402.

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) SOLICITATION PROVISIONS

| PROVISION TITLE | DATE | FAR REFERENCE |
|---|---|---|
| COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS | (MAR 1998) | 252.209-7022 |

SECTION M

M05 - F.O.B. TERMS (NOV 1972) - DCSC 52.247-9C08

Bids/offers submitted on a basis other than the F.O.B. terms specified in Section F will render an offeror's bid (IFB) nonresponsive and may preclude consideration of an offeror's proposal (RFP).

ATTACHMENT
PALLETIZATION NO. DC1636T001 - 96160

1. SCOPE. This sheet covers the requirements for palletization of DCCC items of supply for handling, shipment, and storage.

2. REFERENCED DOCUMENTS. The following documents, of the issue in effect on the date of solicitation, form a part of this palletization sheet to the extent specified herein.

Specifications

FEDERAL

NN-P-71 Pallets, Material Handling, Wood Stringer Construction, 2-way and 4-way (Partial)

Standards

MILITARY

MIL-STD-147 Palletized Unit Load

(Copies of listed federal and military specifications, standards, and associated documents listed in the Department of Defense Index of Specifications and Standards (DODISS) should be obtained from the DOD Single Stock Point, Commanding Officer, Naval Publications and Forms Center, 5801 Tabor Ave., Philadelphia, PA 19120-5099).

3. REQUIREMENTS.

Shipments of indentical items packed in four or more shipping

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0740-99-R-3025 | 24 | 24 PAGES |

containers exceeding a total of 48 cubic feet per destination shall be palletized except when the shipping containers are required to be skidded (see 4c), or a quantity of four shipping containers pallet exceeds the size of weight limitations for palletized loads (see 3a and 3b, as applicable). Shipments packed Level C shall be palletized in accordance with 3a or 3b. Shipments packed Level A or Level B shall be palletized in accordance with 3b.

a. Material may be palletized on commercial pallets provided the load meets the following requirements:

(1) The load does not exceed 52 inches in length or width, 54 inches in height, and 3,000 pounds.

(2) The load is prepared and secured in a manner that will ensure carrier acceptance and permit safe rehandling at destination.

b. Palletization shall comply with MIL-STD-147 and appendices thereto modified as follows.

(1) Loads shall be stable and shall not exceed the size and overseas limitations of MIL-STD-147.

(2) Glued loads shall not be used.

(3) For Level A packing, pallets shall comply with NN-P-71, Type V, class 1, size 2, except softwood may be used and the size may be reduced to a minimum of 36 inches in length and 44 inches in width to properly fit the load.

(4) For Level B packing, pallets shall conform to NN-P-71, Type II, size 2; Type IV; or Type V, class I, size 1. Wood used to construct pallets shall be group II, III, or IV, grade A, as specified in NN-P-71.

(5) Residual quantities of less than the quantity required for one course of the load need not be palletized.

c. Palletization is not required for shipping containers that are constructed with skids. Shipping containers, except drums, exceeding 70 pounds gross weight or 60 inches in length, shall be constructed with skids. Skids, shall be a minimum of 3x4 inch (nominal) lumber and shall be securely attached to permit multiple re-handling at destination. Drums shall be palletized.

Prepared by: DSCC
Columbus, OH 43216-5000
December 13, 1996



37

SECTION A

[X] J AWARD/CONTRACT [ ] K

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) > | RATING DOA1 | PAGE 01 OF PAGES 24

2. CONTRACT (Proc. Inst. Ident.) NO. SP0740-99-C-1004

3. EFFECTIVE DATE 99 JUN 29

4. REQUISITION/PURCHASE REQUEST/PROJECT NO. SEE ATTACHED

5. ISSUED BY CODE SC0700

DEFENSE SUPPLY CENTER COLUMBUS
ATTN: DSCC-
3990 E. BROAD STREET, P.O. BOX 16704
COLUMBUS, OHIO 43216-5010

For Post Award Inquiries - See G01

6. ADMINISTERED BY CODE S1109A

DCMC CLEARWATER
GADSEN BLDG SUITE 200
9549 KROGER BLVD
ST PETERSBURG FL 33702-2455

CD: PAS: YES

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, state and ZIP code)

CAPITAL CITY PIPES INC
1872 MILLS ST SUITE F
TALLAHASSEE FL 32310-0205

CAGE CODE 0NSZ5 | FACILITY CODE SEE SCHEDULE

8. DELIVERY
[X] FOB DESTINATION *See Section F
[ ] FOB ORIGIN [ ] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT
NET 30

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN > Item BLOCK 12

11. SHIP TO/MARK FOR CODE
SEE SECTION B

12. PAYMENT WILL BE MADE BY: EFT: T CODE S33181
DFAS COLUMBUS CENTER
ATTN: DFAS-CO-LSCAA
P O BOX 182317
COLUMBUS OH 43218-2317

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[X] 10 U.S.C. 2304 (c) ( 1)
[ ] 41 U.S.C. 253 (c) ( )

14. ACCOUNTING AND APPROPRIATION DATA:
[ ] OTHER - See Sec G, Clause G03
[ ] CG: 97 x 4930.5CC0 000-26.0 S33-150
[ ] 97 x 4930.5CC0 000-22.1 S33-150 (Trans)
[ ] FMS 9711 x 8242 L009 4D 8401 GBL S380000 (Trans)

[ ] Award issued pursuant to the Small Business Competitiveness Demonstration Program.
CAUTION: Whenever only a portion of a Clause is set forth herein, or identified only by number and title, such portion shall not be construed as varying the meaning or intent of the entire Clause as it appears or is referred to in the Federal Acquisition Regulation (FAR) or DoD FAR Supplement.
Federal Acquisition Regulation (FAR) Clauses cited throughout this Contract by Clause Title, Number, and Date are incorporated herein by reference with the same force and effect as if set forth in full text.
[ ] SPECIAL REVIEW [ ] FMS REQUIREMENT

15G. TOTAL AMOUNT OF CONTRACT > $ 497241.28

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 9 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH | |
| | C | DESCRIPTION/SPECS/WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | 10 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 9 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 9 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 9 | | L | INSTRS, CONDS. AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. [ ] CONTRACTORS NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ______ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [X] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number SP0740-99-R-3025 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)

20A. NAME OF CONTRACTING OFFICER
ANITA L. LUICH

19B. NAME OF CONTRACTOR
BY __________ (Signature of person authorized to sign)

19C. DATE SIGNED

20B. UNITED STATES OF AMERICA
BY Anita L. Luich (Signature of Contracting Officer)

20C. DATE SIGNED 99 JUN 29

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE
OP 301-26 9-3 (R4) (FAR) (OCT 87)

DPACS SF26M (REV 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)