IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**FLEXFAB, L.L.C.,** a Michigan Limited Liability Company, successor to Flexible Horizons International, Inc., d/b/a Flexfab

Plaintiff,

v.

**UNITED STATES OF AMERICA**,

Defendant.

Case No. 02-1096 C

Hon. Lawrence J. Block

**CERTIFICATE OF SERVICE**

VARNUM, RIDDERING, SCHMIDT
& HOWLETT LLP
Perrin Rynders (P38221)
Mark E. Hills (P47524)
Attorneys for Plaintiff
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
(616) 336-7000 – Facsimile

Claudia Burke
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington DC 20530
Attn: Classification Unit
1100 L Street NW, 8th Floor
(202)307/0277
(202)514-8624 – Facsimile

The undersigned certifies that two sets of Plaintiff's Motion for Summary Disposition, Brief in Support of Motion for Summary Judgment, and Proposed Findings of Uncontroverted Facts were served on the following party by Federal Express overnight delivery on the 4th day of June, 2003:

Claudia Burke
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington DC 20530
Attn: Classification Unit
1100 L Street NW, 8th Floor

/S / Perrin Rynders
Perrin Rynders