No. 02-1096C
(Judge Block)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FLEXFAB, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.,
Washington D.C. 20530
Tele: (202) 307-1011
Fax: (202) 307-0972

March 23, 2004

Attorneys for Defendant

TABLE OF CONTENTS

PAGE(S)

DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT . . . . . . . . . . 1

DEFENDANT'S BRIEF . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF THE ISSUES . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF THE CASE . . . . . . . . . . . . . . . . . . . . . . 2

I. Nature Of The Case . . . . . . . . . . . . . . . . . . 2

II. Statement Of Facts . . . . . . . . . . . . . . . . . . 2

SUMMARY OF THE ARGUMENT . . . . . . . . . . . . . . . . . . . . . 3

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

I. Standard Of Review . . . . . . . . . . . . . . . . . . 3

II. This Court Does Not Possess Jurisdiction To Entertain This Complaint Because Flexfab Lacks Privity With The Government . . . . . . . . . . . . . . . . . . . . . . 5

III. Flexfab Is Not A Third-Party Beneficiary To The Contract Between DSCC And Capital City . . . . . . . . 6

A. The Parties Did Not Expressly Intend To Benefit Flexfab . . . . . . . . . . . . . . . . . . . . . . 7

B. The Parties Did Not Implicitly Intend To Benefit Flexfab . . . . . . . . . . . . . . . . . . . . . 10

III. The Government Is Entitled To Summary Judgment Because By Properly Making Payment In Strict Accordance With The Plain Language Of The Contracts The United States Discharged Any And All Liability To Either Capital City Or Flexfab . . . . . . . . . . . . . . . . . . . . . . 14

IV. Nothing In The Course Of Dealing Between Flexfab And DSCC Indicates DSCC Intended To Benefit Flexfab . 18

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . 19

# TABLE OF AUTHORITIES

FEDERAL CASES Page(s)

Anderson v. Liberty Lobby, Inc.,
477 U.S. 242 (1986) . . . . . . . . . . . . . . . . . . . . . 4,5

Baii Banking Corporation, v. Upg, Inc.,
985 F.2d 685 (2nd Cir. 1983) . . . . . . . . . . . . . . . . . 15

Carlow v. United States,
40 Fed. Cl. 773 (1998) . . . . . . . . . . . . . . . . . . . . 7

Centron Corporation v. United States,
218 Ct. C 585 F.2d 982 (1978) . . . . . . . . . . . . . . . . . 14

Christos v. United States,
48 Fed. Cl. 469 (2000) . . . . . . . . . . . . . . . . . . . . 7

D&H Distributing Co. v. United States,
102 F.3d 542 (Fed. Cir. 1996) . . . . . . . . . . . . . . . . . 8

Erickson Air Crane Co. v. United States,
731 F.2d 810 (Fed. Cir. 1984) . . . . . . . . . . . . . . . . . 6

Fairchild Industrial, Inc. v. United States,
223 Ct. C 620 F.2d 807 (1980) . . . . . . . . . . . . . . . . . 14

Federal Crop Insurance Corp. v. Merrill,
332 U.S. 380 (1947) . . . . . . . . . . . . . . . . . . . . . . 13

Firth Construction Co., Inc. v. United States,
36 Fed. Cl. 268 (1996) . . . . . . . . . . . . . . . . . . . . 17

Flexfab, Inc. v. United States,
(Fed. Cl. No. 94-947 ) . . . . . . . . . . . . . . . . . . . . 18

Giove v. Department of Transportation,
230 F.3d 1333 (Fed. Cir. 2000) . . . . . . . . . . . . . . . . 5

Glass v. United States,
258 F.3d 1349 (Fed. Cir. 2001) . . . . . . . . . . . . . . 10,11

Government Systems Advisors v. United States,
847 F.2d 811 (Fed. Cir. 1988) . . . . . . . . . . . . . . . . . 5

Hawkins and Powers Aviation, Inc., v. United States,
46 Fed. Cl. 238 (2000) . . . . . . . . . . . . . . . . . . . . 13

Hol-Gar Manufacturing Corp. v. United States,
169 Ct. C 351 F.2d 972 (1965) . . . . . . . . . . . . . . . . . 16

Humlen v. United States,
49 Fed. Cl. 497 (2001) . . . . . . . . . . . . . . . . . . . . 13

Jowett, Inc. v. United States,
234 F.3d 1365 (Fed. Cir. 2000) . . . . . . . . . . . . . . . . 16

McAbee Construction, Inc. v. United States,
97 F.3d 1431 (Fed. Cir. 1996) . . . . . . . . . . . . . . . . . 16

McAfee v. United States,
46 Fed. Cl. 428 (2000) . . . . . . . . . . . . . . . . . . . . 13

Melrose Associates, LP v. United States,
43 Fed. Cl. 124 (1999) . . . . . . . . . . . . . . . . . . . . 13

Merritt v. United States,
267 U.S. 338 (1925) . . . . . . . . . . . . . . . . . . . . . . 6

Mingus Constructors, Inc. v. United States,
812 F.2d 1387 (Fed. Cir. 1987) . . . . . . . . . . . . . . . . 4

Montana v. United States,
124 F.3d 1269 (Fed. Cir. 1997) . . . . . . . . . . . . . . . . 7

National Leased Housing Associate v. United States,
32 Fed. Cl. 454 (1994) . . . . . . . . . . . . . . . . . . 6, 10

Norwest Bank Arizona, N.A. v. United States,
37 Fed. Cl. 605 (1997) . . . . . . . . . . . . . . . . . . 7, 10

Ralph Larson & Son, Inc. v. United States,
17 Cl. Ct. 39, 42 (1989) . . . . . . . . . . . . . . . . . . . 4

Rogue Valley Stations, Inc., v. Birk Oil Company, Inc.,
568 F. Supp. 337 (D. Or. 1983) . . . . . . . . . . . . . . . . 15

Schuerman v. United States,
30 Fed. Cl. 420 (1994) . . . . . . . . . . . . . . . . . . 7, 11

State of Mont. v. U.S.,
33 Fed. Cl. 82 (1995) . . . . . . . . . . . . . . . . . . . . . . . . 11

Trauma Service Group v. United States,
104 F.3d 1321 (Fed. Cir. 1997) . . . . . . . . . . . . . . . . . . 12

US Ecology, Inc. v. United States,
245 F.3d 1352 (Fed. Cir. 2001) . . . . . . . . . . . . . . . . . . 13

United States v. Johnson Controls, Inc.,
713 F.2d 1541 (Fed. Cir. 1983) . . . . . . . . . . . . . . . . . . 6

United States v. Mitchell,
445 U.S. 535 (1980) . . . . . . . . . . . . . . . . . . . . . . . . 6

United States v. Testan,
424 U.S. 392 (1976) . . . . . . . . . . . . . . . . . . . . . . . . 5

Wrona v. United States,
40 Fed. Cl. 784 (1998) . . . . . . . . . . . . . . . . . . . . . . . 5

FEDERAL STATUTES

15 U.S.C. § 644 . . . . . . . . . . . . . . . . . . . . . . . . . . 12

41 U.S.C. § 601 et seq . . . . . . . . . . . . . . . . . . . . . . . 2

28 U.S.C. § 1491 . . . . . . . . . . . . . . . . . . . . . . . . . . 6