# INDEX TO APPENDIX


| Document | Page |
|---|---|
| DSCC SBA Letter to National SBA (March 19, 1999) | 1 |
| SBA letter to Michael Taylor (Nov. 17, 1998) | 2 |
| Letter from Thelma Williams to Anita Luich (June 23, 1999) | 4 |
| E-mails from Michael Taylor to Anita Luich (April, 1999) | 5 |
| Contract SP0740-99-C-1004 | 6 |
| Letter from Thelma Williams to Anita Luich (July 1, 1999) | 44 |
| Modification P00010 (September 27, 1999) | 45 |
| Material Inspection and Receiving Reports | 46 |
| EFT Transfer Payment Subvouchers | 53 |
| Email from Henry Cook to Howard Griffin (Aug. 11, 2000) | 65 |
| Letter from Howard Griffin to SBA (Aug. 20, 2000) | 66 |
| Letter from Shirley Spratt to Mark Hills (October 2, 2000) | 67 |
| Letter from Flexfab to Shirley Spratt (May 30, 2001) | 68 |
| Letter from Shirley Spratt to Mark Hills (June 27, 2002) | 70 |
| Deposition Testimony of Shirley Spratt (August 28, 2003) | 73 |
| Deposition Testimony of Melinda Jeffries (December 9, 2003) | 77 |

Deposition Testimony of Howard Griffin........................82
(Aug. 28, 2003)

Deposition Testimony of Anita Luich............................85
(December 10, 2003)

Deposition Testimony of Michael Taylor.........................89
(December 10, 2003)

Bankruptcy Docket Report.......................................96