**DEFENSE LOGISTICS AGENCY**
DEFENSE SUPPLY CENTER, COLUMBUS
POST OFFICE BOX 3990
COLUMBUS, OH 43216-5000

IN REPLY REFER TO DSCC-DU (M. Taylor/614-692-3777) March 19, 1999

Gentlemen:

The Defense Supply Center Columbus, offers the following requirements to the Small Business Administration's Section 8(a) Contracting Program:

Requirement: HOSE ASSY
NSN: 4720-01-066-6447
PR Number: YPC99022000873

Estimated Value: $94,172.50

8(a) Firm: CAPITAL CITY PIPES, INC
1872 MILLS ST., P.O. BOX 12481
TALLAHASSE, FL 32317-2481

SIC Code : 3566 & 5085 Size Standard: 500

SBA OFFICE: U.S. SMALL BUSINESS ADMINISTRATION
7825 BAYMEADOWS WAY, SUITE 100B
JACKSONVILLE, FL 32256-7504

For requirements under the simplified acquisition threshold, submit the solicitation and purchase order directly to the 8(a) contractor with a copy going to the appropriate SBA district office. No offering or acceptance letter is required for requirements processed under the simplified acquisition threshold. For requirements above the simplified acquisition threshold an offer and acceptance letter is required. The cognizant DoD contracting officer may award a contract or purchase order directly to the section 8(a) program participant; an SBA contracting officer signature is not required. Contract execution shall be on the appropriate form as specified in the FAR or DFARS. The "Issued by" block shall identify the awarding DoD office. The cognizant SBA district office for the 8(a) program participant shall be identified in the award document. The section 8(a) participant's name and address shall be listed as the contractor.

HOWARD A. GRIFFIN, SR
Associate Director of
Small Business



Federal Recycling Program Printed on Recycled Paper

DF 175

**U. S. SMALL BUSINESS ADMINISTRATION**
**7825 BAYMEADOWS WAY SUITE 100B**
**JACKSONVILLE, FL 32256-7504**

November 17, 1998

Mike Taylor
Defense Logistics Agency
Defense Supply Center, Columbus
P.O. Box 3990
Columbus, OH 43216-5000

Reference: SBA Procurement #:0491-99-900429, NSN 4720-01-066-6447 Hose Assembly ACCEPTED UNDER THE NEW MOU BETWEEN SBA & DOD WHICH DELEGATES SBA's CONTRACT SIGNATURE AUTHORITY TO YOUR PROCURING ACTIVITY.

Dear Mr. Taylor:

Pursuant to Section 8(a) of the Small Business Act (15 USC 637 (a)) and in accordance with FAR 19.8, the U.S. Small Business Administration (SBA) accepts your offering of the above referenced project and certifies its competency and responsibility to perform based on its determination that the 8(a) concern with which it intends to subcontract, is responsible to perform.

Our preliminary analysis indicates that Capital City Pipes, Inc has the requisite capabilities to satisfactorily perform the referenced work. A determination has been made that acceptance of this procurement will cause no adverse impact on another small business concern. Therefore, the U.S. Small Business Administration shall subcontract performance of the contract to the above named firm. The estimated value of this procurement is $263,297.00.

Please be advised that SBA's acceptance of referenced procurement for the above firm is only valid for a period of <u>120 days</u>. Beyond that it may be necessary for this office to reevaluate the firm's capacity and capability to perform the project cited.

Further, if the Statement of Work (SOW) is changed, SBA will have to redetermine the appropriateness of the SIC Code, and the acceptability of this offer for the named 8(a) Participant.

<u>We request that you furnish the complete solicitation package to the above 8(a) firm and at the same time forward one (1) copy of the solicitation and an official detailed Government estimate to the U.S. Small Business Administration, 7825 Baymeadows Way, Suite 100B, Jacksonville, FL 32256-7504, Attn: Mr. Celso J. Herrera, Contracting Officer.</u>

DF 176

Page 2
0491-99-900429
Mr. Taylor

You are hereby authorized to conduct negotiations directly with Capital City Pipes, Inc. Your point of contact is Lee Gilliam at (850) 574-3717. After contract award, please furnish a copy of the complete executed contract. FAX 850-576-2956

As with all companies doing business with the Government, the 8(a) firm may be faced with new and unfamiliar situations in the course of performing this contract. Since 8(a) is a business development program, with the 8(a) contract as its principal tool, we ask that you give personal attention to the administration of this contract so that timely assistance can be provided if and when necessary.

Thank you for your support of the 8(a) Program. If you have any questions please call me at (904) 443-1905.

Sincerely,

Celso J. Herrera
Assistant District Director
for 8(a) Business Development

** The procurement on the front page serves as the tracking number for this requirement. Please reference this number when forwarding your solicitation package to SBA.

Enclosure

Lee Gilliam
Capital City Pipes Inc
1872 Mills Street, P.O. Box 12481
Tallahassee, FL 32317-2481
Phone:850/574-3717 FAX: 850/576-2956

# Capital City Pipes, Inc.

Office 850/574-3717
Fax 850/574-0384

June 23, 1999

Anita L. Luich
DSCC/ADAA
Defense Supply Center/Columbus
P.O. Box 16704
Columbus, Ohio

Ref: SP074099R3025
4720-01-066-6447
QTY (1304)

Dear Madam:

Capital City Pipes, Inc is submitting a proposal to you on the above reference. Capital City Pipe, Inc is quoting FLEXFAB as the manufacturer.
**Quoting a price of $381.32 each.**
Capital City Pipes, Inc request the remittance address to be:

**Old Kent Bank, Corp Trust**
**CO# ABA# 07200052**
**P.O. Box 144**
**Grand Rapids, MI 49501-0144**

If there are any questions, you may contact me by phone, 850/574-3717; fax, 850/574-0384; or e-mail, capicity@aol.com

Thank you,

Thelma S. Williams
Director of Government Sales

**Luich, Anita L**

**From:** Taylor, Michael A
**Sent:** Wednesday, April 28, 1999 3:53 PM
**To:** Luich, Anita L
**Cc:** Barger, Gregory B
**Subject:** RE: capital city pipes

-----Original Message-----
**From:** Taylor, Michael A
**Sent:** Monday, April 26, 1999 9:02 AM
**To:** Luich, Anita L
**Cc:** Barger, Gregory B
**Subject:** RE: capital city pipes

Anita,

I spoke to another buyer regarding her 8(a) requirement with Capital City. She said that her requirement was less than $100,000, that's why she did not proceed with a preaward survey. After further discussion, it was concluded that it might be a good idea to go forward with the preaward survey. The survey should conclude that Capital City is capable of performing. Once that is complete, it will remain in their file for one year eliminating the need for another preaward survey on the other 8(a) requirements that we have reserved for Capital City. My suggestion is that you request the preaward survey on your file. Get back with me if you have any questions.

Thanks
Mike

-----Original Message-----
**From:** Luich, Anita L
**Sent:** Tuesday, April 20, 1999 2:18 PM
**To:** Taylor, Michael A
**Subject:** capital city pipes

Anita,

I will talk with Greg Barger. Capital City has an escrow agreement from C & S Industrial Supply that backs them financially. Also, SBA has stated that they are capable of performing on this contract and that they are financially capable. A PAS would be a waste of time because the failure of a PAS would require a COC which is done by SBA. SBA has already certified them through the 8(a) program and they confirmed their capabilities when I contacted them. Going through with a PAS would only delay the process, but if you think you need the PAS to process this requirement, in the words of Judge Mills Lane "Let's get it on".

Mike

Mike,

per our meeting last week, you had mentioned you would speak with Katie Hines about waiving the PAS on Capital City Pipes. She is on extended leave, so I spoke with Saundra Felty about it. She in turn spoke with Bill Witzberger and Greg Barger. They are all still in agreement about requiring a PAS based on the total dollar amount of contract $497,000.00 is above the net worth of Capital City. Did you want to speak to Bill and Greg about it. Let me know.

Anita

F000046

SECTION A

[X] J AWARD/CONTRACT [ ] K

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) > RATING DOA1 | PAGE 01 OF ~~11~~ 24 PAGES

2. CONTRACT (Proc. Inst. Ident.) NO. SP0740-99-C-1004

3. EFFECTIVE DATE 99 JUN 29

4. REQUISITION/PURCHASE REQUEST/PROJECT NO. SEE ATTACHED

5. ISSUED BY CODE SC0700

DEFENSE SUPPLY CENTER COLUMBUS
ATTN: DSCC-
3990 E. BROAD STREET, P.O. BOX 16704
COLUMBUS, OHIO 43216-5010

For Post Award Inquiries - See G01

6. ADMINISTERED BY CODE S1109A

DCMC CLEARWATER
GADSEN BLDG SUITE 200
9549 KROGER BLVD
ST PETERSBURG FL 33702-2455

CD: PAS: YES

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, state and ZIP code)

CAPITAL CITY PIPES INC
1872 MILLS ST SUITE F
TALLAHASSEE FL 32310-0205

CAGE CODE 0NSZ5 FACILITY CODE SEE SCHEDULE

8. DELIVERY
[X] FOB DESTINATION *See Section F
[ ] FOB ORIGIN [ ] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT
NET 30

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN > Item BLOCK 12

11. SHIP TO/MARK FOR CODE

SEE SECTION B

12. PAYMENT WILL BE MADE BY: EFT: T CODE S33181

DFAS COLUMBUS CENTER
ATTN: DFAS-CO-LSCAA
P O BOX 182317
COLUMBUS OH 43218-2317

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:

[X] 10 U.S.C. 2304 (c) ( 1 )
[ ] 41 U.S.C. 253 (c) ( )

14. ACCOUNTING AND APPROPRIATION DATA:

[ ] OTHER - See Sec G, Clause G03
[ ] CG: 97 x 4930.5CC0 000-26.0 S33-150
[ ] 97 x 4930.5CC0 000-22.1 S33-150 (Trans)
[ ] FMS 9711 x 8242 L009 4D 8401 GBL S380000 (Trans)

[ ] Award issued pursuant to the Small Business Competitiveness Demonstration Program.

CAUTION: Whenever only a portion of a Clause is set forth herein, or identified only by number and title, such portion shall not be construed as varying the meaning or intent of the entire Clause as it appears or is referred to in the Federal Acquisition Regulation (FAR) or DoD FAR Supplement.
Federal Acquisition Regulation (FAR) Clauses cited throughout this Contract by Clause Title, Number, and Date are incorporated herein by reference with the same force and effect as if set forth in full text.

[ ] SPECIAL REVIEW [ ] FMS REQUIREMENT

15G. TOTAL AMOUNT OF CONTRACT > $ 497241.28

16. TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 9 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH | |
| | C | DESCRIPTION/SPECS/WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | 10 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 9 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 9 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 9 | | L | INSTRS, CONDS. AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |


CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. [ ] CONTRACTORS NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ______ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. are listed herein.)

18. [X] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number SP0740-99-R-3025, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

F000001

19A. NAME AND TITLE OF SIGNER (Type or print)

20A. NAME OF CONTRACTING OFFICER
ANITA L. LUICH

19B. NAME OF CONTRACTOR
BY ______ (Signature of person authorized of sign)

19C. DATE SIGNED

20B. UNITED STATES OF AMERICA
BY Anita L. Luich (Signature of Contracting Officer)

20C. DATE SIGNED 99 JUN 29

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE
OP 301-26.9-3 (R4) (FAR) (OCT 87)



DPACS SF26M (REV 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0740-99-C-1004

PAGE 02 OF 1124 PAGES

OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PR YPC98169000611<br>NSN 4720-01-066-6447 | | | | |

ITEM DESCRIPTION:

HOSE ASSY, AIR DUCT. 8" SIZE, 15 FT LENGTH, YELLOW COLOR WITH STOWAGE DEVICE, 4 LOCKS. PER MILITARY SPECIFICATION TITLED "DUCT ASSEMBLIES, GROUND, CONDITIONED AIR, INSULATED, FLEXIBLE."
THE FOLLOWING EXCEPTIONS TO THE CITED DRAWINGS APPLY: ON DRAWING 64C1004, PART NUMBER 64C1004, ASTM-A-569HR P AND O CQ .156 OR .180 THICK WILL BE USED AND ALLOWING ZINC PLATING PER ASTM-B-633 SC3 TYPE II AS AN OPTION TO THE CADMIUM PLATING AND; ON DWG 64C1005, PART NUMBER 64C1005, ASTM-A-569HR P AND O CQ .125 THICK WILL BE USED AND ALLOWING ZINC PLATING PER ASTM-B-633 AC3 TYPE II AS AN OPTION TO THE CADMIUM PLATING.

"CONTRACTOR/MANUFACTURER IS REQUIRED TO ESTABLISH AND MAINTAIN A CALIBRATION SYSTEM THAT MEETS THE REQUIREMENTS OF ANSI/NCSL Z540-1-1994, AMERICAN NATIONAL STANDARD FOR CALIBRATION - CALIBRATION LABORATORIES AND MEASURING AND TEST EQUIPMENT-GENERAL REQUIREMENTS, OR ISO 10012-1, QUALITY ASSURANCE REQUIREMENTS FOR MEASURING EQUIPMENT- PART 1, METROLOGICAL CONFIRMATION SYSTEM FOR MEASURING EQUIPMENT."

IF AQLS ARE LISTED IN THE SPECIFICATION(S) OR DRAWING(S) THEY MAY BE USED TO ESTABLISH THE AUTHORIZED SAMPLE SIZE, HOWEVER, THE ACCEPTANCE NUMBER FOR THIS CONTRACT IS ZERO; I.E., THIS CONTRACT REQUIRES A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS AND REJECTS ON ONE OR MORE DEFECT(S).

"CLASS I OZONE DEPLETING CHEMICALS ARE NOT TO BE USED NOR INCORPORATED IN ANY ITEMS TO BE DELIVERED UNDER THIS CONTRACT. THIS PROHIBITION SUPERSEDES ALL SPECIFICATION REQUIREMENTS BUT DOES NOT ALLEVIATE ANY PRODUCT REQUIREMENTS. SUBSTITUTE CHEMICALS MUST BE SUBMITTED FOR APPROVAL UNLESS THEY ARE AUTHORIZED BY THE

CONTINUED ON NEXT PAGE

F000002

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-C-1004 | PAGE 03 | OF ~~11~~ 24 PAGES |
|---|---|---|---|

OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SPECIFICATION REQUIREMENTS." | | | | |
| | I/A/W DRAWING NR 98750 62A1003<br>REFNO DTD 64 MAR 12<br>AMEND NR B DTD 70 JUN 05<br>TYPE NUMBER:<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 62B1004<br>REFNO DTD 64 MAR 11<br>AMEND NR C DTD 72 OCT 04<br>TYPE NUMBER: 62B1004<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 62B1005<br>REFNO DTD 64 MAR 10<br>AMEND NR F DTD 86 APR 10<br>TYPE NUMBER:<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 62B1006<br>REFNO DTD 64 MAR 11<br>AMEND NR B DTD 70 JUN 05<br>TYPE NUMBER:<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 62B1007<br>REFNO DTD 64 MAR 11<br>AMEND NR C DTD 86 APR 10<br>TYPE NUMBER:<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 64C1004<br>REFNO DTD 64 MAR 12<br>AMEND NR M DTD 83 JUN 20<br>TYPE NUMBER: 64C1004<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | I/A/W DRAWING NR 98750 64C1005<br>REFNO DTD 64 MAR 11<br>AMEND NR L DTD 83 JUN 20<br>TYPE NUMBER: 64C1005<br>"DETAILED DRAWING (ONE ITEM)" | | | | |
| | CONTINUED ON NEXT PAGE | | | | |

F000003

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-C-1004 | PAGE 04 | OF ~~11~~ 24 PAGES |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | I/A/W DRAWING NR 98750 64C1006<br>REFNO DTD 64 MAR 11<br>AMEND NR F DTD 83 JUN 20<br>TYPE NUMBER: 64C1006<br>"DETAILED DRAWING (ONE ITEM)"<br><br>I/A/W SPEC NR MIL-D-38386D<br>BASIC DTD 89 AUG 28<br>AMEND NR DTD<br>TYPE NUMBER: M38386-C-015 | | | | |
| 0001 | PR YPC98169000611 PRLI 0001 | 416 | EA | $ 381.32 | $ 158629.12 |
| | PREP FOR DELIVERY<br><br>PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991<br>QUP = 001: PRES MTHD = 10: CLNG/DRY = 1: PRESV MAT = 00:<br>WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0:<br>UNIT CONT = E1: LEVEL PRESV = A: OPI = O:<br>PACK CODE = U: PACKING LEVEL = C:<br>MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129M SPECIAL<br>MARKING CODE: 99 - NO CODES IN THIS TABLE ONLY MIL-STD-129.<br>PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV A<br>DATED 96150<br><br>DOD LOGMARS BAR CODE MARKING REQUIRED IAW MIL-STD-129M,<br>DATED 15 JUN 93 AND MIL-STD-1189B, DATED 10 AUG 89.<br><br>PARCEL POST ADDRESS:<br><br>SW3100<br>MECHANICSBURG FACILITY<br>DEF DIST DEPOT SUSQUEHANNA PA<br>GENERAL SUPPLIES<br>MECHANICSBURG PA 17055-0789<br><br>FREIGHT SHIPPING ADDRESS:<br><br>CONTINUED ON NEXT PAGE | | | | |

F000004



NSN 7540-01-152-8-67 36-109 STANDARD FORM 36 (REV. 10-83)
Previous edition usable * GPO : 1983 O - 381-526 (9050) Prescribed by GSA

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0740-99-C-1004

PAGE 05 OF 1124 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PR YPC98169000611 PRLI 0001 CONT'D | | | | |
| | SW3100<br>MECHANICSBURG FACILITY TRNS OFFICER<br>DEF DIST DEPOT SUSQUEHANNA PA<br>5450 CARLISLE PIKE<br>MECHANICSBURG PA 17055-0789 | | | | |
| | NON-MILSTRIP RDD 01/28/99 PROJ | | | | |
| | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |
| 0002 | PR YPC98169000611 PRLI 0002 | 198 | EA | $ 381.32 | $ 75501.36 |
| | PREP FOR DELIVERY | | | | |
| | PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991<br>MIL-STD-2073 PACKAGING DATA SAME AS PRIOR LINE | | | | |
| | PARCEL POST/FREIGHT ADDRESS: | | | | |
| | SW3200<br>DEF DIST DEPOT SAN JOAQUIN<br>TRACY CA 95376-5000 | | | | |
| | NON-MILSTRIP RDD 12/17/98 PROJ | | | | |
| | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |

CONTINUED ON NEXT PAGE

F000005

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-C-1004 | PAGE 06 | OF 1124 PAGES |
|---|---|---|---|

OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | PR YPC98201001312 PRLI 0001 | 178 | EA | $ 381.32 | $ 67874.96 |

PREP FOR DELIVERY

PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991
QUP = 001: PRES MTHD = 10: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0:
UNIT CONT = E1: LEVEL PRESV = A: OPI = O:
PACK CODE = U: PACKING LEVEL = C:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129M SPECIAL
MARKING CODE: 99 - NO CODES IN THIS TABLE ONLY MIL-STD-129.
PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV A
DATED 96150
.

DOD LOGMARS BAR CODE MARKING REQUIRED IAW MIL-STD-129M,
DATED 15 JUN 93 AND MIL-STD-1189B, DATED 10 AUG 89.

PARCEL POST ADDRESS:

SW3100
MECHANICSBURG FACILITY
DEF DIST DEPOT SUSQUEHANNA PA
GENERAL SUPPLIES
MECHANICSBURG PA 17055-0789

FREIGHT SHIPPING ADDRESS:

SW3100
MECHANICSBURG FACILITY TRNS OFFICER
DEF DIST DEPOT SUSQUEHANNA PA
5450 CARLISLE PIKE
MECHANICSBURG PA 17055-0789

NON-MILSTRIP RDD 05/15/99 PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONTINUED ON NEXT PAGE

F000006



36-109 STANDARD FORM 36 (REV. 10-83)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-C-1004 | PAGE OF 07 | ~~11~~ 24 PAGES |
|---|---|---|---|

OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | PR YPC98201001312 PRLI 0002 | 343 | EA | $ 381.32 | $ 130792.76 |
| | PREP FOR DELIVERY | | | | |
| | PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991 MIL-STD-2073 PACKAGING DATA SAME AS PRIOR LINE | | | | |
| | PARCEL POST/FREIGHT ADDRESS: | | | | |
| | SW3200<br>DEF DIST DEPOT SAN JOAQUIN<br>TRACY CA 95376-5000 | | | | |
| | NON-MILSTRIP RDD 05/15/99 PROJ | | | | |
| | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |
| 5 | PR YPC98323000624 PRLI 0001 | 169 | EA | $ 381.32 | $ 64443.08 |
| | PREP FOR DELIVERY | | | | |
| | PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991<br>QUP = 001: PRES MTHD = 10: CLNG/DRY = 1: PRESV MAT = 00:<br>WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0:<br>UNIT CONT = E1: LEVEL PRESV = A: OPI = O:<br>PACK CODE = U: PACKING LEVEL = C:<br>MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129M SPECIAL<br>MARKING CODE: 99 - NO CODES IN THIS TABLE ONLY MIL-STD-129.<br>PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV A<br>DATED 96150 | | | | |
| | DOD LOGMARS BAR CODE MARKING REQUIRED IAW MIL-STD-129M, DATED 15 JUN 93 AND MIL-STD-1189B, DATED 10 AUG 89. | | | | |
| | PARCEL POST ADDRESS: | | | | |
| | CONTINUED ON NEXT PAGE | | | | |

F000007



NSN 7540-01-152-8-67 36-109 STANDARD FORM 36 (REV. 10-83) Prescribed by GSA

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-C-1004 | PAGE OF 08 | 11 PAGES |
|---|---|---|---|

OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PR YPC98323000624 PRLI 0001 | | CONT'D | | |

SW3100
MECHANICSBURG FACILITY
DEF DIST DEPOT SUSQUEHANNA PA
GENERAL SUPPLIES
MECHANICSBURG PA 17055-0789

FREIGHT SHIPPING ADDRESS:

SW3100
MECHANICSBURG FACILITY TRNS OFFICER
DEF DIST DEPOT SUSQUEHANNA PA
5450 CARLISLE PIKE
MECHANICSBURG PA 17055-0789

NON-MILSTRIP RDD 08/25/99 PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The following stamp applies to all lines

USE REVISION D OF MIL-37386 UNTIL REVISION E IS AMENDED.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

REMIT PAYMENT TO:
CAPITAL CITY PIPES, INC.
PO BOX 12368
TALLAHASSEE FL 32317

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

F000008

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-C-1004 | PAGE OF 09 | 11 24 PAGES |
|---|---|---|---|

ECTION B
02 - CONFIRMING NOTICE OF AWARD:

( ) Ltr (X) Facsimile Dated 06/28/99 .

ECTION E
:01 - INSPECTION AT ORIGIN:

SUPPLIES:
:LIN(s)

LL (X) Same as Block 7 on Standard Form 26
( ) Other (Cage Code, Name, Street Address, City, State & Zip Code)

Cage Code:

Cage Code:

PACKAGING
CLIN(s)

ALL (X) Same as Block 7 on Standard Form 26
( ) Same as for Supplies
( ) Other (Cage Code, Name, Street Address, City, State & Zip Code)

Cage Code:

Cage Code:

TREATING FACILITY, if applicable (Name, Street, City, State & Zip Code)

( ) See

E01/E02 - INSPECTION/ACCEPTANCE AT ORIGIN WILL BE PERFORMED BY:

CLIN(s) Supplies:

ALL (X) Office Administering Contract (See SF 26, Block 6)
( ) Other

Packaging:
(X) Office Administering Contract (See SF 26, Block 6)
( ) Same as for Supplies
( ) Other

F0000(

E02 - ACCEPTANCE AT ORIGIN.

E05 - CERTIFICATE OF CONFORMANCE (CoC) (APR 1984) FAR 52.246-15.
a. (X) Not Authorized.
b. ( ) Shipment based on CoC shall not be made unless authorized by CAO.

SECTION F
F03 - F.O.B. DESTINATION.
EXPORT SHIPMENTS - PORT

Delivery Point (Wood Products):

( ) FAS Vessel ( ) FOB Dock ( ) FOB Port

(see clause F70 and F71)

F62 - TIME OF DELIVERY:

See Clause F62 of the basic solicitation.

SECTION G
G01 - CONTRACTING OFFICE REPRESENTATIVE:

-- FOR POST AWARD INFORMATION CONTACT --

DSCC-AEAA Telephone: A/C 614-692-2961

G02 - NOTES TO CONTRACT ADMINISTRATION OFFICE:

a. Delinquency Reports - In accordance with FAR 42.1106(c), the Contract Administration Office may at any time initiate a report to advise the Administrative Contracting Officer and Inventory Control Manager (ICM) of any potential or actual delay in performance.

Address for ICM is as follows:
(X) DLA, Defense Supply Center Columbus
P.O. Box 16704
ATTN: DSCC-ADAA
Columbus, Ohio 43216-5000

( ) See Clause H01, Table 2 of this contract.

g. Part IV of the solicitation has been retained in the contract file in accordance with FAR 14.201-1(c) and FAR 15.406-1(b).

SECTION I
I20 - RATED ORDERS:

(X ) DO A1 ( ) DO B1

( ) DX

Extend the Defense Rating to your Supplier(s)

I82 - TRANSPORTATION OF SUPPLIES BY SEA

I87 - PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY

I99 - DRUG FREE WORKPLACE

I212 - SECTION 8(a) AWARD (DEC 1996) - FAR 52.219-17

(a) By execution of a contract, the Small Business Administration (SBA) agrees to the following:
(1) To furnish the supplies or services set forth in the contract according to the specifications and the terms and conditions by subcontracting with the Offeror who has been determined an eligible concern pursuant to the provisions of section 8(a) of the Small Business Act, as amended (15 U.S.C. 637(a)).
[illegible]xcept for novation agreements and advance [illegible]elegates to the Defense Supply Center Columbus [illegible]bility for administering the contract with

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-C-1004 | PAGE 10 | OF 124 PAGES |
|---|---|---|---|

complete authority to take any action on behalf of the Government under the terms and conditions of the contract; provided, however that the contracting agency shall give advance notice to the SBA before it issues a final notice terminating the right of the subcontractor to proceed with further performance, either in whole or in part, under the contract.

(3) That payments to be made under the contract will be made directly to the subcontractor by the contracting activity.

(4) To notify the Defense Supply Center Columbus Contracting Officer immediately upon notification by the subcontractor that the owner or owners upon whom 8(a) eligibility was based plan to relinquish ownership or control of the concern.

(5) That the subcontractor awarded a subcontract hereunder shall have the right of appeal from decisions of the cognizant Contracting Officer under the "Disputes" clause of the subcontract.

(b) The offeror/subcontractor agreees and acknowledges that it will, for and on behalf of the SBA, fulfill and perform all of the requirements of the contract.

(c) The offeror/subcontractor agrees that it will not subcontract the performance of any of the requirements of this subcontract to any lower tier subcontractor without the prior written approval of the SBA and the cognizant Contracting Officer of the Defense Supply Center, Columbus.

**I213 - NOTIFICATION OF COMPETITION LIMITED TO ELIGIBLE 8(a) CONCERNS (FAR 52.219-18) (JAN 1997)**

(a) Offers are solicited only from small business concerns expressly certified by the Small Business Administration (SBA) for participation in the SBA's 8(a) Program and which meet the following criteria at the time of sub- -sion of offer --

(1) SIC code 3494 is specifically included in the r's approved business plan;

(2) The Offeror is in conformance with the 8(a) support limitation set forth in its approved business plan; and

(3) The Offeror is in conformance with the Business Activity Targets set forth in its approved business plan or any remedial action directed by the SBA.

(b) By submission of its offer, the Offeror represents that it meets all of the criteria set forth in paragraph (a) of this clause.

(c) Any award resulting from this solicitation will be made to the Small Business Administration, which will subcontract performance to the successful 8(a) offeror selected through the evaluation criteria set forth in this solicitation.

(d)(1) Agreement. A manufacturer or regular dealer submitting an offer in its own name agrees to furnish, in performing the contract, only end items manufactured or produced by small business concerns inside the United States, its territories or possessions, the Commonwealth of Puerto Rico, or the Trust Territory of the Pacific Islands. However, this requirement does not apply in connection with construction or service contracts.

(2) The will notify the Defense Supply Center Columbus Contracting Officer in writing immediately upon entering an agreement (either oral or written) to transfer all or part of its stock or other ownership interest to any other party.

## SECTION J

**J02 - LIST OF ENCLOSURES MADE A PART OF THIS CONTRACT:**

| | | | |
|---|---|---|---|
| AMENDED QUOTE | dtd | 03/04/99 | Encl #1 |
| AMENDED QUOTE | dtd | 06/28/99 | Encl #2 |
| | dtd | | Encl # |
| | dtd | | Encl # |
| | dtd | | Encl # |
| | dtd | | Encl # |
| | dtd | | Encl # |

N04 - Solicitation Amendment Number (s) 0001, 0002, 0003

**ATTACHMENT**
**PALLETIZATION NO. DC1636P001 - 96150**

1. **SCOPE.** This sheet covers the requirements for palletization of DSCC items or supply for handling, shipment, and storage.

2. **REFERENCED DOCUMENTS.** The following documents, of the issue in effect on the date of solicitation, form a part of this palletization sheet to the extent specified herein:

Specifications

FEDERAL

NN-P-71 Pallets, Material Handling, Wood Stringer Construction, 2-way and 4-way (Partial)

Standards

MILITARY

MIL-STD-147 Palletized Unit Load

(Copies of listed federal and military specifications, standards, and associated documents listed in the Department of Defense Index of Specifications and Standards (DODISS), should be obtained from the DOD Single Stock Point, Commanding Officer, Naval Publications and Forms (Center, 5801 Tabor Ave., Philadelphia, PA 19120-5099).

3. **REQUIREMENTS.**

Shipments of indentical items packed in four or more shipping containers exceeding a total of 48 cubic feet per destination shall be palletized except when the shipping containers are required to be skidded (see 3c), or a quantity of four shipping containers pallet exceeds the size of weight limitations for palletized loads (see 3a and 3b, as applicable). Shipments packed Level C shall be palletized in accordance with 3a or 3b. Shipments packed Level A or Level B shall be palletized in accordance with 3b.

a. Material may be palletized on commercial pallets provided the load meets the following requirements:

(1) The load does not exceed 52 inches in length or width, 54 inches in height, and 3,000 pounds.

(2) The load is prepared and secured in a manner that will ensure carrier acceptance and permit safe rehandling at destination.

b. Palletization shall comply with MIL-STD-147 and appendices there to modified as follows:

(1) Loads shall be stable and shall not exceed the size and overseas limitations of MIL-STD-147.

(2) Glued loads shall not be used.

(3) For Level A packing, pallets shall comply with NN-P-71, Type V, class 1, size 2, except softwood may be used and the size may be reduced to a minimum of 36 inches in length and 44 inches in width to properly fit the load.

(4) For Level B packing, pallets shall conform to NN-P-71, Type II, size 2; Type IV; or Type V, class I, size 2. Wood used to construct pallets shall be group II, III, or IV, grade A, as specified in NN-P-71.

(5) Residual quantities of less than the quantity required for one course of the load need not be palletized.

c. Palletization is not required for shipping containers that are constructed with skids. Shipping containers, except drums, exceeding 70 pounds gross weight or 40 inches in length, shall be constructed with skids, skids, shall be a minimum of 3x4 inch (nominal) lumber and shall be securely attached to permit multiple re-handling at destination. Drums shall be palletized.

F000010

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>SP0740-99-C-1004 | PAGE OF<br>11 | ~~11~~ 24<br>PAGES |
|---|---|---|---|

'repared by: DSCC
Columbus, OH 43216-5000
December 13, 1996

F000011

SP0740-99-C-1004 12 of 24

# Capital City Pipes, Inc.

Office 850/574-3717
Fax 850/574-0384

June 23, 1999

Anita L. Luich
DSCC/ADAA
Defense Supply Center/Columbus
P.O. Box 16704
Columbus, Ohio

Ref: SP074099R3025
4720-01-066-6447
QTY (1304)

Dear Madam:

Capital City Pipes, Inc is submitting a proposal to you on the above reference. Capital City Pipe, Inc is quoting FLEXFAB as the manufacturer.
**Quoting a price of $381.32 each.**

Capital City Pipes, Inc request the remittance address to be:
**Capital City Pipes, Inc**
**C/o ABA#07200052**
**Old Kent Bank, Corp Trust**
**P.O. Box 144**
**Grand Rapids, MI 49501-0144**

If there are any questions, you may contact me by phone, 850/574-3717; fax, 850/574-0384; or e-mail, capicity@aol.com

Thank you,

Thelma S. Williams
Director of Government Sales

F000012

SP0740-99-C-1004 13 of 24

# Capital City Pipes, Inc.

Office 850/574-3717
Fax 850/576-2956

March 4, 1999

To: Anita L. Luich
DSCC, PAADAA1
Columbus, Ohio
614 692 6271-fax

Re: SP074099R3025
4720-01-066-6447

Ms. Luich:

I am resubmitting an offer of $311.50 as my best and final offer pertaining to the above Solicitation # SP074099R3025.

I will call you on tomorrow morning to verify that you have received this fax.

If you have any questions, please call me at 850-574-3717 or e-mail Capicity@aol.com

Thank you again,

Thelma S. Williams
Director of Government Sales

1872 Mills Street Bldg. - F (32310) ** PO Box 12388 ** Tallahassee, Florida 32317-2388

F000013