02/25/1999 16:51 850-574 356 CAPITAL CITY PI PAGE 05
FILE No. 103 01-14 '00 11:16 ID:DCSC AEROSPACE COLS,OH 1 614 692 271 PAGE 4

SP0740-99-C-1004 14 of 24

## SOLICITATION AND OFFER

[X] J [ ] K

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) > RATING See L11 or I20

PAGE OF PAGES 01 23

2. CONTRACT NO

3. SOLICITATION NO. SP0740-99-R-3025

4. TYPE OF SOLICITATION [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP)

5. DATE ISSUED 22-DEC-98

6. REQUISITION/PURCHASE NO. SEE ATTACHED

7. ISSUED BY CODE SC0700

DEFENSE SUPPLY CENTER COLUMBUS
ATTN: DSCC- ABAA1
P.O. BOX 16704
COLUMBUS, OHIO 43216-5010
For Post Award Inquiries - See G01

8. ADDRESS OFFER TO

DEFENSE SUPPLY CENTER COLUMBUS
ATTN: DSCC-PBAA (Bid Opening Room B130, Bldg 20)
P.O. BOX 16653
COLUMBUS, OHIO 43216-5009

FOR COURIER SERVICE AND FACSIMILE NUMBERS - SEE BLOCK 9

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder"

[ ] SPECIAL REVIEW [ ] FMS REQUIREMENT

### SOLICITATION

9. Sealed offers in original and NO copies for furnishing the supplies or services in the Schedule will be received at the place specified in item 8, or if handcarried, in the depository located in Bid Opening Room, Bldg 20, Room B130, 3990 East Broad Street, Columbus, OH 43213 until 1:00pm local time 19-JAN-99
(Hour) (Date)

Facsimile Numbers: A/C 614-692-4235, A/C 614-692-2279, or A/C 614-692-5701.
CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL: > A. NAME Arista Lutch DSCC-PAADAA1

B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) A/C (614) 692-3277

### 11. TABLE OF CONTENTS



| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 10 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS/WORK STATEMENT | 7 | X | J | LIST OF ATTACHMENTS | 16 |
| X | D | PACKAGING AND MARKING | 7 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 8 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 17 |
| X | F | DELIVERIES OR PERFORMANCE | 9 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 9 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 21 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 9 | X | M | EVALUATION FACTORS FOR AWARD | 22 |



### OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period. See Provision K 19

12. In compliance with the above, the undersigned agrees, if this offer is accepted within (See Note Above) calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | CALENDAR DAYS |
|---|---|---|---|---|
| | % | % | % | % |

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated) | AMENDMENT NO | DATE | AMENDMENT NO | DATE |
|---|---|---|---|---|
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR — CAGE CODE 0NSZ5 — FACILITY

Capital City Paper Inc
1872 Mills St Bldg-F
Tallahassee Fl 32310

FACSIMILE NUMBER: 850 574 0384

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

THELMA S. WILLIAMS
Director of Government Sales

15B. TELEPHONE NO. (Include area code) 850 574 3717

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE. ENTER SUCH ADDRESS IN SCHEDULE [ ]

17. SIGNATURE Thelma S Williams

18. OFFER DATE 2/25/99

IMPORTANT - Award will be made on Standard Form 26, or by other authorized official written notice. SECTION A

NSN 7540-01-152-8064 33-132 DPACS SF33M (REV. 4-85)
PREVIOUS EDITION UNUSABLE Prescribed by GSA
OP 101-33.0-2 (R7) (FAR) (FEB 87) FAR (48 CFR) 53.214(c)

F000014

SP0740-99-C-1004

15 of 24

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0740-99-R-3025

PAGE 02 OF 24 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

PR YPC98323000624
NSN 4720-01-066-6447

ITEM DESCRIPTION:

HOSE ASSY, AIR DUCT. 8" SIZE, 15 FT LENGTH, YELLOW COLOR WITH STOWAGE DEVICE, 4 LOCKS. PER MILITARY SPECIFICATION TITLED "DUCT ASSEMBLIES, GROUND, CONDITIONED AIR, INSULATED, FLEXIBLE."
THE FOLLOWING EXCEPTIONS TO THE CITED DRAWINGS APPLY: ON DRAWING 64C1004, PART NUMBER 64C1004, ASTM-A-569HR P AND O CQ .156 OR .180 THICK WILL BE USED AND ALLOWING ZINC PLATING PER ASTM-B-633 SC3 TYPE II AS AN OPTION TO THE CADMIUM PLATING AND; ON DWG 64C1005, PART NUMBER 64C1005, ASTM-A-569HR P AND O CQ .125 THICK WILL BE USED AND ALLOWING ZINC PLATING PER ASTM-B-633 AC3 TYPE II AS AN OPTION TO THE CADMIUM PLATING.

"CONTRACTOR/MANUFACTURER IS REQUIRED TO ESTABLISH AND MAINTAIN A CALIBRATION SYSTEM THAT MEETS THE REQUIREMENTS OF ANSI/NCSL Z540-1-1994, AMERICAN NATIONAL STANDARD FOR CALIBRATION - CALIBRATION LABORATORIES AND MEASURING AND TEST EQUIPMENT-GENERAL REQUIREMENTS, OR ISO 10012-1, QUALITY ASSURANCE REQUIREMENTS FOR MEASURING EQUIPMENT- PART 1, METROLOGICAL CONFIRMATION SYSTEM FOR MEASURING EQUIPMENT."

IF AQLS ARE LISTED IN THE SPECIFICATION(S) OR DRAWING(S) THEY MAY BE USED TO ESTABLISH THE AUTHORIZED SAMPLE SIZE, HOWEVER, THE ACCEPTANCE NUMBER FOR THIS CONTRACT IS ZERO; I.E., THIS CONTRACT REQUIRES A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS AND REJECTS ON ONE OR MORE DEFECT(S).

"CLASS I OZONE DEPLETING CHEMICALS ARE NOT TO BE USED NOR INCORPORATED IN ANY ITEMS TO BE DELIVERED UNDER THIS CONTRACT. THIS PROHIBITION SUPERSEDES ALL SPECIFICATION REQUIREMENTS BUT DOES NOT ALLEVIATE ANY PRODUCT REQUIREMENTS. SUBSTITUTE CHEMICALS MUST BE SUBMITTED FOR APPROVAL UNLESS THEY ARE AUTHORIZED BY THE SPECIFICATION REQUIREMENTS."

CONTINUED ON NEXT PAGE

SP0740-99-C-1004 16 of 24

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-R-3025 | PAGE 03 | OF 24 PAGES |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

DLAD 52.246-9004, PRODUCT VERIFICATION TESTING, APPLIES. THIS CLAUSE IS A GOVERNMENT OPTION THAT CAN ONLY BE INVOKED UPON THE COGNIZANT CONTRACT ADMINISTRATION OFFICE NOTIFYING THE CONTRACTOR THAT PVT SAMPLES ARE TO BE SELECTED.

I/A/W DRAWING NR 98750 62A1003
REFNO DTD 64 MAR 12
AMEND NR B DTD 70 JUN 05
TYPE NUMBER:
"DETAILED DRAWING (ONE ITEM)"

I/A/W DRAWING NR 98750 62B1004
REFNO DTD 64 MAR 11
AMEND NR C DTD 72 OCT 04
TYPE NUMBER: 62B1004
"DETAILED DRAWING (ONE ITEM)"

I/A/W DRAWING NR 98750 62B1005
REFNO DTD 64 MAR 11
AMEND NR B DTD 70 JUN 05
TYPE NUMBER:
"DETAILED DRAWING (ONE ITEM)"

I/A/W DRAWING NR 98750 62B1007
REFNO DTD 64 MAR 11
AMEND NR C DTD 86 APR 10
TYPE NUMBER:
"DETAILED DRAWING (ONE ITEM)"

I/A/W DRAWING NR 98750 64C1004
REFNO DTD 64 MAR 12
AMEND NR M DTD 83 JUN 20
TYPE NUMBER: 64C1004
"DETAILED DRAWING (ONE ITEM)"

I/A/W DRAWING NR 98750 64C1005
REFNO DTD 64 MAR 11
AMEND NR L DTD 83 JUN 20
TYPE NUMBER: 64C1005
"DETAILED DRAWING (ONE ITEM)"

I/A/W DRAWING NR 98750 64C1006
REFNO DTD 64 MAR 11
AMEND NR F DTD 83 JUN 20

CONTINUED ON NEXT PAGE

F000016

SP0740-99-C-1004 17 of 24

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0740-99-R-3025

PAGE OF: 04 23 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | TYPE NUMBER: 64C1006<br>"DETAILED DRAWING (ONE ITEM)"<br><br>I/A/W SPEC NR MIL-D-38386E<br>BASIC DTD 89 AUG 28<br>AMEND NR DTD<br>TYPE NUMBER: M38386-C-015 | | | | |
| 0001 | PR YPC98201001312 PRLI 0001 | 178 | EA | 381.32 | 67874.96 |

PREP FOR DELIVERY:

PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991
QUP = 001: PRES MTHD = 10: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0:
UNIT CONT = EA: LEVEL PRESV = A: OPI = O:
PACK CODE = U: PACKING LEVEL = C:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129M SPECIAL
MARKING CODE: 99 - NO CODES IN THIS TABLE ONLY MIL-STD-129.
PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1536P001 REV A
DATED 96150

DOD LOGMARS BAR CODE MARKING REQUIRED IAW MIL-STD-129M,
DATED 15 JUN 93 AND MIL-STD-1189B, DATED 10 AUG 89.

PARCEL POST ADDRESS:

SW3100
MECHANICSBURG FACILITY
DEF DIST DEPOT SUSQUEHANNA PA
GENERAL SUPPLIES
MECHANICSBURG PA 17055-0789

FREIGHT SHIPPING ADDRESS

SW3100
MECHANICSBURG FACILITY TRNS OFFICER
DEF DIST DEPOT SUSQUEHANNA PA
5450 CARLISLE PIKE
MECHANICSBURG PA 17055-0789

NON-MILSTRIP RDD 05/15/99 PROJ
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONTINUED ON NEXT PAGE

F000017

SP0740-99-C-1004 18 of 24

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0740-99-R-3025 — PAGE 05 OF 24 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | PR YPC98323000624 PRLI 0002 | 100 | EA | 381.32 | 38132.00 |
| | PREP FOR DELIVERY: | | | | |
| | PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991<br>MIL-STD-2073 PACKAGING DATA SAME AS PRIOR LINE | | | | |
| | PARCEL POST/FREIGHT ADDRESS: | | | | |
| | SW3200<br>DEF DIST DEPOT SAN JOAQUIN<br>TRACY CA 95376-5000 | | | | |
| | NON-MILSTRIP RDD 08/25/99 PROJ | | | | |
| | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |
| 0003 | PR YPC98201001312 PRLI 0001 | 178 | EA | 381.32 | 67874.96 |
| | PREP FOR DELIVERY: | | | | |
| | PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991<br>QUP = 001: PRES MTHD = 10: CLNG/DRY = 1: PRESV MAT = 00:<br>WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0:<br>UNIT CONT = B1: LEVEL PRESV = A: OPI = O:<br>PACK CODE = U: PACKING LEVEL = C:<br>MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129M SPECIAL<br>MARKING CODE: 99 - NO CODES IN THIS TABLE ONLY MIL-STD-129.<br>PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV A<br>DATED 96150 | | | | |
| | DOD LOGMARS BAR CODE MARKING REQUIRED IAW MIL-STD-129M,<br>DATED 15 JUN 93 AND MIL-STD-1189B, DATED 10 AUG 89. | | | | |
| | PARCEL POST ADDRESS: | | | | |
| | SW3100<br>MECHANICSBURG FACILITY<br>DEF DIST DEPOT SUSQUEHANNA PA<br>GENERAL SUPPLIES<br>MECHANICSBURG PA 17055-0789 | | | | |
| | CONTINUED ON NEXT PAGE | | | | |

F000018

SP0740-99-C-1004 19 of 24

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0740-99-R-3025 | PAGE 06 OF 24 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | FREIGHT SHIPPING ADDRESS<br><br>SW3100<br>MECHANICSBURG FACILITY TRNS OFFICER<br>DEF DIST DEPOT SUSQUEHANNA PA<br>5450 CARLISLE PIKE<br>MECHANICSBURG PA 17055-0789<br><br>NON-MILSTRIP RDD 05/15/99 PROJ<br>* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |
| 0004 | PR YPC98201001312 PRLI 0002 | 343 | EA | 381.32 | 130792.76 |
| | PREP FOR DELIVERY:<br><br>PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991<br>MIL-STD-2073 PACKAGING DATA SAME AS PRIOR LINE<br><br>PARCEL POST/FREIGHT ADDRESS:<br><br>SW3200<br>DEF DIST DEPOT SAN JOAQUIN<br>TRACY CA 95376-5000<br><br>NON-MILSTRIP RDD 05/15/99 PROJ<br>* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |
| 0005 | PR YPC98169000611 PRLI 0001 | 218 | EA | 381.32 | 83127.76 |
| | PREP FOR DELIVERY:<br><br>PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991<br>QUP = 001: PRES MTHD = 10: CLNG/DRY = 1: PRESV MAT = 00:<br>WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0:<br>UNIT CONT = E1: LEVEL PRESV = A: OPI = O:<br>PACK CODE = U: PACKING LEVEL = C:<br>MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129M SPECIAL<br>MARKING CODE: 99 - NO CODES IN THIS TABLE ONLY MIL-STD-129.<br>PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636PC01 REV A<br>DATED 96150<br><br>DOD LOGMARS BAR CODE MARKING REQUIRED IAW MIL-STD-129M,<br>DATED 15 JUN 93 AND MIL-STD-1189B, DATED 10 AUG 89.<br><br>CONTINUED ON NEXT PAGE | | | | |

F000019

SP0740-99-C-1004 | 20 of 24

**CONTINUATION SHEET**

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|
| SP0740-99-R-3025 | 07 | 24 PAGES |

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PARCEL POST ADDRESS:<br><br>SW3100<br>MECHANICSBURG FACILITY<br>DEF DIST DEPOT SUSQUEHANNA PA<br>GENERAL SUPPLIES<br>MECHANICSBURG PA 17055-0789<br><br>FREIGHT SHIPPING ADDRESS<br><br>SW3100<br>MECHANICSBURG FACILITY TRNS OFFICER<br>DEF DIST DEPOT SUSQUEHANNA PA<br>5450 CARLISLE PIKE<br>MECHANICSBURG PA 17055-0789<br><br>NON-MILSTRIP RDD 12/17/98 PROJ<br>* * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |
| 0006 | PR YPC98169000611 PRLI 0002 | 198 | EA | 381.32 | 75,501.36 |
| | PREP FOR DELIVERY:<br><br>PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991<br>MIL-STD-2073 PACKAGING DATA SAME AS PRIOR LINE<br><br>PARCEL POST/FREIGHT ADDRESS:<br><br>SW3200<br>DEF DIST DEPOT SAN JOAQUIN<br>TRACY CA 95376-5000<br><br>NON-MILSTRIP RDD 12/17/98 PROJ<br>* * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |

F000020

SP0740-99-C-1004 21 of 24

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0740-99-R-3025 | 08 | 24 PAGES |

ATTENTION CONTRACTORS!!

ALL CONTRACTORS ARE REQUIRED TO REGISTER IN THE CENTRAL CONTRACTOR REGISTRATION (CCR) SYSTEM BY MAY 31, 1998 (DEFENSE FEDERAL ACQUISITION REGULATION SUPPLEMENT (DFARS) 204.7302). UNREGISTERED CONTRACTORS WILL NOT BE ELIGIBLE FOR AWARDS SOLICITED AFTER THAT DATE. YOU MAY REGISTER OR CHECK YOUR CCR REGISTRATION STATUS AT THE CENTRAL CONTRACTOR REGISTRATION SITE - (HTTP://CCR.EDI.DISA.MIL/)

HELP WITH CCR REGISTRATION IS AVAILABLE AT YOUR REGIONAL ELECTRONIC COMMERCE RESOURCE CENTER (ECRC) (HTTP://WWW.ECRC.DOSE.EDU/REGIONAL.HTML)

VENDORS WILL NEED TO SUPPLY A DUNS NUMBER WITH ALL QUOTATIONS REGARDLESS OF DOLLAR VALUE IN THE NEAR FUTURE. A DUNS NUMBER IS ALSO A REQUIREMENT FOR CCR REGISTRATION. YOU MAY REQUEST A DUNS NUMBER AT THE D-U-N-S NUMBER REQUEST FROM SITE, HTTP://WWW.DNB.COM/DBIS/DNBHOME.HTM

***ALTERNATE DISPUTE RESOLUTION (ADR) POLICY***

It is the goal of this Center for all parties to be satisfied at contract completion. Consequently, this Center is encouraging the use of all forms of ADR to resolve differences of view that may occur under the contract, whether the differences involve disputes of contract terms, issues of administration, or merely points of inquiry. The use of any form of ADR is voluntary for all parties. Any costs associated with the use of ADR will be agreed to by both parties and with no increase in contract price, unless agreed to otherwise.

FOR COURIER SERVICE AND/OR CONTRACTOR HANDCARRIED OFFERS

RFPs and IFBs (generally Large Purchase Offers, $100,000 and over) when being hand carried (Courier service or other means) shall be placed in the White Bid Box, located at DSCC in the Lobby of Building 20, 3990 E. Broad St., Columbus, OH 43216-5000.

## SECTION B

NOTICE

Any contract awarded to a contractor who, at the time of award was suspended, debarred, ineligible for receipt of contracts with Government agencies or in receipt of a notice of proposed debarment from any Government agency, is voidable at the option of the Government.

AVAILABILITY OF AWARD INFORMATION

Large Purchases - $100,000 and over (IFB/RFP) - Written notification is automatically mailed to all unsuccessful offerors at time of award. This notice provides the number of firms solicited, the number of offers received, the name of successful offeror and contract unit price and quantity awarded. In addition, unsuccessful offerors are also informed why their offer was not accepted.

NOTE: Firms not responding to an IFB/RFP, may request award information under the Freedom of Information Act (FOIA) by written request to this Center, ATTN: DSCC-VEIF. Include specific identification data and statement that you are willing to pay necessary fees for research and/or reproduction costs.

PROCUREMENT HISTORY

Procurement history is not supplied with the solicitation, and will not be furnished based on telephone calls. Procurement history is now available on microfiche as follows:

NSN History published quarterly;
Non-NSN History published semi-annually; and
Prior Month Award History published monthly.

Each updated microfiche set will be available in the Bid Opening Room at DCSC for public viewing. This information can be purchased by submitting a written request for history desired to: Defense Supply Center Columbus, ATTN: DSCC-VEIF, P.O. Box 3990, Columbus, Ohio 43216-5010. Requester will be advised of cost of history by return mail.

AVAILABILITY OF DRAWING

This requirement is in accordance with drawings listed in Section B - Item Description. See Provision L15 for instructions for obtaining aperture cards of these drawings.

NOTE: The drawings cannot be furnished by the buyer/contracting officer

AVAILABILITY OF SPECIFICATIONS

This requirement is in accordance with specifications, standards and descriptions. Do not try to order from this Center. For order instructions see Provision L12 in the IFB/RFP. See item description for address to order standards.

## SECTION C

Year 2000 (Y2K) Compliant Notice:

All deliverables under this contract containing embedded microcircuit chips with a clock mechanism, timing device, or control device required to perform date\time processing involving dates subsequent to December 31, 1999, shall be year 2000 (Y2K) compliant at the time of delivery.

"Y2K compliant" means that it accurately process date\time data (including, but not limited to, calculation, comparing, and sequencing) from, into, and between the twentieth and twenty-first century, and the years 1999 and 2000 and leap year calculations, to the extent that other (information technology) IT / non-IT items being acquired properly exchange date/time data with it.

## SECTION D

D01 - PACKING AND MARKING (AUG 1991) DCSC 52.219-9C01

( ) Packaging will be in accordance with the Contractor's commerical practice, which will ensure acceptance by the carrier.

Marking will be in accordance with MIL-STD-129.

CLIN(s)

( ) Packaging and Marking shall be in accordance with the following DCSC Pkg sheet:

| CLIN(s) | ATTACHED PKG SHT NO. | QUP | PRES/PKG LEVEL | PACKING LEVEL | METHOD |
|---|---|---|---|---|---|

(X) Packaging Data MIL-STD-2073-1B and MIL-STD-2073-2C, 21 JUN 91. Marking will be in accordance with MIL-STD-129.

( ) OTHER:

CLIN(s)

D02 - USE OF OAK-CHESTNUT WOOD FOR PACKING SUPPLIES (JUN 1986) - DCSC 52.210-9C05

(a) In order to prevent the spread of oak wilt disease, oak or chestnut wood shall not be used for packaging and packing of supplies to be delivered under this contract, unless the wood either is bark free and square-edges so that none of the natural rounded surface tissues remain or is bark free and has a moisture content not exceeding twenty (20) percent.

(b) The contractor must comply with and perform inspection to insure compliance with the above restrictions on use of oak or chestnut wood. If a shipment is frustrated for noncompliance, the contractor will be responsible for the cost incurred to repack the supplies; and this right of the Government shall not be affected by other provisions concerning the conclusiveness of inspection and acceptance and is in addition to and does not limit any rights of the government under other provision of the contract.

SP0740-99-C-1004 22 of 24

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0740-99-R-3025 | 09 | 24 PAGINA |

SECTION E

E01 - INSPECTION AT ORIGIN (FEB 1993) - DCSC 52.246-9C01

(a) Inspection for compliance with contract requirements will be performed at origin by an authorized Government inspector.

(b) Inspection prior to shipment will be based on the following:

(1) For CLIN(s) described by a Military or Federal specification or purchase description contractor must present evidence showing compliance with all contract and specification requirements including preparation for delivery.

(2) For CLIN(s) described by manufacturer's name/code and part number:

(i) Contractor must present evidence of performance of all quality assurance requirements specified in the contract and assure that item will serve its intended purpose by performing examinations and tests to determine (A) completeness of item, (B) absence of rust, contamination, or deterioration, (C) correct identification, (D absence of any damage, and (E) compliance with preparation for delivery. If the contractor is not the manufacturer of the supplies, evidence must be furnished to establish that the supplies were produced by the manufacturer.

(ii) The word "manufacturer" means the actual manufacturer of each CLIN. The QAR may require that evidence be furnished establishing the name and address of the plant that manufactures each CLIN to assure that a domestic product is being supplied.

(iii) In lieu of the requirement specified above, the contractor may be required by the inspecting activity to furnish a Certificate of Conformance.

E02 - ACCEPTANCE AT ORIGIN (NOV 1985) - DCSC 52.246-9C02

Acceptance will be performed by an authorized Government Representative at origin. The point of acceptance will be the point of last inspection before shipment unless otherwise indicated by the offeror.

NOTE: For contracts awarded on F.O.B. Destination basis, contractor must comply with Clause F03 - F.O.B. Destination, in order that payment may be made prior to receipt of the supplies at destination.

E06 - CERTIFICATE OF CONFORMANCE (CoC) (APR 1984) - FAR 52.246-15
(Applicable as specified in the Award/Contract)

E07 - INSPECTION OF SUPPLIES--FIXED PRICE (AUG 1996) - FAR 52.246-2

E08 - RESPONSIBILITY FOR SUPPLIES (APR 1984) - FAR 52.246-16

E09 - RECORDS RETENTION REQUIREMENTS (JUN 1986) - DCSC 52.204-9C01

The Contractor shall retain receiving and inspection report records, consisting of reports reflecting receipt and inspection of supplies, equipment and material, for four (4) years from the date of final payment under this contract and shall make them available upon request, to the Comptroller General of the United States, the Contracting Officer, or their authorized representatives.

E10 - CHANGE OF INSPECTION/ACCEPTANCE POINT (AUG 1980) DCSC 52.246-9C08

If this solicitation provides for inspection and acceptance at destination, the Government may exercise the right reserved under FAR 52.246-2 Inspection of Supplies Fixed Price and make awards requiring inspection and acceptance at origin and Clauses E01 and E02 will be applicable. Bidders must complete Provision C33, Place of Performance of the solicitation.

E17 - PRODUCT VERIFICATION TESTING (AUG 1997) - DLAD 52.246-9004

(a) References: The applicable documents are the issues of Federal Acquisition Regulation (FAR) Clause 52.246-2, "Inspection of Supplies-Fixed Price," and ANSI/ASQC Z1.4-1993, Sampling Plan and Tables for Inspection by Attributes, which are in effect on date of solicitation for awards resulting from invitation for bids and date of award for all other contractual actions. These documents form the basis for the Government's right to perform product verification testing (PVT) of this product. FAR 52.246-2 is hereby incorporated by reference into the contract if not otherwise called out in the purchase document.

(b) The contractor is responsible for insuring that supplies are manufactured, produced, and subjected to all tests required by applicable material specifications/drawings specified in the purchase description of the contract. Notwithstanding any other clause to the contrary, and/or in addition thereto, the Government reserves the right to conduct PVT to ascertain if any or all requirements of the purchase identification description contained elsewhere herein are met prior to final acceptance.

(c) On any given contract, the Government may require PVT through a Government-designated testing laboratory on the contract or production lot at Government expense. Testing will consist of chemical and/or mechanical/dimensional conformance tests as the Government deems necessary. When material under the contract is designated by the contracting officer/ administrative contracting officer for such test, the Government inspector will select a sample size in accordance with MIL-STD-105, Inspection Level S-2, randomly from the contract or production lot, and send the samples to a designated laboratory for testing. Where origin inspection is specified, the contractor agrees to make available, at the Government's request, at the manufacturing facility, subcontracting facility, and/or final point of inspection, the quantity selected by the DCAS QAR to verify that the entire lot tendered meets the requirements of the Contract. The Government shall be permitted to select such samples at random from the production lot tendered for acceptance

(d) [This subparagraph pertains only to contracts and bilateral purchase orders.]

(1) The PVT samples will be sent, by the Government and at Government expense, to a Government-designated testing laboratory for product verification. The Government will notify the contractor of the results of the testing within 15 working days of receipt of the samples by the Government. If the Government fails to act within the period set forth herein for notification, the contracting officer shall, upon timely written request, equitably adjust, under the Changes Clause of this contract, the delivery or performance dates and/or the contract price and any other contractual term affected by the delay. The Government is not required to accept/reject the supplies tendered until after receipt of the PVT test results.

(2) The Government shall have the option to require the contractor to screen the entire lot tendered for any defects noted by the PVT testing. Any defects so found shall be corrected before retendering the lot for acceptance by the Government. Further, the Government may subject this lot to additional PVT testing. If the Government disapproves the lot tendered for acceptance because of a failure to pass the PVT, the contractor shall be deemed to have failed to make delivery within the meaning of the Default Clause of this contract. In such case, the Government reserves all rights and remedies to which it is otherwise entitled by law, regulation, or this contract.

(e) [This subparagraph pertains only to unilateral purchase orders.]

(1) The PVT samples will be sent by the Government and at Government expense, to a Government-designated testing laboratory for for product verification. The Government will notify the contractor of the results of the testing within 15 days after receipt of the samples by the Government. If the Government fails to act within the specified time period set forth herein for notification, the contracting officer shall, upon timely written request from the contractor, incorporate FAR Clause 52.243-1, "Changes-Fixed Price," into the purchase order, and equitably

SP0740-99-C-1004 23 of 24

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0740-99-R-3025 | 10 | 24 PAGES |

adjust the delivery or performance date and/or the price and any other terms affected by the delay. The Government is not required to accept/reject the supplies tendered until after receipt of the FVT test results.

(2) The Government shall have the option to require the contractor to screen the entire lot tendered for any defects noted by the FVT. Any defects so found shall be corrected before retendering the lot for acceptance by the Government. Further, the Government may subject this lot to additional FVT. If the Government disapproves the lot tendered for acceptance because of a failure to pass the FVT, the Government has the right to reject the entire offer, thereby releasing the parties from further obligations under the purchase order.

## SECTION F

**F04a - ADVANCE NOTICE OF DELIVERY TO CONSIGNEES (OTHER THAN AIR OR WATER TERMINALS (AUG 1988) - DCSC INFORMATION TO VENDORS**

The contractor is responsible for requiring carriers to give telephone notice of delivery to the consignee Transportation Officer (Transport Control/Preladge Desk), at least 24 hours prior to delivery of freight shipments (other than small parcels). All bills of lading must be annotated to reflect this requirement.

**F05 - LOADING, BLOCKING AND BRACING OF FREIGHT CAR SHIPMENTS (APR 1984) - FAR 52.247-58**

**F07 - FIRST ARTICLE DELIVERY (OCT 1974) - DCSC 52.209-9C01**

CLIN(S) 5501

When First Article Approval (Clause I43 or I44) is required, the applicable "Time of Delivery" clause includes the number of days specified for submission and approval of First Article. If First Article Approval is waived in the award, the number of days required for such testing and approval will be subtracted from the delivery time as provided by the First Article Approval clause unless offeror specifies a different period of reduction in Clause I43a or I44a.

**F11 - DELIVERY OF EXCESS QUANTITIES (SEP 1989) FAR 52.211-17**

**F13 - GOVERNMENT DELAY OF WORK (APR 1984) - FAR 52.242-17**

**F22 - REQUIRED DELIVERY WITH DELIVERY EVALUATION FACTOR (DEC 1995) DCSC 52.211-9C03**

(a) This clause applies to CLINS ALL

The intent of this clause is to obtain the shortest delivery at the best possible price. Offers for other than the required delivery will be considered and evaluated in accordance with Provision M22.

The Government requires delivery to be made according to the following schedule:

REQUIRED DELIVERY SCHEDULE
(Contracting Officer insert specific details.)

| ITEM NO. | QUANTITY | WITHIN DAYS AFTER DATE OF CONTRACT |
|---|---|---|
| ALL | 827 | 150 |

It is intended to award without discussions regarding delivery; therefore it is in the offeror's best interest to provide the best delivery. If the offeror proposes no other delivery schedule, the required delivery schedule will apply.

OFFEROR'S PROPOSED DELIVERY SCHEDULE

| ITEM NO. | QUANTITY | WITHIN DAYS AFTER DATE OF CONTRACT |
|---|---|---|
| 0001 thru 0005 | 1682 | 150 days |
| | | |
| | | |

(b) Application of the delivery evaluation factor set forth in Provision M22 may result in award to other than the lowest priced acceptable offeror. In such circumstances, if delivery is made after the contract due date, the award price will be reduced using the following formula

Unit Price x Evaluation Factor x Delinquent Quantity x # of Days Delinquent

This reduction may be applied even if the awardee offered the required delivery schedule and the lowest offered price was for delivery longer than the required delivery

This reduction may be up to, but not exceeding 25% of the total award price or 150% of the price differential, whichever is greater, plus the administrative cost of modifying the award to provide for a revised delivery schedule

(c) This clause does not affect or limit the Government's right under the Default Clause of this contract

(d) Attention is directed to the Contract Award provision of the solicitation that provides that a written award or acceptance of offer mailed or otherwise furnished to the successful offeror results in a binding contract. The Government will mail or otherwise furnish to the offeror an award or notice of award not later than the day the award is dated. Therefore, the offeror shall compute the time available for performance beginning with the actual date of award, rather than the date the written notice of award is received from the Contracting Officer through the ordinary mails.

NOTE. Unless otherwise specified in the individual solicitation/contract ACCELERATED DELIVERY IS ACCEPTABLE AND DESIRED AT NO ADDITIONAL COST TO THE GOVERNMENT; however, for contracts awarded on an F.O.B. origin delivery basis, the requirements of FAR 52.247-59, F.O.B. Origin-Carload and Truckload Shipments, must be complied with.

**F23 - STOP-WORK ORDER (AUG 1989) - FAR 52.242-15**

## SECTION G

**G - CONTRACT ADMINISTRATION DATA** to be included in Section G of the contract.

## SECTION H

**H01 - MATERIAL INSPECTION AND RECEIVING REPORT (DEC 1991) DFARS 252.246-7000**

At the time of each delivery of supplies or services under this contract, the Contractor shall prepare and furnish to the government a material inspection and receiving report in the manner and to the extent required by Appendix F Material Inspection and Receiving Report, of the Defense FAR Supplement.

NOTE 1: DD Forms 250 may be obtained upon request and at no cost, from the Contract Administration Office.

NOTE 2: Insure that all DD Forms 250 covering MIPR shipments indicate the MIPR Number.

NOTE 3: Wood Products shipments require supplemental data per Clause H01a.

NOTE 4: The following addresses are provided to supplement the distribution prescribed in DoD FAR SUP Appendix F, Tables 1 and 2:

*Table 1 - Consignee mailing address:*

(C) - See Ship-to Address in Section F

( ) - *APO/FPO Address in Section F

( ) - *APO/FPO Address:

24 of —

**CONTINUATION SHEET**

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|
| SP0740-99-R-3025 | 11 | 24 PAGES |

*NOTE: Copies must be forwarded by airmail.

**Table 2 - Inventory Control Manager (ICM) Copy:**

( ) - Navy Status Control Activity, Army, or Air Force. (ICM)

And the MIPR processing purchase office, if applicable:

( ) - Marine Corps - Addresses as cited in Table 2.

( ) - FHS - Address will be obtained from activity administering contract.

( ) -

**I17 - SUBSTITUTIONS FOR MILITARY OR FEDERAL SPECIFICATIONS AND STANDARDS (AUG 1997) DFARS 252.211-7005**

(a) Definition. "SPI process," as used in this clause, means a management or manufacturing process that has been accepted previously by the Department of Defense under the Single Process Initiative (SPI) for use in lieu of a specific military or Federal specification or standard. Under SPI, these processes are reviewed and accepted by a Management Council, which includes representatives from the Defense Contract Management Command, the Defense Contract Audit Agency, and the military departments.

(b) Offerors are encouraged to propose SPI processes in lieu of military or Federal specifications and standards cited in the solicitation.

(c) An offeror proposing to use an SPI process shall -

(1) Identify the specific military or Federal specification or standard for which the SPI process has been accepted, and the specific paragraph or other location in the solicitation where the military or Federal specification or standard is required;

(2) Provide a copy of the Department of Defense acceptance of the SPI process;

(3) Identify each facility at which the offeror proposes to use the specific SPI process; and

(4) Unless provided in response to paragraph (c)(3) of this clause, provide the name and telephone number of the cognizant Administrative Contracting Officer for each facility where the SPI process is proposed for use.

(d) Absent a determination at the head of the contracting activity or program executive officer level that an SPI process is not acceptable for this procurement, the contractor shall use the following SPI processes in lieu of military or Federal specifications and standards:

(Offeror insert information for each SPI process)

SPI Process:

Facility:
Military or Federal
Specification or Standard:
Affected Contract Line Item and Subline Item Number and Requirement Citation

Cognizant Administrative Contracting Officer:

**SECTION I**

**I02 - AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984) - FAR 52.252-6**

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause

(b) The use in this solicitation or contract of any DoD FAR Supplement (48 CFR Chapter 2) or Defense Logistics Acquisition Regulation Clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

**I03 - WARRANTY - ACCEPTANCE OF SUPPLIES (JUN 1988) DCSC 52.246-9C10**

This clause is applicable when surplus materials are accepted (See Clause I28), when a Certificate of Conformance (see Provision K05) supports or forms the basis for acceptance of supplies at origin by the Government, or when acceptance is performed by the Government at destination

(a) The contractor warrants for a period of one year that the supplies at time of delivery conform to all contract requirements. If this warranty is breached, the Government at its option may (1) reject the supplies and require refund of contract price, or (2) require contractor at its expense to repair or replace the supplies; or (3) repair or correct the supplies and charge the contractor for the costs incurred, or (4) retain the supplies and require an equitable adjustment in the contract price. The Government shall mail or otherwise furnish notice to the contractor of the breach of this warranty within one year after date of delivery, inform the contractor of the option exercised, and require the contractor to take action accordingly. For Wood Products, notice of breach of warranty for other than packing deficiencies must be furnished by the Government within the time limits specified in the applicable industry grading rules or standards after receipt of the supplies. Any disputes as to the breach of this warranty shall be resolved under the Disputes clause of the contract.

(b) The contractor shall mark warranty items as required by paragraph 5.2.8, MIL-STD-129(N), "Marking for Shipments And Storage."

(c) The rights hereby provided the Government shall not be affected by other clauses concerning the conclusiveness of inspection and acceptance and are in addition to and do not limit any rights of the Government under other clauses of this contract.

**I05 - PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (FEB 1997) - DFARS 252.225-7012**

(a) The Contractor agrees to deliver under this contract only such of the following articles that have been grown, reprocessed, reused, or produced in the United States, its possessions, or Puerto Rico:

(1) Food;
(2) Clothing;
(3) Tents, tarpaulins, covers;
(4) Cotton and other natural fiber products.
(5) Woven silk or woven silk blends;
(6) Spun silk yarn for cartridge cloth;
(7) Synthetic fabric, and coated synthetic fabric, including all textile fibers and yarns that are for use in such fabrics;
(8) Canvas products,
(9) Wool (whether in the form of fiber or yarn or contained in fabrics, materials, or manufactured articles), or;
(10) Any item of individual equipment Federal Supply Classification 8465 manufactured from or containing such fibers, yarns, fabrics or materials.

(b) This clause does not apply--

(1) To supplies listed in FAR 25.108(d)(1), or other supplies for which the Government has determined that a satisfactory quality and sufficient quantity cannot be acquired as and when needed at U.S. market prices;

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-R-3025 | PAGE OF 12 | 24 PAGES |
|---|---|---|---|

(2) To foods which have been manufactured or processed in the United States, its possessions, or Puerto Rico; and

(3) To chemical warfare protective clothing produced in countries listed in subsection 225.872-1 of the Defense FAR Supplement; or

(4) To purchases of fibers and yarns that are for use in synthetic fabric or coated synthetic fabric, if such fabric is to be used as a component of an end item not classified in Federal Supply Group 83, Textile/leather/furs/findings/tents/flags, or Federal Supply Group 84, Clothing, Individual Equipment and Insignia.

**I12 - REMITTANCE ADDRESS (COMPLETE IF DIFFERENT FROM BLOCK 15A, SF33); (APR 1984) - DCSC INFORMATION TO VENDORS**

Capital City Paper Inc
PO Box 12368
Tallahassee FL 32317

**I13 - DEFAULT - ADMINISTRATIVE COST OF REPROCUREMENT AFTER DEFAULT (MAY 1968) - DLAD 52.249-9000**

If this contract is terminated in whole or in part for default pursuant to the clause included herein entitled 'Default,' and the supplies or services covered by the contract so terminated are repurchased by the Government, the Government will incur administrative costs in such repurchases. The contractor and the Government expressly agree that, in addition to any excess costs of repurchase, as provided in paragraph (b) of the 'Default' clause of the contract, or any other damages resulting from such default, the contractor shall pay, and the Government shall accept, the sum of $619.00 as payment in full for the administrative costs of such repurchase. This assessment of damages for administrative costs shall apply for any termination for default following which the Government repurchases the terminated supplies or services, regardless of whether any other damages are incurred and/or assessed.

**I14 - BANKRUPTCY (JUL 1995) - FAR 52.242-13**

In the event the Contractor enters into proceedings relating to bankruptcy, whether voluntary or involuntary, the Contractor agrees to furnish, by certified mail, written notification of the bankruptcy to the Contracting Officer responsible for administering the contract. This notification shall be furnished within five days of the initiation of the proceedings relating to bankruptcy filing. This notification shall include the date on which the bankruptcy petition was filed, the identity of the court in which the bankruptcy petition was filed, and a listing of Government contract numbers and contracting offices for all Government contracts against which final payment has not been made. This obligation remains in effect until final payment under this contract.

**I16 - CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) - FAR 52.203-8**

(a) If the Government receives information that a contractor or a person has engaged in conduct constituting a violation of subsection (a), (b), or (d) of Section 27 of the Office of Federal Procurement Policy Act (41 U.S.C. 423) (the Act), for Fiscal Year 1996 (Pub. L. 104-106), the Government may-

(1) Cancel the solicitation, if the contract has not yet been awarded or issued; or

(2) Rescind the contract with respect to which-

(i) The Contractor or someone acting for the Contractor has been convicted for an offense where the conduct constitutes a violation of subsection 27 (a) or (b) of the Act for the purpose of either-

(A) Exchanging the information covered by such subsections for anything of value; or

(B) Obtaining or giving anyone a competitive advantage in the award of a Federal agency procurement contract; or

(ii) The head of the contracting activity has determined, based upon a preponderance of the evidence, that the Contractor or someone acting for the Contractor has engaged in conduct constituting an offense punishable under subsections 27(e)(1) of the Act.

(b) If the Government rescinds the contract under paragraph (a) of this clause, the Government is entitled to recover, in addition to any penalty prescribed by law, the amount expended under the contract.

(c) The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law, regulation, or under this contract.

**I20 - PRIORITY RATING (FEB 1996) - DLAD 52.211-9002**

This contract is assigned a priority rating under the Defense Priorities and Allocations System (DPAS) regulations (15 CFR 700) which requires contractors to utilize said rating in obtaining the products, materials and supplies needed to fill their contracts. In the event the contractor is unable to obtain the necessary products, materials and supplies to complete the contract, the contractor shall immediately advise the DCMC or the appropriate DSC priorities and allocations (P&A) officer through the cognizant ACO or contracting officer. The P&A officer or the DCMC industrial specialist will provide necessary assistance or will provide the necessary instructions to complete DOC ITA Form 999, Request for Special Priorities Assistance. This form will be processed through appropriate channels to the Department of Commerce which, upon receipt, will take action to make the needed supplies available to the applicant.

**I21 - HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997) - FAR 52.223-3**

(a) "Hazardous material", as used in this clause, includes any material defined as hazardous under the latest version of Federal Standard No. 313 (including revisions adopted during the term of the contract).

(b) The offeror must list any hazardous material, as defined in paragraph (a) of this clause, to be delivered under this contract. The hazardous material shall be properly identified and include any applicable identification number, such as National Stock Number or Special Item Number. This information shall also be included on the Material Safety Data Sheet submitted under this contract.

| MATERIAL (If none, insert "NONE") | IDENTIFICATION NO. |
|---|---|
| - NONE - | |
| | |
| | |

(c) This list must be updated during performance of the contract whenever the Contractor determines that any other material to be delivered under this contract is hazardous.

(d) The apparently successful offeror agrees to submit, for each item as required prior to award, a Material Safety Data Sheet, meeting the requirements of 29 CFR 1910.1200(g) and the latest version of Federal Standard No. 313, for all hazardous material identified in paragraph (b) of this clause. Data shall be submitted in accordance with Federal Standard No. 313, whether or not the apparently successful offeror is the actual manufacturer of these items. Failure to submit the Material Safety Data Sheet prior to award may result in the apparently successful offeror being considered nonresponsible and ineligible for award.

(e) If, after award, there is a change in the composition of the item(s) or a revision to Federal Standard No. 313, which renders incomplete or inaccurate the data submitted under paragraph (d) of this clause, the Contractor shall promptly notify the Contracting Officer and resubmit the data.

(f) Neither the requirements of this clause nor any act or failure to act by the Government shall relieve the Contractor of any responsibility or liability for the safety of Government, Contractor, or subcontractor personnel or property.

(g) Nothing contained in this clause shall relieve the Contractor from complying with applicable Federal, State, and local laws, codes, ordinances, and regulations (including the obtaining of licenses and permits) in connection with hazardous material.

(h) The Government's rights in data furnished under this contract with respect to hazardous material are as follows:

(1) To use, duplicate and disclose any data to