| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>SPO740-99-R-3025 | PAGE OF<br>13 | 24<br>PAGES |
|---|---|---|---|

which this clause is applicable. The purposes of this right are to--

(i) Apprise personnel of the hazards to which they may be exposed in using, handling, packaging, transporting, or disposing of hazardous materials;

(ii) Obtain medical treatment for those affected by the material; and

(iii) Have others use, duplicate, and disclose the data for the Government for these purposes.

(2) To use, duplicate, and disclose data furnished under this clause, in accordance with subparagraph (h)(1) of this clause, in precedence over any other clause of this clause, in precedence over any other clause of this contract providing for rights in data.

(3) The Government is not precluded from using similar or identical data acquired from other sources.

**I21a - MATERIAL SAFETY DATA SHEET (MSDS) AND HAZARD WARNING LABELS (MAR 1992) - DLAD 52.223-9030**

(a)(1) This clause is to be used in conjunction with FAR clause 52.223-3, "Hazardous Material Identification and Material Safety Data", and DFARS clause 252.223-7001, "Hazard Warning Labels." Material Safety Data Sheets (MSDSs) and Hazard Warning Labels shall be required to be submitted by the apparently successful offeror prior to contract award. Notwithstanding paragraph 4. of Federal Standard (FED-STD) 313C (1 March 1988), the contractor shall submit MSDSs and accompanying HWLs to the contracting officer, rather than directly to the Defense General Supply Center (DGSC). This will satisfy the FED-STD requirement on the part of the contractor.

(2) The MSDS must cite the solicitation number and the applicable CAGE code of the manufacturer, the part number, and where so identified, the National Stock Number (NSN).

**I21b - HAZARD WARNING LABELS (DEC 1991) (DFARS 252.223-7001**

(a) "Hazardous material" as used in this clause, is defined in the Hazardous Material Identification and Material Safety Data clause of this contract.

(b) The Contractor shall label the item package (unit container) of any hazardous material to be delivered under this contract in accordance with the Hazard Communication Standard (29 CFR 1910.1200 et seq). The Standard requires that the hazard warning label conform to the requirements of the standard unless the material is otherwise subject to the labeling requirements of one of the following statutes:

(1) Federal Insecticide, Fungicide and Rodenticide Act;
(2) Federal Food, Drug and Cosmetic Act;
(3) Consumer Product Safety Act;
(4) Federal Hazardous Substances Act; or
(5) Federal Alcohol Administration Act.

(c) The Offeror shall list which hazardous material listed in the Hazardous Material Identification and Material Safety Data clause of this contract will be labeled in accordance with one of the Acts in paragraphs (b)(1) through (5) of this clause instead of the Hazard Communication Standard. Any hazardous material not listed will be interpreted to mean that a label is required in accordance with the Hazard Communication Standard.

| MATERIAL (If None, Insert "None.") | ACT |
|---|---|
| — NONE - | |
| | |

(d) The apparently successful Offeror agrees to submit, before award, a copy of the hazard warning label for all hazardous materials not listed in paragraph (c) of this clause. The Offeror shall submit the label with the Material Safety Data Sheet being furnished under the Hazardous Material Identification and Material Safety Data clause of this contract.

(e) The Contractor shall also comply with MIL-STD-129, Marking for Shipment and Storage (including revisions adopted during the term of this contract).

**I23 - OZONE-DEPLETING SUBSTANCES (JUN 1996) - FAR 52.223-11**

(a) Definitions. "Ozone-depleting substance", as used in this clause, means any substance designated as Class I by the Environmental Protection Agency (EPA) (40 CFR Part 82), including but not limited to chlorofluorocarbons, halons, carbon tetrachloride, and methyl chloroform; or any substance designated as Class II by EPA (40 CFR Part 82), including but not limited to hydrochlorofluorocarbons.

(b) The Contractor shall label products which contain or are manufactured with ozone-depleting substances in the manner and to the extent required by 42 U.S.C. 7671j (b), (c), and (d) and 40 CFR Part 82, Subpart E, as follows:

"WARNING: Contains (or manufactured with, if applicable

______________________________

a substance(s) which harm(s) public health and environment by destroying ozone in the upper atmosphere."

*The Contractor shall insert the name of the substance(s).

**I24 - CERTIFICATION OF REQUESTS FOR EQUITABLE ADJUSTMENT (MAR 1998) - DFARS 252.243-7002**

(a) The amount of any request for equitable adjustment to contract terms shall accurately reflect the contract adjustment for which the Contractor believes the Government is liable. The request shall include only costs for performing the change, and shall not include any costs that already have been reimbursed or that have been separately claimed. All indirect costs included in the request shall be properly allocable to the change in accordance with applicable acquisition regulations.

(b) In accordance with 10 U.S.C. 2410(a), any request for equitable adjustment to contract terms that exceeds the simplified acquisition threshold shall bear, at the time of submission, the following certificate executed by an individual authorized to certify the request on behalf of the Contractor:

I certify that the request is made in good faith, and that the supporting data are accurate and complete the best of my knowledge and belief

Thelma B. Williams
(Official's Name)

Director of Government Sales
(Title)

(c) The certification in paragraph (b) of this clause requires full disclosure of all relevant facts, including-

(1) Cost or pricing data if required in accordance with FAR 15.403-4 of the Federal Acquisition Regulation (FAR); and

(2) Information other than cost or pricing data, in accordance with subsection 15.403-3 of the FAR, including actual cost data and data to support any estimated costs, even if cost or pricing data are not required.

(d) The certification requirement in paragraph (b) of this clause does not apply to-

(1) Requests for routine contract payments, for example, requests for payment for accepted supplies and services, routine vouchers under a cost-reimbursement type contract, or progress payment invoices; or

(2) Final adjustments under an incentive provision of the contract

**I35 - Required Central Contractor Registration (Mar 1998) DFARS 252.204-7004**

(a) Definitions. As used in this clause--

(1) Central Contractor Registration (CCR) database means the primary DoD repository for contractor information required for the conduct of business with DoD.

(2) Data Universal Numbering System (DUNS) number means the 9-digit number assigned by Dun and Bradstreet Information Services to identify unique business entities.

(3) Data Universal Numbering System +4 (DUNS+4) number means the DUNS number assigned by Dun and Bradstreet plus a 4-digit suffix that may be assigned by a parent (controlling) business concern. This 4-digit suffix may be assigned at the discretion of the parent business concern for

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>SP0740-99-R-3025 | PAGE OF<br>14 | 24 PAGES |
|---|---|---|---|

such purposes as identifying subunits or affiliates of the parent business concern.

(4) Registered in the CCR database means that all mandatory information, including the DUNS number or the DUNS+4 number, if applicable, and the corresponding Commercial and Government Entity (CAGE) code, is in the CCR database; the DUNS number and the CAGE code have been validated, and all edits have been successfully completed.

(b)(1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee must be registered in the CCR database prior to award, during performance, and through final payment of any contract resulting from this solicitation, except for awards to foreign vendors for work to be performed outside the United States.

(2) The offeror shall provide its DUNS or, if applicable, its DUNS+4 number with its offer, which will be used by the Contracting Officer to verify that the offeror is registered in the CCR database.

(3) Lack of registration in the CCR database will make an offeror ineligible for award.

(4) DoD has established a goal of registering an applicant in the CCR database within 48 hours after receipt of a complete and accurate application via the Internet. However, registration of an applicant submitting an application through a method other than the Internet may take up to 30 days. Therefore, offerors that are not registered should consider applying for registration immediately upon receipt of this solicitation.

(c) The Contractor is responsible for the accuracy and completeness of the data within the CCR, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to confirm on an annual basis that its information in the CCR database is accurate and complete.

(d) Offerors and contractors may obtain information on registration and annual confirmation requirements by calling 1-888-227-2423, or via the Internet at http://ccr.edi.disa.mil.

I38 - PRODUCTION FACILITY CHANGES (APR 1991) - DCSC 52.118-9C04

The performance of any of the work contracted for in any place other than that named in the contract is prohibited unless specifically approved by the DSCC Contracting Officer. Written requests for a change in production facilities must be submitted to the DSCC Contracting Officer. Changes in production facilities may be approved, provided (1) performance by small business or in labor surplus areas as required by the contract will not be changed; (2) the change will not cause a delay in delivery or necessitate a change in the purchase description; (3) the F.O.B. point is not changed; and (4) each request is supported by a price reduction of $250.00 to cover the government's administrative costs to process the change.

I51 - SPECIAL PROHIBITION ON EMPLOYMENT (JUN 1997) DFARS 252.203-7001

(a) Definitions. As used in this clause--

(1) "Arising out of a contract with the DoD" means any act in connection with--(i) Attempting to obtain, (ii) Obtaining, or (iii) Performing a contract or first-tier subcontract of any agency, department, or component of the Department of Defense (DoD).

(2) "Conviction of fraud or any other felony" means any conviction for fraud or a felony in violation of state or Federal criminal statutes, whether entered on a verdict or plea, including a plea of nolo contendere, for which sentence has been imposed.

(3) "Date of conviction" means the date judgment was entered against the individual.

(b) 10 U.S.C. 2408 provides that any individual who is convicted after September 29, 1988, of fraud or any other felony arising out of a contract with the DoD is prohibited from:

(1) Working in a management or supervisory capacity on any DoD contract or first-tier subcontract;

(2) Serving on the board of directors of any DoD contractor or first-tier subcontractor; or

(3) Serving as a consultant to any DoD contractor or first-tier subcontractor.

(c) Unless waived, the prohibition in paragraph (b) applies for five years from the date of conviction.

(d) 10 U.S.C. 2408 further provides that a defense contractor or first-tier subcontractor shall be subject to a criminal penalty of not more than $500,000 if convicted of knowingly--

(1) Employing a person under a prohibition specified in paragraph (b) of this clause; or

(2) Allowing such a person to serve on the board of directors of the contractor or first-tier subcontractor.

(e) In addition to the criminal penalties contained in 10 U.S.C. 2408, the Government may consider other available remedies, such as--

(1) Suspension or debarment;

(2) Cancellation of the contract at no cost to the Government; or

(3) Termination of the contract for default.

(f) The Contractor may submit written requests for waiver of the prohibitions in paragraph (b) of this clause to the Contracting Officer. Requests shall clearly identify--

(1) The person involved;

(2) The nature of the conviction and resultant sentence or punishment imposed;

(3) The reasons for the requested waiver; and,

(4) An explanation of why a waiver is in the interest of national security.

(g) The Contractor agrees to include the substance of this clause, appropriately modified to reflect the identity and relationship of the parties, in all first-tier subcontracts exceeding the simplified acquisition threshold in Part 2 of the Federal Acquisition Regulation, except those for commercial items or components.

(h) Pursuant to 10 U.S.C. 2408(c), defense contractors and subcontractors may obtain information as to whether a particular person has been convicted of fraud or any other felony arising out of a contract with the DoD by contacting The Office of Justice Programs, The Denial of Benefits Office, U.S. Department of Justice, telephone (202) 616-3507.

I82 - TRANSPORTATION OF SUPPLIES BY SEA (NOV 1995) - DFARS 252.247-7023

(a) Definitions. As used in this clause:

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication or assembly by the Contractor or any subcontractor.

(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign flag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

(5) "Subcontractor" means a supplier, materialman, distributor or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

(6) "Supplies" means all property except land and interests in land that is clearly identifiable for eventual use by the armed services, or owned by the armed services, at the time of transportation by sea. (i) An item is clearly identifiable for eventual use by DoD if, for example, the contract documentation contains a reference to a DoD contract number or a Military destination. (ii) "Supplies" includes (but is not limited to) public works, buildings and facilities, ships, floating equipment and vessels of every character, type, and description, together with parts, subassemblies, accessories, and equipment; machine tools, material, equipment, and stores of all kinds; end items, construction materials and the components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b) The Contractor shall employ United States-flag vessels in the transportation by sea of any supplies to be furnished in the performance of this contract. The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign flag vessels, or designate available U.S flag vessels, if the Contractor or a subcontractor believes that, (1) U.S.-flag vessels are not available for timely shipment, (2) the freight charges are excessive or unreasonable; or (3) freight charges are higher than charges to private persons for transportation of like goods.

(c) The Contractor must submit any request for use of

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>SP0740-99-R-3025 | PAGE 15 OF 24 PAGES |
|---|---|---|

other than U.S-flag vessels in writing to the Contracting Officer at least forty-five (45) days prior to the sailing date for the shipper to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract.

The request shall contain at a minimum:

(1) Type, weight, and cube of cargo.
(2) Required shipping date.
(3) Special handling and discharge requirements.
(4) Loading and discharge points.
(5) Name of shipper and consignee.
(6) Prime contract number.
(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact with at least two (2) U.S.-flag carriers contacted by name and telephone number. Copies of telephone notes, telegraphic and facsimile messages or letters will be sufficient for this purpose.

(d) The Contractor shall, within thirty (30) days after each shipment covered by this clause' provide the Contracting Officer and the Division of National Cargo, Office of Market Development, Maritime Administration, U.S. Department of Transportation, Washington, DC 20590, one copy of the rated on board vessel operating carrier's ocean-bill-of-lading, which shall contain the following information:

(1) Applicable Government prime contract number;
(2) Name of vessel;
(3) Vessel flag of registry,
(4) Date of loading;
(5) Port of loading;
(6) Port of final discharge;
(7) Description of commodity;
(8) Gross weight in pounds and cubic feet if applicable;
(9) Total ocean freight in U.S. dollars.
(10) Name of steamship company.

(e) The Contractor agrees to provide with its final invoice under this contract a representation that to the best of its knowledge and belief:

(1) No ocean transportation was used in the performance of this contract,

(2) Ocean transportation was used and only United States-flag vessels were used for all ocean shipments under the contract.

(3) Ocean transportation was used, and to the extent any non-U.S.-flag vessels were used, the Contractor had the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or

(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. These shipments were as follows:

| ITEM DESCRIPTION | CONTRACT LINE ITEM | QUANTITY |
|---|---|---|
| ______ | ______ | ______ |
| ______ | ______ | ______ |
| ______ | ______ | ______ |
| ______ | ______ | ______ |
| TOTAL | | 1486 |

(f) If the invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the clause of the contract entitled "Prompt Payment". In the event there has been unauthorized use of non-U.S.-flag vessels in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(g) The contractor shall include this clause, including this paragraph (g) in all subcontracts under this contract, which exceed the simplified acquisition threshold in Part 13 of the Federal Acquisition Regulation.

**I47 - PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) - FAR 52.203-10**

(a) The Government, at its election, may reduce the price of a fixed-price type contract or contract modification and the total cost and fee under a cost-type contract or contract modification by the amount of profit or fee determined as set forth in paragraph (b) of this clause if the head of the contracting activity or his or her designee determines that there was a violation of subsection 27(a) of the Office of Federal Procurement Policy Act, as amended (41 U.S.C. 423), as implemented in the FAR. In the case of a contract modification, the fee subject to reduction is the fee specified in the particular contract modification at the time of execution, except as provided in subparagraph (b)(5) of this clause.

(b) The price or fee reduction referred to in paragraph (a) of this clause shall be--

(1) For cost-plus-fixed-fee contracts, the amount of the fee specified in the contract at the time of award;

(2) For cost-plus-incentive-fee contracts, the target fee specified in the contract at the time of award notwithstanding any minimum fee or "fee floor" specified in the contract.

(3) For cost-plus-award-fee contracts--

(i) The base fee established in the contract at the time of contract award;

(ii) If no base fee is specified in the contract, 30 percent of the amount of each award fee otherwise payable to the Contractor for each award fee evaluation period or at each award fee determination point.

(4) For fixed-price-incentive contracts, the Government may--

(i) Reduce the contract target price and contract target profit both by an amount equal to the initial target profit specified in the contract at the time of contract award; or

(ii) If an immediate adjustment to the contract target price and contract target profit would have a significant adverse impact on the incentive price revision relationship under the contract, or adversely affect the contract financing provisions, the Contracting Officer may defer such adjustment until establishment of the total final price established in accordance with the incentive price revision provisions of the contract shall be reduced by an amount equal to the initial target profit specified in the contract at the time of contract award and such reduced price shall be the total final contract price.

(5) For firm-fixed price contracts, by 10 percent of the initial contract price or a profit amount determined by the Contracting Officer from records or documents in existence prior to the date of the contract award.

(c) The Government may, at its election, reduce a prime contractor's price or fee in accordance with the procedures of paragraph (b) of this clause for violations of the Act by its subcontractors by an amount not to exceed the amount of profit or fee reflected in the subcontract at the time the subcontract was first definitively priced.

(d) In addition to the remedies in paragraphs (a) and (c) of this clause, the Government may terminate this contract for default. The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law or under this contract.

**I34 - SECONDARY ARAB BOYCOTT OF ISRAEL (JUN 1992) DFARS 252.225-7031**

(a) Definitions.
As used in this clause--

"Foreign person" means any person other than a United States person as defined in Section 16(2) of the Export Administration Act of 1979 (50 U.S.C. App. Sec 2415).

"United States person" is defined in Section 16(2) of the Export Administration Act of 1979 and means any United States resident or national (other than an individual resident outside the United States and employed by other than a United States person), any domestic concern (including any permanent domestic establishment of any foreign concern), and any foreign subsidiary or affiliate (including any permanent foreign establishment) of any domestic concern which is controlled in fact by such domestic concern, as determined under regulations of the President.

(b) Certification.

By submitting this offer, the offeror, if a foreign person, company or entity, certifies that it--

(1) Does not comply with the secondary Arab boycott of

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>SP0740-99-R-3025 | PAGE OF<br>16 | 24<br>PAGES |
|---|---|---|---|

Israel; and

(2) Is not taking or knowingly agreeing to take any action, with respect to the secondary boycott of Israel by Arab countries, which 50 U.S.C. App. Sec 2407(a) prohibits a United States person from taking.

I36 - COMPUTER GENERATED FORMS (JAN 1991) FAR 52.253-1

(a) Any data required to be submitted on a Standard or Optional Form prescribed by the Federal Acquisition Regulation (FAR) may be submitted on a computer generated version of the form, provided there is no change to the name, content, or sequence of the data elements on the form, and provided the form carries the Standard or Optional Form number and edition date.

(b) Unless prohibited by agency regulations, any data required to be submitted on an agency unique form prescribed by an agency supplement to the FAR may be submitted on a computer generated version of the form provided there is no change to the name, content, or sequence of the data elements on the form and provided the form carries the agency form number and edition date.

(c) If the Contractor submits a computer generated version of a form that is different than the required form, then the rights and obligations of the parties will be determined based on the content of the required form.

I55 - DRUG-FREE WORKPLACE (JAN 1997) - FAR 52.223-6

I0180 - CLAUSES INCORPORATED BY REFERENCE (JUN 1988) FAR 52.252-2

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

NOTE: The text of any referenced FAR or DFARS clause may be obtained by request to Defense Supply Center Columbus, Logistics Management Group, P.O. Box 16704, ATTN: DSCC-GPP, Columbus, Ohio 43216-5000. However, the complete edition of Federal Acquisition Regulation (FAR) or DoD FAR SUPPLEMENT (DFARS) may be obtained by purchase from the Superintendent of Documents, Government Printing Office, Washington, D.C. 20402.

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

(a) The following clauses are applicable to sealed bid/negotiated solicitations/contracts:

| CLAUSE TITLE | DATE | FAR REFERENCE |
|---|---|---|
| Affirmative Action for Disabled Veterans and of the Vietnam Era | (APR 1998) | 52.222-35 |
| Affirmative Action for Workers with Disabilities | (JUN 1998) | 52.222-36 |
| Anti-Kickback Procedures | (JUL 1995) | 52.203-7 |
| Assignment of Claims and Alternate I | (JAN 1986) (APR 1984) | 52.232-23 52.232-23 |
| Authorization and Consent | (JUL 1995) | 52.227-1 |
| Audit and Records - Negotiation | (AUG 1996) | 52.215-2 |
| Changes - Fixed Price | (AUG 1987) | 52.243-1 |
| Clean Air and Water | (APR 1984) | 52.223-2 |
| Contract Work Hours and Safety Standards Act - Overtime Compensation | (JUL 1995) | 52.222-4 |
| Covenant Against Contingent Fees | (APR 1984) | 52.203-5 |
| Contractor Use of Mandatory Sources of Supply | (MAR 1996) | 52.208-9 |
| Convict Labor | (AUG 1996) | 52.222-3 |
| Default (Fixed Price Supply and Service) | (APR 1984) | 52.249-8 |
| Defense Priority and Allocation Requirements | (SEP 1990) | 52.211-15 |
| Definitions | (OCT 1995) | 52.202-1 |
| Discounts for Prompt Payment | (MAY 1997) | 52.232-8 |
| Disputes | (DEC 1998) | 52.233-1 |
| Duty-Free Entry | (APR 1984) | 52.225-10 |
| Employment Reports on Disabled Veterans and Veterans of the Vietnam Era | (APR 1998) | 52.222-37 |
| Equal Opportunity (DEVIATION) | (APR 1984) | 52.222-26 |
| Extras | (APR 1984) | 52.232-11 |
| Federal, State, and Local Taxes (Applicable UNLESS clause at FAR 52.229-6, Taxes-Foreign Fixed-Price Contracts (JAN 1991) applies to contracts to be performed outside the U.S.) | (JAN 1991) | 52.229-3 |
| Gratuities | (APR 1984) | 52.203-3 |
| Integrity of Unit Prices and Alternate I | (OCT 1997) (OCT 1997) | 52.215-14 |
| Interest | (JUN 1996) | 52.232-17 |
| Limitation of Liability | (FEB 1997) | 52.246-23 |
| Mandatory Information for Electronic Funds Transfer Payment | (AUG 1996) | 52.232-33 |
| Material Requirements | (OCT 1997) | 52.211-5 |
| Notice & Assistance Regarding Patent and Copyright Infringement | (AUG 1996) | 52.227-2 |
| Notice to the Government of Labor Disputes | (FEB 1997) | 52.222-1 |
| Patent Indemnity | (APR 1984) | 52.227-3 |
| Payments | (APR 1984) | 52.232-1 |
| Pollution Prevention and Right-to-Know Information | MAR 1997 | 52.223-5 |
| Preference for Privately Owned U.S. - Flag Commercial Vessels | (AUG 1996) | 52.247-64 |
| Preference for U.S. - Flag Air Carriers | (JAN 1997) | 52.247-63 |
| Printing/Copying Double-Sided on Recycled Paper | (JUN 1996) | 52.204-4 |
| Prompt Payment | (JUN 1997) | 52.232-25 |
| Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | (AUG 1995) | 52.209-6 |
| Protest After Award | (AUG 1996) | 52.233-3 |

**CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-R-3025 | PAGE 17 OF 24 PAGES

| | | |
|---|---|---|
| Restrictions of Subcontractor Sales to the Government | (JUL 1995) | 52.203-6 |
| Subcontracts | (AUG 1996) | 52.244-1 |
| Taxes - Contracts Performed in U.S. Possessions or Puerto Rico | (APR 1984) | 52.229-6 |
| Termination for Convenience of the Government (Fixed-Price) (Short Form) (Applicable to contracts of $100,000 or less) | (AUG 1996) | 52.249-1 |
| Termination for Convenience of the Government (Fixed-Price) | (SEP 1996) | 52.249-2 |
| Toxic Chemical Release Reporting | (OCT 1996) | 52.223-14 |
| Utilization of Small, Small Disadvantaged and Women-Owned Small Business Concerns | (JAN 1999) | 52.219-8 |
| Walsh-Healey Public Contracts Act | (DEC 1996) | 52.222-20 |
| Order of Precedence - Uniform Contract Format | (OCT 1997) | 52.215-8 |
| Restrictions on Certain Foreign Purchases | (OCT 1996) | 52.225-11 |

II. DoD FAR SUPPLEMENT (48 CFR Chapter 2) Clauses

| | | |
|---|---|---|
| Assignment of Claims (Overseas) | (JUN 1997) | 252.225-7006 |
| Authorization to Perform | (JUN 1997) | 252.225-7042 |
| Buy American Act and Balance of Payments Program | (MAR 1998) | 252.225-7001 |
| Choice of Law (Overseas) | (JUN 1997) | 252.233-7001 |
| Control of Government Personnel Work Product | (APR 1992) | 252.204-7003 |
| Correspondence in English | (JUN 1997) | 252.225-7041 |
| Duty-Free Entry - Qualifying Country Supplies (End Products and Components) | (MAR 1998) | 252.225-7009 |
| Duty-Free Entry - Eligible End Products | (MAR 1998) | 252.225-7037 |
| Duty-Free Entry-Additional Provisions | (MAR 1998) | 252.225-7010 |
| Military Recruiting On Campus | (FEB 1998) | 252.209-7005 |
| Payment For Subline Items Not Separately Priced | (DEC 1991) | 252.204-7002 |
| Pricing Adjustments | (DEC 1991) | 252.215-7000 |
| Pricing of Contract Modifications | (DEC 1991) | 252.243-7001 |
| Qualifying Country Sources as Subcontractors | (DEC 1991) | 252.225-7002 |
| Postaward Conference | (DEC 1991) | 252.242-7000 |
| Subcontracting with Firms That are Owned or Controlled by the Government of a Terrorist Country | (MAR 1998) | 252.209-7004 |
| Supplies to be Accorded Duty-Free Entry | (MAR 1998) | 252.225-7008 |

I206 - DRUG-FREE WORK FORCE (SEP 1988) - DFARS 252.223-7004

I207 - INCONSISTENCY BETWEEN ENGLISH VERSION AND TRANSLATION OF CONTRACT (AUG 1989) - FAR 52.225-14

In the event of inconsistency between any terms of this contract and any translation thereof into another language, the English language meaning shall control.

I209 - LIMITATIONS ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 1997) - FAR 52.203-12

I216 - SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS (OCT 1998) - FAR 52.244-6

(a) Definition.
"Commercial item", as used in this clause, has the meaning contained in the clause at 52.202-1, Definitions.
"Subcontract", as used in this clause, includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.
(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.
(c) Notwithstanding any other clause of this contract, the Contractor is not required to include any FAR provision or clause, other than those listed below to the extent they are applicable and as may be required to establish the reasonableness of prices under Part 15, in a subcontract at any tier for commercial items or commercial components:
(1) 52.222-26, Equal Opportunity (E.O. 11246);
(2) 52.222-35, Affirmative Action for Disabled Veterans and of the Vietnam Era (38 U.S.C. 4212(a));
(3) 52.222-36, Affirmative Action for Workers with Disabilities 29 U.S.C. 793); and
(4) 52.247-64, Preference for Privately-Owned U.S.- Flagged Commercial Vessels (46 U.S.C. 1241) (flow down not required for subcontracts awarded beginning May 1, 1996).
(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

**SECTION J**
J01 - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS

This solicitation consists of documents and attachments identified by an "X" in the space provided and made a part hereof.

| ATCH/FM NO. | NAME | DATE |
|---|---|---|
| (X) DD FM 1707 (Cover Sheet) | Information to Offerors or Quoters | MAR 90 |
| (X) SF 33 | Solicitation, Offer and Award | Rev 4-85 |
| (X) --- | Section B | --- |
| (X) --- | Sections C thru M | --- |
| ( ) --- | Pkg Shl(s) as cited in Sec D | --- |
| ( ) --- | Interim Amend. No. | |
| ( ) --- | Quality Assurance Provision (QAP) No. | |
| ( ) --- | Supplemental Alternate Offer Guidelines for ASO/NAVSEA/AVSCOM Critical Items | --- |
| ( ) SF 1411 | Contract Pricing Proposal Cover Sheet | Rev 10-95 |
| ( ) SF 1448 | Proposal Cover Sheet (Cost or Pricing Data Not Required) | 10-95 |

NSN 7540-01-152-8-67
Previous edition unusable
36-109
* GPO : 1983 O - 381-526 (8050)
STANDARD FORM 36 (REV. 10-83)
Prescribed by GSA

30


F000030

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0740-99-R-3025 | 18 | 24 PAGES |

| | | | |
|---|---|---|---|
| ( ) DCSC FM 1650 | Freight Shipping Information - Mode of Shipment | AUG 73 | |
| ( ) Form CASB-CMF | Facilities Capital Cost of Money Factors Computation | --- | |
| ( ) DD Form 1861 | Contract Facilities Capital Cost of Money | APR 96 | |
| (X) DC1636P001 | Palletization | | Rev 9815? |
| ( ) | | | |
| ( ) | | | |
| ( ) | | | |
| ( ) DD FM 1423 | Contract Data Rqmt List | JUN 90 | |
| | EXHIBIT No. | --- | |
| | w/ATCH No. | --- | |
| | EXHIBIT No. | --- | |
| | w/ATCH No. | --- | |
| | EXHIBIT No. | --- | |
| | w/ATCH No. | --- | |
| | EXHIBIT No. | --- | |
| | w/ATCH No. | --- | |

*Instructions included in FAR 15.804-6(b) must be followed carefully.

## SECTION K

**K01 - CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985) - FAR 52.203-2**

(a) The offeror certifies that -

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to (i) those prices, (ii) the intention to submit an offer, or (iii) the methods or factors used to calculate the prices offered;

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a formally advertised solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory--

(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above; or

(2)(i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above

Capital City Pipe Inc
PO Box 12368
Tallahassee FL 32317

(insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

**K02 - PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (APR 1984) (DEVIATION) FAR 52.222-22**

The offeror represents that--

(a) It ( ) has, (✓) has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation;

(b) It (✓) has, ( ) has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

**K03 SMALL BUSINESS PROGRAM REPRESENTATIONS (OCT 1998) FAR 52.219-1**

(a)(1) The standard industrial classification (SIC) code for this acquisition is

(2) The small business size standard is (insert size standard).

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents and certifies as part of its offer that it (✓) is, ( ) is not a small business concern.

(2) (Complete only if offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it (✓) is, ( ) is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if offeror represented itself as a small business concern in block (b)(1) of this section.) The offeror represents as part of its offer that it ( ) is (✓) is not a women-owned small business concern.

(c) Definitions.

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

"Woman-owned small business concern," as used in this provision, means a small business concern--

(1) Which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice. (1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small or small disadvantaged business concern in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall -

(i) Be punished by imposition of fine, imprisonment, or both;

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-99-R-3025 | PAGE OF 19 | 24 PAGES |
|---|---|---|---|

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(c) ALTERNATE I (OCT 1994)

(4) [Complete if the offeror has represented itself as disadvantaged in paragraph (b)(2) of this provision.] [The offeror shall check the category in which its ownership falls]:

[✓] Black American.
[ ] Hispanic American.
[ ] Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).
[ ] Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, The Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).
[ ] Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).
[ ] Individual/concern, or other than one of the preceding.

K04 - PROHIBITION OF SEGREGATED FACILITIES (APR 1984) (DEVIATION)

(a) "Segregated facilities," as used in this clause, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, sex or national origin because of written or oral policies or employee custom. The term does not include separate or single-user rest rooms and necessary dressing or sleeping areas, which shall be provided to assure privacy between the sexes.

(b) The Contractor agrees that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The Contractor agrees that a breach of this clause is a violation of the Equal Opportunity clause in this contract.

(c) The Contractor shall include this clause in every subcontract that contains the clause of this contract entitled "Equal Opportunity."

K06 - RECOVERED MATERIAL CERTIFICATION (OCT 1997) - FAR 52.223-4

K07b - TYPE OF BUSINESS ORGANIZATION (OCT 1997) - FAR 52.215-6 (RFP's only)

The offeror or respondent, by checking the applicable box, represents that-

(a) It operates as [ ] an individual, [ ] a partnership, [ ] a nonprofit organization, [ ] a joint venture, or a corporation incorporated under the laws of the State of FLORIDA

(b) If the offeror or respondent is a foreign entity, it operates as [ ] an individual, [ ] a partnership, [ ] a nonprofit organization, [ ] a joint venture, or [ ] a corporation, registered for business in ______________________ (Country)

K08 - CLEAN AIR AND WATER CERTIFICATION (APR 1984) - FAR 52.223-1

The Offeror certifies that-

(a) Any facility to be used in the performance of this proposed contract is [✓], is not [ ] listed on the Environmental Protection Agency List of Violating Facilities;

(b) The offeror will immediately notify the Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the Environmental Protection Agency, indicating that any facility that the offeror proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and

(c) The offeror will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

K12 - AFFIRMATIVE ACTION COMPLIANCE (APR 1984) FAR 52.222-25

The offeror represents that (a) it [✓] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or (b) it [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

NOTE: Offeror represents that he [ ] has, [✓] has not, 50 or more employees.

K16 - DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER (APR 1996) - FAR 52.204-6

(a) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" followed by the DUNS number that identifies the offeror's name and address exactly as stated in the offer. The DUNS number is a nine-digit number assigned by Dun and Bradstreet Information Services.

(b) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. A DUNS number will be provided immediately by telephone at no charge to the offeror. For information on obtaining a DUNS number, the offeror, if located within the United States, should call Dun and Bradstreet at 1-800-333-0505. The offeror should be prepared to provide the following information:

(1) Company name.
(2) Company address.
(3) Company telephone number.
(4) Line of business.
(5) Chief executive officer/key manager.
(6) Date the company was started.
(7) Number of people employed by the company.
(8) Company affiliation.

(c) Offerors located outside the United States may obtain the location and phone number of the local Dun and Bradstreet Information Services office from the Internet Home Page at http://www.dnb.com/. If an offeror is unable to locate a local service center, it may send an e-mail to Dun and Bradstreet at globalinfo

K17 - WHEN OFFEROR DESIRES ADMINISTRATIVE MATTERS TO BE PERFORMED AT OTHER THAN ADDRESS IN BLOCK 15A, SF 33, INDICATE BELOW. (APR 1984) --DCSC INFORMATION TO VENDORS

______________________________
______________________________
______________________________
______________________________

K18 - MINIMUM ACCEPTANCE PERIODS (APR 1984) - DCSC 52.214-9C01

MINIMUM BID ACCEPTANCE PERIOD (APR 1984) - FAR 52.214-16 (IFBs only)

(a) "Acceptance period," as used in this provision, means the number of calendar days available to the Government for awarding a contract from the date specified in this solicitation for receipt of bids.

(b) This provision supersedes any language pertaining to the acceptance period that may appear elsewhere in this solicitation.

(c) The Government requires a minimum acceptance period of (See Notes 1 & 2) calendar days.

(d) In the space provided immediately below, bidders may specify a longer acceptance period than the Government's minimum requirement. The bidder allows the following

02/25/1999 18:51 850 CAPITAL CITY PAGE 24
PAGE 2

FILE No. 328 01/19 '99 14:36 ID:DCSC AEROSPACE COLS,OH 1 614 271

# CONTINUATION SHEET

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|
| SP0740-99-R-3025 | 20 | 24 PAGES |

acceptance period: calendar days.

(e) A bid allowing less than the Government's minimum acceptance period will be rejected.

(f) The bidder agrees to execute all that it has undertaken to do, in compliance with its bid, if that bid is accepted in writing within (1) the acceptance period stated in paragraph (c) above or (2) any longer acceptance period stated in paragraph (d) above.

NOTES:
(1) All ITEMS (except Wood Products):
(i) 60 calendar days.
(ii) If a period is not stated by offeror, offer may be accepted within 60 calendar days after date of bid opening.

(2) Wood Products' ITEMS:
(i) 10 calendar days for shipments to Ports of Loading.
(ii) 7 calendar days for all other shipments.
(iii) If a period is not stated by offeror, offer may be accepted within 10 calendar days after date of bid opening.

PERIOD FOR ACCEPTANCE OF OFFER (APR 1984) - FAR 52.215-19 (RFPs only)

In compliance with the solicitation, the offeror agrees, if this offer is accepted within calendar days (60 calendar days unless a different period is inserted by the offeror) from the date specified in the solicitation for receipt of offers, to furnish any or all items on which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the Schedule.

NOTE:
(3) Negotiated RFP: The minimum acceptance periods stated in notes (1) and (2) above are desired. If a different period is not stated, 60 calendar days applies except for wood products which is 30 calendar days.

K20 - ROYALTY INFORMATION (APR 1984) - FAR 52.227-6 (RFPs only)

K25 - REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992) - DFARS 252.247-7022

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this clause whether transportation of supplies by sea is anticipated under the resultant contract. The term "supplies" is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) REPRESENTATION.
The Offeror represents that it:

( ) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(✓) Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

K30 - Place of Performance (FAR 52.215-6) (OCT 1997)

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, ( ) intends, (✓) does not intend (check applicable block) to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information:

Place of Performance (Street, Address, City, County, State, Zip Code):
JGB Enterprises
115 Metropolitan Dr / Liverpool NY

Name and Address of Owner and Operator of the Plant or Facility if other Than Offeror or Respondent:
JGB Enterprises
115 Metropolitan Dr / Liverpool NY

K31 - INSPECTION AND SHIPPING POINTS (APR 1984) - DCSC 52.246-9C02

Paragraphs a, b and c below must be completed ONLY if the place of inspection of supplies, packaging/packing point or shipping point are DIFFERENT than the place of manufacture/treating facility listed in Provision K30.

(a) PLACE OF INSPECTION (Supplies): Indicate below where Contractor inspection will be performed and where Government verification and assistance for Government verification inspection will be furnished as required by FAR 52.246-2(b) and (d) Inspection.

| CLIN(S) | PLANT NAME | ADDRESS |
|---|---|---|
| | | |
| | | |
| | | |

(b) PLACE OF INSPECTION (Packaging and Packing Point): Indicate location at which packaging/packing will be performed if other than place of inspection for supplies.

| CLIN(S) | PLANT NAME | ADDRESS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

(c) SHIPPING POINT: Indicate below the shipping point if DIFFERENT from (a) or (b) above (See Provision M10).

| CLIN(S) | PLANT NAME | ADDRESS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

K35 - ECONOMIC PURCHASE QUANTITY-SUPPLIES (AUG 1987) FAR 52.207-4

(a) Offerors are invited to state an opinion on whether the quantity(ies) of supplies on which bids, proposals or quotes are requested in this solicitation is (are) economically advantageous to the Government.

---

---

---

(b) Each offeror who believes that acquisitions in different quantities would be more advantageous is invited to recommend an economic purchase quantity. If different quantities are recommended, a total and a unit price must be quoted for applicable items. An economic purchase quantity is that quantity at which a significant price break occurs. If there are significant price breaks at different quantity points, this information is desired as well.

NSN 7540-01-152-8-57
Previous edition unusable
36-109
* GPO : 1983 O - 381-526 (8050)
STANDARD FORM 36 (REV 10-83)
Prescribed by GSA

33



F000033

## CONTINUATION SHEET

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|
| SP0740-99-R-3025 | 21 | 24 PAGES |

OFFEROR RECOMMENDATIONS

| CLIN(#) | QUANTITY | PRICE QUOTATION | TOTAL |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(c) The information requested in this provision is being solicited to avoid acquisitions in disadvantageous quantities and to assist the Government in developing a data base for future acquisitions of these items. However, the Government reserves the right to amend or cancel the solicitation and resolicit with respect to any individual item in the event quotations received and the Government's requirements indicate that different quantities should be acquired.

**K40 - DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (MAR 1998) DFARS 252.209-7001**

(a) Definitions

As used in this provision--

(1) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under Section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(1)(A)), to be a country the government of which has repeatedly provided support for acts of international terrorism. As of the date of this provision, terrorist countries include: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(3) "Significant interest" means--

(i) Ownership of or beneficial interest in five percent (5%) or more of the firm's or subsidiary's securities. Beneficial interest includes holding five percent (5%) or more of any class of the firm's securities in "nominee shares", "street names", or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm such as director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers of the firm;

(iv) Ownership of ten percent (10%) or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm, or

(v) Holding fifty percent (50%) or more of the indebtedness of a firm.

(b) Prohibition on award.
In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary or, in the case of a subsidiary, the firm that owns the subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) Disclosure.
If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclose such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include--

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each government.

**K41 - DISCLOSURE OF OWNERSHIP OR CONTROL BY A FOREIGN GOVERNMENT (SEP 1994) - DFARS 252.209-7002**

**K43 - TAXPAYER IDENTIFICATION (OCT 1998) - FAR 52.204-3**

(a) Definitions.

"Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M and implementing regulations issued by the IRS. If the resulting contract is subject to the reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN

(✓) TIN: 59-2991957
( ) TIN has been applied for.
( ) TIN is not required because:
( ) Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;
( ) Offeror is an agency or instrumentality of a foreign government;
( ) Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.

( ) Sole proprietorship;
( ) Partnership;
(✓) Corporate entity (not tax-exempt);
( ) Corporate entity (tax-exempt);
( ) Government entity (Federal, State, or local);
( ) Foreign government;
( ) International organization per 26 CFR 1.6049-4
( ) Other ______________________

(f) Common parent.

(✓) Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.
( ) Name and TIN of common parent:

Name ______________________

TIN ______________________

**K45 - CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (MAR 1996) - FAR 52.209-5**

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that--

(i) The Offeror and/or any of its Principals--

(A) Are ( ) are not (✓) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency.

(B) Have ( ) have not (✓), within a three-year period preceding this offer, been convicted of or had a civil judgement rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0740-95-R-3025 | PAGE 22 | OF 24 PAGES |
|---|---|---|---|

property; and

(C) Are ( ) are not ( ) presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has ( ) has not ( ), within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

**K46 - CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (APR 1991) - FAR 52.203-11**

**K47 - INFORMATION FOR DUTY-FREE ENTRY EVALUATION (MAR 1998) DFARS 252.225-7003**

(a) Does the offeror propose to furnish -

(1) A domestic end product with nonqualifying country components for which the offeror requests duty-free entry; or

(2) A foreign end product consisting of end items, components, or material of foreign origin other than those for which duty-free entry is to be accorded pursuant to the Duty - Free Entry-Qualifying Country Supplies (End Products and Components) clause or, if applicable, the Duty - Free Entry-Eligible End Products clause of this solicitation?

( ) Yes ( ) No

(b) If the answer in paragraph (a) is yes, answer the following questions:

(1) Are such foreign supplies now in the United States? ( ) Yes ( ) No

(2) Has the duty on such foreign supplies been paid? ( ) Yes ( ) No

(3) If the answer to paragraph (b)(2) is no, what amount is included in the offer to cover such duty?

$

**K50 - CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (OCT 1996) - FAR 52.223-13**

(a) Submission of this certification is a prerequisite for making or entering into this contract imposed by Executive Order 12969, August 8, 1995.

(b) By signing this offer, the offeror certifies that--

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons: (Check each block that is applicable.)

[ ] (i) The facility does not manufacture, process, or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c);

[ ] (ii) The facility does not have 10 or more full-time employees as specified in section 313(b)(1)(A) of EPCRA, 42 U.S.C. 11023(b)(1)(A);

[ ] (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

[ ] (iv) The facility does not fall within Standard Industrial Classification Code (SIC) designations 20 through 39 as set forth in section 19.102 of the Federal Acquisition Regulation; or

[ ] (v) The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, the Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction.

## SECTION L

**L01 - AUTHORIZED DEVIATIONS IN PROVISIONS (APR 1984) - FAR 52.252-5**

(a) The use in this solicitation of any Federal Acquisition Regulation (48 CFR Chapter 1) provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the provision.

(b) The use in this solicitation of any DoD FAR Supplement (48 CFR Chapter 2) or Defense Logistics Acquisition Regulation provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

**L05 - POSTPONEMENT OF OPENING OF OFFERS (OCT 1992) - DLAD 52.214-9000**

If the opening of offers is postponed because emergency or unanticipated events (such as, but not limited to, flood, fire, accident, weather condition or strikes) result in closing the designated site for opening offers, so that the conduct of openings as scheduled is impracticable, offers or modifications or withdrawal of offers received prior to the time of actual opening will be considered as timely. Offers or modifications or withdrawal of offers received after the time of actual opening of offers, when opening of offers was postponed as provided above, will not be considered except as provided in FAR 52.214-7 or FAR 52.215-10 as applicable.

**L11 - NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (SEP 1990) - FAR 52.211-14**

Any contract awarded as a result of this solicitation will be ( ) DX Rated order; (X) DO Rated order certified for national defense use under the Defense Priorities and Allocations System (DPAS) (15 CFR 700), and the Contractor will be required to follow all the requirements of this regulation.

( ) DX-Rating; (X) DO-Rating

NOTE: (INFORMATION FOR OFFEROR-

(X) DO A1 ( ) DO A1 rating

( ) DX