| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0740-99-R-3025 | 23 | 24 PAGES |

L15 - SUBMISSION OF OFFERS IN THE ENGLISH LANGUAGE (APR 1991) - FAR 52.214-34

Offers submitted in response to this solicitation shall be in the English language. Offers received in other than English shall be rejected

L16 - SUBMISSION OF OFFERS IN U.S. CURRENCY (APR 1991) - FAR 52.214-35

Offers submitted in response to this solicitation shall be in terms of U.S. dollars. Offers received in other than U.S. dollars shall be rejected.

L18 - GOVERNMENT PRODUCTION AND RESEARCH PROPERTY (APR 1988) - DCSC 52.245-9C02

This solicitation does not authorize the use of any Government production or research property, except as may be specified in the solicitation. If an offeror requires the use, in performing any resulting contract, of any items of Government Property in the offeror's or its subcontractor's possession under a facilities contract or agreement independent of this solicitation, such offers, to be responsive, must identify the contract under which the property is held and list the property to be used showing acquisition cost and date of acquisition, and include written permission of the Contracting Officer having cognizance of the property to use property for the period required under the solicitation, and indicate the rent to be paid for the use, or if use is rent free, the evaluation factor to be applied computed under the facilities contract. Offers in response to sealed bid solicitations contingent on the use of Government Property not provided for in the schedule thereof that do not comply with the foregoing will be nonresponsive and not considered for award.

L19 - TYPE OF CONTRACT (APR 1984) - FAR 52.216-1 (RFPs only)

The Government contemplates award of:

(X) FIRM FIXED PRICE
( ) FIXED PRICE WITH ECONOMIC PRICE ADJUSTMENT
( )

contract resulting from this solicitation.

L27 - SERVICE OF PROTEST (AUG 1996) - FAR 52.233-2

(a) Protests, as defined in Section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the contracting officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from:

Office of Counsel (DSCC-G)
Defense Supply Center Columbus
P.O. Box 16704
Columbus, OH 43216-5010

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

L28 - MANUFACTURING OR PRODUCTION INFORMATION (FEB 1996) - DLAD 52.217-9001 (RFPs only)

If offers are submitted which fail to provide the actual manufacturing/production source(s) for the item(s) offered, or such, if such information is provided but restricted from disclosure (by the inclusion of the FAR 52.215-12 legend or any other proprietary or confidentiality restriction) such offers may be rejected as technically unacceptable. This provision does not apply to commercial items.

L37 - AGENCY PROTESTS (SEP 1996) - DLAD 52.233-9000

Companies protesting this procurement may file a protest

1. with the contracting officer, or
2. with the General Accounting Office, or
3. pursuant to Executive Order 12979, with the activity for a decision at a level above the contracting officer.

Protests filed with the activity should be addressed to the contracting officer, but should be addressed to the contracting officer, but should clearly state that they are an "Agency Level Protest under Executive Order 12979." The contracting officer will forward the protest to the appropriate official for decision. (This process allows for a higher level decision on the initial protest; it is not a review of a contracting officer's decision on a protest filed with the contracting officer.) Absent a clear indication of the intent to file an agency level protest, protests will be presumed to be protests to the contracting officer.

L5100 - SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998) - FAR 52.252-1

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):

NOTE: The text of any referenced FAR provisions may be obtained by request to Defense Construction Supply Center, ATTN: DCSC-BOA, P.O. Box 16704, Columbus, Ohio 43216-5010. However, the complete edition of Federal Acquisition Regulation (FAR) may be obtained by purchase from the Superintendent of Documents, Government Printing Office, Washington, D. C. 20402.

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) SOLICITATION PROVISIONS

| PROVISION TITLE | DATE | FAR REFERENCE |
|---|---|---|
| COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS | (MAR 1998) | 252.209-7003 |

SECTION M

M06 - F.O.B. TERMS (MAR 1972) - DCSC 52.247-9C08

Bids/offers submitted on a basis other than the F.O.B terms specified in Section F will render an offeror's bid (IFB) nonresponsive and may preclude consideration of an offeror's proposal (RFP).

ATTACHMENT

PALLETIZATION NO. DC1634F001 - 96150

1. SCOPE. This sheet covers the requirements for palletization of DSCC items of supply for handling, shipment, and storage.

2. REFERENCED DOCUMENTS. The following documents, of the issue in effect on the date of solicitation, form a part of this palletization sheet to the extent specified herein.

Specifications

FEDERAL

NN-P-71 Pallets, Material Handling, Wood Stringer Construction, 2-way and 4-way (Partial

Standards

MILITARY

MIL-STD-147 Palletized Unit Load

(Copies of listed federal and military specifications, standards, and associated documents listed in the Department of Defense Index of Specifications and Standards (DODISS), should be obtained from the DOD Single Stock Point, Commanding Officer, Naval Publications and Forms Center, 5801 Tabor Ave., Philadelphia, PA 19120-5099).

3. REQUIREMENTS.

Shipments of indentical items packed in four or more shipping

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>SP0740-99-R-3025 | PAGE OF<br>24 | 24<br>PAGES |
|---|---|---|---|

containers exceeding a total of 48 cubic feet per destination shall be palletized except when the shipping containers are required to be skidded (see 4c), or a quantity of four shipping containers pallet exceeds the size of weight limitations for palletized loads (see 3a and 3b, as applicable). Shipments packed Level C shall be palletized in accordance with 3a or 3b. Shipments packed Level A or Level B shall be palletized in accordance with 3b.

a. Material may be palletized on commercial pallets provided the load meets the following requirements:

(1) The load does not exceed 52 inches in length or width, 54 inches in height, and 3,000 pounds.

(2) The load is prepared and secured in a manner that will ensure carrier acceptance and permit safe rehandling at destination.

b. Palletization shall comply with MIL-STD-147 and appendices there to modified as follows.

(1) Loads shall be stable and shall not exceed the size and overseas limitations of MIL-STD-147.

(2) Glued loads shall not be used.

(3) For Level A packing, pallets shall comply with NN-P-71, Type V, class 1, size 2, except softwood may be used and the size may be reduced to a minimum of 36 inches in length and 44 inches in width to properly fit the load.

(4) For Level B packing, pallets shall conform to NN-P-71, Type II, size 2; Type IV; or Type V, class I, size 1. Wood used to construct pallets shall be group II, III, or IV, grade A, as specified in NN-P-71.

(5) Residual quantities of less than the quantity required for one course of the load need not be palletized.

c. Palletization is not required for shipping containers that are constructed with skids. Shipping containers, except drums, exceeding 70 pounds gross weight or 40 inches in length, shall be constructed with skids. Skids, shall be a minimum of 3x4 inch (nominal) lumber and shall be securely attached to permit multiple re-handling at destination. Drums shall be palletized.

Prepared by: DSCC
Columbus, OH 43216-5000
December 13, 1996

NSN 7540-01-152-8-67
Previous edition unusable

36-109
* GPO 1983 O - 381-526 (8050)

STANDARD FORM 36 (REV. 10-83)
Prescribed by GSA



37

F000037

SECTION A

| | | | | | |
|---|---|---|---|---|---|
| [X] J AWARD/CONTRACT [ ] K | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) > | RATING DOA1 | PAGE 01 | OF | PAGES 24 |
| 2. CONTRACT (Proc. Inst. Ident.) NO. SP0740-99-C-1004 | 3. EFFECTIVE DATE 99 JUN 29 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. SEE ATTACHED | | | |

ISSUED BY CODE SC0700

DEFENSE SUPPLY CENTER COLUMBUS
ATTN: DSCC-
3990 E. BROAD STREET, P.O. BOX 16704
COLUMBUS, OHIO 43216-5010

For Post Award Inquiries - See G01

6. ADMINISTERED BY CODE S1109A

DCMC CLEARWATER
GADSEN BLDG SUITE 200
9549 KROGER BLVD
ST PETERSBURG FL 33702-2455

CD: PAS: YES

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, state and ZIP code)

CAPITAL CITY PIPES INC
1872 MILLS ST SUITE F
TALLAHASSEE FL 32310-0205

CAGE CODE 0NSZ5 FACILITY CODE

8. DELIVERY
[X] FOB DESTINATION *See Section F
[ ] FOB ORIGIN [ ] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT
NET 30

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN > Item BLOCK 12 SEE SCHEDULE

11. SHIP TO/MARK FOR CODE

SEE SECTION B

12. PAYMENT WILL BE MADE BY: EFT: T CODE S33181

DFAS COLUMBUS CENTER
ATTN: DFAS-CO-LSCAA
P O BOX 182317
COLUMBUS OH 43218-2317

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:

[X] 10 U.S.C. 2304 (c) ( 1 )
[ ] 41 U.S.C. 253 (c) ( )

14. ACCOUNTING AND APPROPRIATION DATA:

[ ] OTHER - See Sec G, Clause G03
[ ] CG: 97 x 4930.5CC0 000-26.0 S33-150
[ ] 97 x 4930.5CC0 000-22.1 S33-150 (Trans)
[ ] FMS 9711 x 8242 L009 4D 8401 GBL S380000 (Trans)

[ ] Award issued pursuant to the Small Business Competitiveness Demonstration Program.

CAUTION: Whenever only a portion of a Clause is set forth herein, or identified only by number and title, such portion shall not be construed as varying the meaning or intent of the entire Clause as it appears or is referred to in the Federal Acquisition Regulation (FAR) or DoD FAR Supplement.
Federal Acquisition Regulation (FAR) Clauses cited throughout this Contract by Clause Title, Number, and Date are incorporated herein by reference with the same force and effect as if set forth in full text.

[ ] SPECIAL REVIEW [ ] FMS REQUIREMENT

15G. TOTAL AMOUNT OF CONTRACT > $ 497241.78

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 9 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH | |
| | C | DESCRIPTION/SPECS/WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | 10 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 9 | | K | REPRESENTATIONS, CERTIFICATIONS AND | |
| X | F | DELIVERIES OR PERFORMANCE | 9 | | | OTHER STATEMENTS OF OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | 9 | | L | INSTRS, CONDS. AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. [ ] CONTRACTORS NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ______ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [X] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number SP0740-99-R-3025 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

F000038

19A. NAME AND TITLE OF SIGNER (Type or print)

20A. NAME OF CONTRACTING OFFICER
ANITA L. LUICH

| | | | |
|---|---|---|---|
| 19B. NAME OF CONTRACTOR<br>BY ______<br>(Signature of person authorized of sign) | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA<br>Anita L. Luich<br>(Signature of Contracting Officer) | 20C. DATE SIGNED<br>99 JUN 29 |



NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE
OP 301-26.9-3 (R4) (FAR) (OCT 87)

DPACS SF26M (REV 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

# Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/574-0384

July 1, 1999

To Anita Luich
DSCC/Columbus

Ref: P.O # SP074099C1004

Dear Ms Luich:

Capital City Pipes, Inc is requesting an amendment on the above Purchase Order

**The adjustments are 1st the remittance address**
Capital City Pipes, Inc
C/O ABA# 07200052
Old Kent Bank Corp Trust
P.O. Box 144
Grand Rapids, MI 49501-0144

**2Nd Adjustment**
Place of Performance , Place of Shipping & Inspection should read:

FlexFab, Division
8143 Gun Lake Road
Hastings, MI
If there are any questions please call 850-574-3717, fax 850-475-0384

Thank you,

Thelma S. Williams

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: [X] J [ ] K
PAGE 01 OF PAGES 01

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| P00001 | SEP 2 7 1999 | YPC98169000611 + | |

6. ISSUED BY — CODE SC0700

DEFENSE SUPPLY CENTER, COLUMBUS
Post Office Box 16704
Columbus, Ohio 43216-5010

INITIATOR: M.A. Jeffries
DSCC-PAAEAAL (614) 692-2961, fax (614) 692-1238

7. ADMINISTERED BY (If other than Item 6) — CODE S1109A

DCMC CLEARWATER
GADSEN BLDG SUITE 200
9549 KROGER BLVD
ST PETERSBURG FL 33702-2455

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)

CAPITAL CITY PIPES INC
1872 MILLS ST SUITE F
TALLAHASSEE FL 32310-0205

CODE 0NSZ5 — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0740-99-C-1004

10B. DATED (SEE ITEM 13) 1999 JUN 29

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)

SAME AS BASIC

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14

| X | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. | OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION
(Organized by section headings, including solicitation/contract subject matter where feasible.)

NSN: 4720-01-066-6447

The remittance address where cited throughout the contract is hereby corrected to read as follows:

Old Kent Bank, Corp Trust
CO# ABA# 07200052
P.O. Box 144
Grand Rapids, MI 49501-0144

DF 32

Distribution: S1109A DCMC CLEARWATER, S33181 DFAS COLUMBUS CENTER

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | MALINDA A. JEFFRIES Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED SEP 2 7 1999 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE



DPACS SF30
Prescribed by GSA
FAR (48 CFR) 53.243

4-1-00

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

1. PROC. INSTRUMENT IDEN. (CONTRACT) SP0740-99-C-1004 (ORDER) NO.
6. INVOICE NO./DATE 503305-4
7. PAGE 1 OF 1
8. ACCEPTANCE POINT S

2. SHIPMENT NO. FLE0004
3. DATE SHIPPED 00MAR07
4. B/L CONSOL FRT #52467 TCN B
5. DISCOUNT TERMS NET 30 DAYS

9. PRIME CONTRACTOR CODE ONSZ5
CAPITAL CITY PIPES INC.
1872 MILLS ST. SUITE F
TALLAHASSEE FL 32310-0205

10. ADMINISTERED BY CODE S1109A
DCMC CLEARWATER
GADSEN BLDG SUITE 200
9549 KROGER BLVD
ST. PETERSBURG, FL 33702-2455

11. SHIPPED FROM (If other than 9) CODE 16632 FOB: D
FLEXFAB DIVN.
1699 WEST M-43 HIGHWAY
HASTINGS, MICHIGAN 49058

12. PAYMENT WILL BE MADE BY CODE S33181
DFAS-CO-SEC
ATTN: STOCK FUND ENTITLEMENTS DIV
P.O. BOX 182317
COLUMBUS OH 43218-2317

13. SHIPPED TO CODE SW3100
MECHANICSBURG FACILITY TRNS OFFICER
DEF DIST DEPOT SUSQUEHANNA PA
5450 CARLISLE PIKE
MECHANICSBURG PA 17055-0789

14. MARKED FOR CODE
NON-MILSTRIP RDD 05/15/99 PROJ

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0003 | 4720-01-066-6447<br>HOSE ASSY, AIR DUCT<br>M38386-C-015 | 178 | EA | 381.32 | $67,874.96 |
| | | | | | $67,874.96 |
| | ORIGINAL INVOICE | | | | |
| | GROSS SHIPMENT WEIGHT: 5,102# 1 BOX & 11 SKIDS | | | | |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
[X] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
00MAR07 DATE — [signature] SIGNATURE OF AUTH GOVT REP
TYPED NAME AND OFFICE MICHAEL A. WILSON S2303A 616-961-5327

B. DESTINATION
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME AND TITLE

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME AND OFFICE
* If quantity received by the Government is the same as quantity shipped, indicate by a checkmark. If different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

0003 SW3100 178 PCS

CHERYL L. MCWHINNEY, ORDER ENTRY
616-945-2433 EXT 232
FLEXFAB DIVN.
REMIT TO:
OLD KENT BANK
4420 - 44TH ST. S.E.
SUITE A
GRAND RAPIDS, MI 49512
ATTN: CURTISS D. BALLAST

4-11-00

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved
OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

1. PROC. INSTRUMENT IDEN. (CONTRACT): SP0740-99-C-1004 | (ORDER) NO.:
6. INVOICE NO./DATE: 503305-5
7. PAGE: 1 OF 1
8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: FLE0005
3. DATE SHIPPED: 00MAR07
4. B/L: CONSOL FRT #52468
TCN:
5. DISCOUNT TERMS: B NET 30 DAYS

9. PRIME CONTRACTOR — CODE ONSZ5
CAPITAL CITY PIPES INC.
1872 MILLS ST. SUITE F
TALLAHASSEE FL 32310-0205

10. ADMINISTERED BY — CODE S1109A
DCMC CLEARWATER
GADSEN BLDG SUITE 200
9549 KROGER BLVD
ST. PETERSBURG, FL 33702-2455

11. SHIPPED FROM (if other than 9) — CODE 16632 — FOB: D
FLEXFAB DIVN.
1699 WEST M-43 HIGHWAY
HASTINGS, MICHIGAN 49058

12. PAYMENT WILL BE MADE BY — CODE S33181
DFAS-CO-SEC
ATTN: STOCK FUND ENTITLEMENTS DIV
P.O. BOX 182317
COLUMBUS OH 43218-2317

13. SHIPPED TO — CODE SW3200
DEF DIST DEPOT SAN JOAQUIN
TRACY CA 95376-5000

14. MARKED FOR — CODE

NON-MILSTRIP RDD 05/15/99 PROJ

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0004 | 4720-01-066-6447<br>HOSE ASSY, AIR DUCT<br>M38386-C-015 | 272 | EA | 381.32 | $103,719.04 |
| | | | | | $103,719.04 |
| | GROSS SHIPMENT WEIGHT: 7,786# 17 SKIDS | | | | |

ORIGINAL INVOICE

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
[X] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE: 00MAR07
SIGNATURE OF AUTH GOVT REP: [signature]
TYPED NAME AND OFFICE: MICHAEL A. WILSON S2303A 616-961-5327

B. DESTINATION
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE
SIGNATURE OF AUTH GOVT REP
TYPED NAME AND TITLE

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.

DATE RECEIVED
SIGNATURE OF AUTH GOVT REP
TYPED NAME AND OFFICE

* If quantity received by the Government is the same as quantity shipped, indicate by a checkmark; if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

0004 SW3200 343 PCS
-272 PCS SHIPPED 3/7/00
-----
71 PCS BALANCE

CHERYL L. MCWHINNEY, ORDER ENTRY
616-945-2433 EXT 232
FLEXFAB DIVN.
REMIT TO:
OKD KENT BANK
4420 - 44TH ST. S.E.
SUITE A
GRAND RAPIDS, MI 49512
ATTN: CURTISS D. BALLAST

DD Form 250, NOV 92

DF 269



ed.
41

Mil-Pac Form: MPLF0001.015-990209
http://milpac.com (613)495-1400

47

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

4/20

1. PROC. INSTRUMENT IDEN. (CONTRACT): SP0740-99-C-1004 (ORDER) NO.:
6. INVOICE NO./DATE: 503305-6
7. PAGE 1 OF 1
8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: FLE0006
3. DATE SHIPPED: 00MAR14
4. B/L: CONSOL FRT #52471 TCN: B
5. DISCOUNT TERMS: NET 30 DAYS

9. PRIME CONTRACTOR CODE ONSZ5
CAPITAL CITY PIPES INC.
1872 MILLS ST. SUITE F
TALLAHASSEE FL 32310-0205

10. ADMINISTERED BY CODE S1109A
DCMC CLEARWATER
GADSEN BLDG SUITE 200
9549 KROGER BLVD
ST. PETERSBURG, FL 33702-2455

11. SHIPPED FROM (if other than 9) CODE 16632 FOB: D
FLEXFAB DIVN.
1699 WEST M-43 HIGHWAY
HASTINGS, MICHIGAN 49058

12. PAYMENT WILL BE MADE BY CODE S33181
DFAS-CO-SEC
ATTN: STOCK FUND ENTITLEMENTS DIV
P.O. BOX 182317
COLUMBUS OH 43218-2317

13. SHIPPED TO CODE SW3200
DEF DIST DEPOT SAN JOAQUIN
TRACY CA 95376-5000

14. MARKED FOR CODE
NON-MILSTRIP RDD 05/15/99 PROJ

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0004 | 4720-01-066-6447<br>HOSE ASSY, AIR DUCT<br>M38386-C-015 | 71 | EA | 381.32 | $27,073.72 |
| | | | | | $27,073.72 |
| | ORIGINAL INVOICE | | | | |
| | GROSS SHIPMENT WEIGHT: 2,150#, 5 SKIDS | | | | |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
[X] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

00MAR14 — DATE
[signature] — SIGNATURE OF AUTH GOVT REP
TYPED NAME AND OFFICE: MICHAEL A. WILSON S2303A 616-461-5327

B. DESTINATION
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME AND TITLE

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.

DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME AND OFFICE

* If quantity received by the Government is the same as quantity shipped, indicate by a checkmark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

0004 SW3200 343 PCS
-272 PCS SHIPPED 3/7/00
-----
71 PCS BALANCE
-71 PCS SHIPPED 3/14/00
-----
-0-

CHERYL L. MCWHINNEY, ORDER ENTRY
616-945-2433 EXT 232
FLEXFAB DIVN.
REMIT TO:
OKD KENT BANK
4420 - 44TH ST. SE.
SUITE A
GRAND RAPIDS, MI 49512
ATTN: CURTISS D. BALLAST

DD Form 250, NOV 92 — Previous edition may be used. 01 — DF 277

Mil-Pac Form: MPLF0001 ...
http://milpac.com

417-00

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

1. PROC. INSTRUMENT IDEN. (CONTRACT): SP0740-99-C-1004 | (ORDER) NO.:

6. INVOICE NO./DATE: 503305-7

7. PAGE: 1 OF 1

8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: FLE0007Z

3. DATE SHIPPED: 00MAR14

4. B/L: CONSOL FRT #52472
TCN
B

5. DISCOUNT TERMS: NET 30 DAYS

9. PRIME CONTRACTOR CODE: ONSZ5
CAPITAL CITY PIPES INC.
1872 MILLS ST. SUITE F
TALLAHASSEE FL 32310-0205

10. ADMINISTERED BY CODE: S1109A
DCMC CLEARWATER
GADSEN BLDG SUITE 200
9549 KROGER BLVD
ST. PETERSBURG, FL 33702-2455

11. SHIPPED FROM (if other than 9) CODE: 16632 FOB: D
FLEXFAB DIVN.
1699 WEST M-43 HIGHWAY
HASTINGS, MICHIGAN 49058

12. PAYMENT WILL BE MADE BY CODE: S33181
DFAS-CO-SEC
ATTN: STOCK FUND ENTITLEMENTS DIV
P.O. BOX 182317
COLUMBUS OH 43218-2317

13. SHIPPED TO CODE: SW3100
MECHANICSBURG FACILITY TRNS OFFICER
DEF DIST DEPOT SUSQUEHANNA PA
5450 CARLISLE PIKE
MECHANICSBURG PA 17055-0789

14. MARKED FOR CODE:
NON-MILSTRIP RDD 08/25/99 PROJ

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0005 | 4720-01-066-6447<br>HOSE ASSY, AIR DUCT<br>M38386-C-015 | 169 | EA | 381.32 | $64,443.08 |
| | | | | | $64,443.08 |
| | GROSS SHIPMENT WEIGHT: 4,840#, 11 SKIDS | | | | |

ORIGINAL INVOICE

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

00MAR14 — DATE
[signature] — SIGNATURE OF AUTH GOVT REP
TYPED NAME AND OFFICE: MICHAEL A. WILSON S2303A 616-461-5327

B. DESTINATION
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME AND TITLE

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.

DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME AND OFFICE

* If quantity received by the Government is the same as quantity shipped, indicate by a checkmark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

0005 SW3100 169 PCS

CHERYL L. MCWHINNEY, ORDER ENTRY
616-945-2433 EXT 232
FLEXFAB DIVN.
REMIT TO:
OLD KENT BANK
4420 - 44TH ST. SE.
SUITE A
GRAND RAPIDS, MI 49512
ATTN: CURTISS D. BALLAST

DD Form 250, NOV 92



ed. 11

DF 286

3-28-00

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

1. PROC. INSTRUMENT IDEN. (CONTRACT): SP0740-99-C-1004
(ORDER) NO.:
6. INVOICE NO./DATE: 503305-1
7. PAGE: 1 OF: 1
8. ACCEPTANCE POINT: S

2. SHIPMENT NO: FLE0001
3. DATE SHIPPED: 00FEB22
4. B/L: CONSOL FRT #52460
TCN: B
5. DISCOUNT TERMS: NET 30 DAYS

9. PRIME CONTRACTOR CODE: ONSZ5
CAPITAL CITY PIPES INC.
1872 MILLS ST. SUITE F
TALLAHASSEE FL 32310-0205

10. ADMINISTERED BY CODE: S2303A
DCMC GRAND RAPIDS
RIVERVIEW CTR BLDG
678 FRONT ST NW
GRAND RAPIDS, MI 49504-5352

11. SHIPPED FROM (if other than 9) CODE: 16632 FOB: D
FLEXFAB DIVN.
1699 WEST M-43 HIGHWAY
HASTINGS, MICHIGAN 49058

12. PAYMENT WILL BE MADE BY CODE: S33181
DFAS-CO-SEC
ATTN: STOCK FUND ENTITLEMENTS DIV
P.O. BOX 182317
COLUMBUS OH 43218-2317

13. SHIPPED TO CODE: SW3100
MECHANICSBURG FACILITY TRNS OFFICER
DEF DIST DEPOT SUSQUEHANNA PA
5450 CARLISLE PIKE
MECHANICSBURG PA 17055-0789

14. MARKED FOR CODE:
NON-MILSTRIP RDD 01/28/99 PROJ

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 | 4720-01-066-6447<br>HOSE ASSY, AIR DUCT<br>M38386-C-015 | 160 | EA | 381.32 | $61,011.20 |
| | | | | | $61,011.20 |
| | GROSS SHIPMENT WEIGHT: 4,580# 10 SKIDS | | | | |

ORIGINAL INVOICE

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
[X] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE: 000222 SIGNATURE OF AUTH GOVT REP: [signature]
TYPED NAME AND OFFICE: MICHAEL A. WILSON S2303A 616-461-5327

B. DESTINATION
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE SIGNATURE OF AUTH GOVT REP
TYPED NAME AND TITLE

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED SIGNATURE OF AUTH GOVT REP
TYPED NAME AND OFFICE

*If quantity received by the Government is the same as quantity shipped, indicate by a checkmark; if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

0001 SW3100 416 PCS
-160 PCS SHIPPED 2/22/00.
-----
-256 PCS BALANCE

CHERYL L. MCWHINNEY, ORDER ENTRY
616-945-2433 EXT 232
FLEXFAB DIVN

REMIT TO:
OLD KENT BANK
4420 - 44TH ST. S.E.
SUITE A
GRAND RAPIDS, MI 49512
ATTN: CURTISS D. BALIAST

4-40

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

1. PROC. INSTRUMENT IDEN. (CONTRACT): SP0740-99-C-1004 | (ORDER) NO.:
6. INVOICE NO./DATE: 503305-2
7. PAGE 1 OF 1
8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: FLE0002
3. DATE SHIPPED: 00FEB29
4. B/L: CONSOL FRT #52465
TCN
B
5. DISCOUNT TERMS: NET 30 DAYS

9. PRIME CONTRACTOR CODE ONSZ5
CAPITAL CITY PIPES INC.
1872 MILLS ST. SUITE F
TALLAHASSEE FL 32310-0205

10. ADMINISTERED BY CODE S2303A
DCMC GRAND RAPIDS
RIVERVIEW CTR BLDG
678 FRONT ST NW
GRAND RAPIDS, MI 49504-5352
SEE BLOCK #23

11. SHIPPED FROM (if other than 9) CODE 16632 FOB: D
FLEXFAB DIVN.
1699 WEST M-43 HIGHWAY
HASTINGS, MICHIGAN 49058

12. PAYMENT WILL BE MADE BY CODE S33181
DFAS-CO-SEC
ATTN: STOCK FUND ENTITLEMENTS DIV
P.O. BOX 182317
COLUMBUS OH 43218-2317

13. SHIPPED TO CODE SW3100
MECHANICSBURG FACILITY TRNS OFFICER
DEF DIST DEPOT SUSQUEHANNA PA
5450 CARLISLE PIKE
MECHANICSBURG PA 17055-0789

14. MARKED FOR CODE
NON-MILSTRIP RDD 01/28/99 PROJ

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 | 4720-01-066-6447<br>HOSE ASSY, AIR DUCT<br>M38386-C-015 | 256 | EA | 381.32 | $97,617.92 |
| | | | | | $97,617.92 |

"CORRECTED COPY"
SEE BLOCK #10

ORIGINAL INVOICE

GROSS SHIPMENT WEIGHT: 7,328#, 16 SKIDS

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
00FEB29 — DATE
[signature] — SIGNATURE OF AUTH GOVT REP
TYPED NAME AND OFFICE: MICHAEL A. WILSON S2303A 616-461-5327

B. DESTINATION
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME AND TITLE

22. RECEIVERS USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME AND OFFICE
* If quantity received by the Government is the same as quantity shipped, indicate by a checkmark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

0001 SW3100 416 PCS
-160 PCS SHIPPED 2/22/00.
-----
256 PCS BALANCE
-256 PCS SHIPPED 2/29/00
----
-0- BALANCE

CORRECTION FOR BLK #10
DCMC CLEARWATER
GADSEN BLDG SUITE 200
9549 KROGER BLVD
ST. PETERSBURG, FL 33702-2455

CHERYL L. MCWHINNEY, ORDER ENTRY
616-945-2433 EXT 232
FLEXFAB DIVN.

REMIT TO:
OLD KENT BANK
4420 - 44TH ST. S.E.
SUITE A
GRAND RAPIDS, MI 49512
ATTN: CURTISS D. BALLAST

1/00. CLM

51

DD Form 250, NOV 92 — Previous edition may be used. — DF 299

Mil-Pac Form

1-400

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved
OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

1. PROC. INSTRUMENT IDEN. (CONTRACT) SP0740-99-C-1004 | (ORDER) NO.

6. INVOICE NO./DATE 503305-3

7. PAGE 1 OF 1

8. ACCEPTANCE POINT S

2. SHIPMENT NO. FLE0003

3. DATE SHIPPED 00FEB29

4. B/L CONSOL FRT #52464
TCN
B

5. DISCOUNT TERMS NET 30 DAYS

9. PRIME CONTRACTOR CODE ONSZ5
CAPITAL CITY PIPES INC.
1872 MILLS ST. SUITE F
TALLAHASSEE FL 32310-0205

10. ADMINISTERED BY CODE S2303A
DCMC GRAND RAPIDS
RIVERVIEW CTR BLDG
678 FRONT ST NW
GRAND RAPIDS, MI 49504-5352

11. SHIPPED FROM (if other than 9) CODE 16632 FOB: D
FLEXFAB DIVN.
1699 WEST M-43 HIGHWAY
HASTINGS, MICHIGAN 49058

12. PAYMENT WILL BE MADE BY CODE S33181
DFAS-CO-SEC
ATTN: STOCK FUND ENTITLEMENTS DIV
P.O. BOX 182317
COLUMBUS OH 43218-2317

13. SHIPPED TO CODE SW3200
DEF DIST DEPOT SAN JOAQUIN
SAN JOAQUIN TRACY
TRACY CA 95376-5000

14. MARKED FOR CODE
NON-MILSTRIP RDD 12/17/98 PROJ

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0002 | 4720-01-066-6447<br>HOSE ASSY, AIR DUCT<br>M38386-C-015 | 198 | EA | 381.32 | $75,501.36 |
| | | | | | $75,501.36 |
| | GROSS SHIPMENT WEIGHT: 5,686# 13 SKIDS | | | | |

ORIGINAL INVOICE

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN

[X] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

00FEB29 — DATE

SIGNATURE OF AUTH GOVT REP: [signature]

TYPED NAME AND OFFICE: MICHAEL A. WILSON S2303A 616-961-5357

B. DESTINATION

[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE

SIGNATURE OF AUTH GOVT REP

TYPED NAME AND TITLE

22. RECEIVERS USE

Quantities shown in column 17 were received in apparent good condition except as noted.

DATE RECEIVED

SIGNATURE OF AUTH GOVT REP

TYPED NAME AND OFFICE

*If quantity received by the Government is the same as quantity shipped, indicate by a checkmark; if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

0002 SW3200 198 PCS

CHERYL L. MCWHINNEY, ORDER ENTRY
616-945-2433 EXT 232
FLEXFAB DIVN.
REMIT TO:
OLD KENT BANK
4420 - 44TH ST. S.E.
SUITE A
GRAND RAPIDS, MI 49512
ATTN: CURTISS D. BALLAST

DD Form 250, NOV 92



DF 307

ELECTRONIC TRANSFER PAYMENT SUBVOUCHER 

2000088

DFAS - COLUMBUS CENTER (DFAS-CO)
COLUMBUS, OHIO 43218-6204

PAID TO: CAPITAL CITY PIPES, I
CAGE: 0NSZ5
FIN. ORG: CAPITAL CITY BANK
FIN. RTN: 063100688

SUBVOUCHER NUMBER: CE22933-01
DSSN: 6355
TRANSACTION DATE: 28 MAR 2000

CONTRACT: SP074099C1004

| CALL/ ORDER | LINE ITEM | INVOICE NUMBER | MAN PAY | TYPE PAYMENT | GROSS AMOUNT | DISC/PEN AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| | 0001 | 5033051 | | PARTIAL | 61,011.20 | 0.00 | 61,011.20 |

CONTRACT TOTAL: 61,011.20

SUBVOUCHER TOTAL: 61,011.20

ACNTNG CLSFCTN: 97X4930.5CC0 26 S33-150 61,011.20





FIN001.FRM

FACSIMILE INVOICE 03/28/2000 (2000088)

DEFENSE FINANCE AND ACCOUNTING SERVICE COLUMBUS CENTER (DFAS-CO)
COLUMBUS, OH 43218-2317

PIIN: SP0740-99-C-1004 ORDER:

INVOICE: 5033051
SUB-VOUCHER: E22933-01
DISCOUNT TERMS: 0.000% 00
INVOICE DATE: 02/29/2000
DATE RECEIVED: 02/29/2000

SHIPMENT NO.:

SHIPMENT DATE
FEB 22 2000

SHIP MODE: 5

---

REMIT TO: CAGE: ONSZ5
CAPITAL CITY PIPES, I
CAPITAL CITY BANK

| ITEM NO. | STOCK/PART NUMBER DESCRIPTION | QUANTITY SHIP/RECD | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0001 | NSN 4720-01-066-6447 | 160 | EA | $381.32 | $61,011.20 |

TOTAL INVOICED AMOUNT $61,011.20

---

ELECTRONIC TRANSFER PAYMENT SUBVOUCHER PAGE 138

2000095

DFAS - COLUMBUS CENTER (DFAS-CO)
COLUMBUS, OHIO 43218-6204

PAID TO: CAPITAL CITY PIPES, I
CAGE: 0NSZ5
FIN. ORG: CAPITAL CITY BANK
FIN. RTN: 063100688

SUBVOUCHER NUMBER: CE23877-01
DSSN: 6355
TRANSACTION DATE: 04 APR 2000

CONTRACT: SP074099C1004

| CALL/ ORDER | LINE ITEM | INVOICE NUMBER | MAN PAY | TYPE PAYMENT | GROSS AMOUNT | DISC/PEN AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| | 0001 | 5033052 | | PARTIAL | 97,617.92 | 0.00 | 97,617.92 |
| | 0002 | 5033053 | | FINAL | 75,501.36 | 0.00 | 75,501.36 |

CONTRACT TOTAL: 173,119.28

SUBVOUCHER TOTAL: 173,119.28

ACNTNG CLSFCTN: 97X4930.5CC0 26 S33-150 173,119.28

FACSIMILE INVOICE 04/04/2000 (2000095)

DEFENSE FINANCE AND ACCOUNTING SERVICE COLUMBUS CENTER (DFAS-CO)
COLUMBUS, OH 43218-2317

PIIN: SP0740-99-C-1004 ORDER:

INVOICE: 5033052
SUB-VOUCHER: E23877-01
DISCOUNT TERMS: 0.000% 00
INVOICE DATE: 03/07/2000
DATE RECEIVED: 03/07/2000

SHIPMENT NO.:

SHIPMENT DATE
FEB 29 2000

SHIP MODE: 5

REMIT TO: CAGE: 0NSZ5
CAPITAL CITY PIPES, I
CAPITAL CITY BANK

| ITEM NO. | STOCK/PART NUMBER DESCRIPTION | QUANTITY SHIP/RECD | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0001 | NSN 4720-01-066-6447 | 256 | EA | $381.32 | $97,617.92 |

TOTAL INVOICED AMOUNT $97,617.92



DF 318

FIN001.FRM

FACSIMILE INVOICE 04/04/2000 (2000095)

DEFENSE FINANCE AND ACCOUNTING SERVICE COLUMBUS CENTER (DFAS-CO)
COLUMBUS, OH 43218-2317

PIIN: SP0740-99-C-1004 ORDER: INVOICE: 5033053
SUB-VOUCHER: E23877-01
SHIPMENT NO.: SHIPMENT DATE DISCOUNT TERMS: 0.000% 00
FEB 29 2000 INVOICE DATE: 03/07/2000
SHIP MODE: 5 DATE RECEIVED: 03/07/2000

---

REMIT TO: CAGE: ONSZ5
CAPITAL CITY PIPES, I
CAPITAL CITY BANK

| ITEM NO. | STOCK/PART NUMBER DESCRIPTION | QUANTITY SHIP/RECD | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0002 | NSN 4720-01-066-6447 | 198 | EA | $381.32 | $75,501.36 |

TOTAL INVOICED AMOUNT $75,501.36

---

ELECTRONIC TRANSFER PAYMENT SUBVOUCHER PAGE 78

2000102

DFAS - COLUMBUS CENTER (DFAS-CO)
COLUMBUS, OHIO 43218-6204

PAID TO: CAPITAL CITY PIPES, I
CAGE: 0NSZ5
FIN. ORG: CAPITAL CITY BANK
FIN. RTN: 063100688

SUBVOUCHER NUMBER: CE25013-01
DSSN: 6355
TRANSACTION DATE: 11 APR 2000

CONTRACT: SP074099C1004

| CALL/ ORDER | LINE ITEM | INVOICE NUMBER | MAN PAY | TYPE PAYMENT | GROSS AMOUNT | DISC/PEN AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| | 0003 | 5033054 | | FINAL | 67,874.96 | 0.00 | 67,874.96 |
| | 0004 | 5033055 | | PARTIAL | 103,719.04 | 0.00 | 103,719.04 |

CONTRACT TOTAL: 171,594.00

SUBVOUCHER TOTAL: 171,594.00

ACNTNG CLSFCTN: 97X4930.5CC0 26 S33-150 171,594.00