IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLEXFAB, LLC,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 02-1096C<br>(Judge Block) |

DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT

Pursuant to Rule 56(h) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully submits the following proposed findings of uncontroverted fact in support of its cross motion for summary judgment.

1. Flexfab, L.L.C. ("Flexfab") is a Michigan limited liability company that designs, among other things, air duct hose. Complaint ("Compl.") ¶¶ 1, 2.

2. Capital City Pipes, Inc. ("Capital City") is a Florida corporation that supplies, among other things, air duct hose. Compl. ¶¶ 12, 13.

3. Capital City was approached by the Defense Logistics Agency, Defense Supply Center Columbus ("DSCC"), small business specialist, Michael Taylor, to provide the duct hose at issue in this contract as a supplier in the Government's "8A" program for disadvantaged and minority contractors. A91.[1]

[1] Citations to "A__" refer to pages of the appendix, filed simultaneously with these proposed findings of uncontroverted

4. The DSCC small business specialist is separate from the Small Business Administration, which is a distinct agency, unrelated to DSCC. A90.

5. The DSCC director of small business requested approval from the SBA to use Capital City as the provider for duct hose. A1 (DF175). The SBA approved Capital City as a qualified 8A provider. A2-3.

6. Capital City worked with a subcontractor, C&S Industrial Supply Company ("C&S"). Cook Aff. at ¶ 6.

7. In turn, C&S subcontracted work to Flexfab. Cook Aff. at ¶¶ 7-8

8. In spring 1999, DSCC offered a restricted, 8A solicitation to Capital City. A5. Capital City offered Flexfab as its distributer. A17.

9. The pre-award contracting officer did not communicate with Flexfab, C&S, or Capital City, regarding an escrow agreement between Flexfab and Capital City. A89.

10. The pre-award contracting officer awarded Contract No. SPO740-99-C-1004 to Capital City Pipes on June 29, 1999. A6 (contract).

11. The contract incorporates FAR 52.232-33, "Mandatory

---

fact.

Information For Electronic Funds Transfer Payments." A34.[2]

13. The contract, in its original form, stated that the remittance address for payment be "Capital City Pipes,Inc. PO Box 12368, Tallahassee, FL." A13.

14. On June 23, 2002, Capital City requested, by fax letter, that the remittance address for the contract be changed to "Capital City Pipes, Inc. C/O ABA #07200052, Old Kent Bank, Corp Trust, P.O. Box 144, Grand Rapids, MI 49501-0144." A17.

15. The signed contract was then sent the Defense Finance and Accounting Service ("DFAS"), pursuant to regular DSCC practice. A86.

16. DFAS is responsible for payment to contractors. A53-64, A87, A77.

17. By letter dated July 1, 1999, Capital City requested that DSCC issue an amendment to the contract, changing the remittance address to "Capital City Pipes, Inc., C/O ABA # 07200052, Old Kent Bank Corp Trust, P.O. Box 144, Grand Rapids, MI 49501-0144." A44. This letter also requested that the contract be amended to adjust the place of performance, shipping, and inspection to "FlexFab Division, 8143 Gun Lake Road, Hastings, MI." Id.

18. On September 27, 1999, the post-award contracting officer,

---

[2] The contract contains 37 pages. A6-42. Anita Luich stated in her deposition that the final 13 pages were added after award. A88. However, the pagination suggests that the final 13 pages are, in fact, part of the contract.

Melinda Jeffries, issued amendment P00001 to the solicitation, A45. This amendment changed the remittance address to: "Old Kent Bank, Corp Trust, P.O. Box 144, Grand Rapids, MI 49501-0144." Id.

19. The post-award contracting officer who issued the amendment, Melinda Jeffries, did not have any knowledge of why the amendment was requested. A78A. Ms. Jeffries did not have any contact with C&S or Flexfab. A79.

20. Flexfab was not identified as a joint payee, and Capital City did not indicate an intent to assign its right to payment to Flexfab. A45.

21. Capital City never changed the remittance address in the Central Contractor Registration ("CCR"). Only the prime contractor can submit a change to the CCR, pursuant to regulation. A34 (incorporating FAR 52.232-33).

22. On February 22, February 29, March 7, and March 14, 2000, DSCC accepted delivery of duct hose from Flexfab. A46-52.

23. From March 28, 2000 through April 20, 2000, DSCC remitted full payment for each delivery to Capital City. A53-64. In remitting payment, DFAS used the original address provided by Capital City and did not use the address reflected in the amendment. Id.; A67.

24. After the modification was processed, Mr. Taylor, his superior Howard Griffen, and members of DFAS, met with a C&S

representative, Henry Cook. A93, A66.

25. During this meeting, C&S indicated that Capital City had not paid Flexfab. C&S also indicated that Capital City had not paid another subcontractor pursuant to another contract. A93.

26. Capital City never informed DSCC that there had been any payment problems. A74.

26. On May 30, 2001, Flexfab submitted a claim to DSCC for $452,031.60. A68. This claim was denied on June 27, 2002. A70. Flexfab filed this lawsuit on August 30, 2002.

27. Capital City filed for Chapter 7 bankruptcy on December 27, 2000. A97. Its bankruptcy petition is being considered by the United States Bankruptcy Court for the Northern District of Florida, Case No. 00-70953-TLH4.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Claudia Burke

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202)353-7978

March 23, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 23d day of March, 2004, a copy of the foregoing Defendant's Proposed Findings of Uncontroverted Facts. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke