No. 02-1096C
(Judge Block)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FLEXFAB, LLC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

PETER D, KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.,
Washington D.C. 20530
Tele: (202) 307-1011
Fax: (202) 307-0972

Attorneys for Defendant

OF COUNSEL:

VASSO K. MONTA
Associate Counsel
Defense Supply Center
Columbus
3990 East Broad St.
Columbus, OH 43216

May 7, 2004

# TABLE OF CONTENTS


Page(s)

I. DSCC Did Not Intend To Benefit Flexfab . . . . . . . . . . . 1

II. The Contract's Electronic Payment Provision Cannot Be Ignored . . . . . . . . . . . . . . . . . . . . . . . . . 7

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . 11

TABLE OF AUTHORITIES

FEDERAL CASES

Firth Construction Co., Inc. v. United States,
36 Fed. Cl. 268 (1996) . . . . . . . . . . . . . . . . . . 8, 10

Flexfab, Inc. v. United States,
(Fed. Cl. 94-974C) . . . . . . . . . . . . . . . . . . . . 7

Glass v. United States,
258 F.3d 1349 (Fed. Cir. 2001) . . . . . . . . . . . . . . . 6

Hol-Gar Manufacturing Corp. v. United States,
169 Ct. Cl., 351 F.2d 972 (1965) . . . . . . . . . . . . . . 8

Jowett, Inc. v. United States,
234 F.3d 1365 (Fed. Cir. 2000) . . . . . . . . . . . . . . . 8

McAbee Construction, Inc. v. United States,
97 F.3d 1431 (Fed. Cir. 1996) . . . . . . . . . . . . . . . 8

National Leased Housing Associate v. United States,
32 Fed. Cl. 454 (1994) . . . . . . . . . . . . . . . . . . 6

Trauma Service Group v. United States,
104 F.3d 1321 (Fed. Cir. 1997) . . . . . . . . . . . . . . . 4