Q. In fact, do you even pay attention to whether the remittance address is the same as the prime contractor?
A. I do make note of that because that does need to be addressed in the formal contract.
Q. Okay. But here, the remittance address was not Tallahassee, Florida. You were aware of that?
A. Yes.
Q. Did that raise any flags with you, or did that require you to do anything? Or if that's what you're told, that's fine with you?
A. That's not uncommon, so it's fine.
Q. Okay. I'm going to show you what's been marked as Exhibit 18. And I will alert you to the fact that this is a prior procurement effort. This is different. I don't want there to be any misunderstanding about that, but do you ever in your status as a pre-award contract specialist encounter quotes like Exhibit 18 that come from subcontractors?
A. No.
Q. Now, you were aware -- and maybe I've asked you this -- but you were aware at the time



that Capital City was not the point of origin for this hose, correct?
A. At the time of their submitted proposal.
Q. Right. That's right. That's what you said. I'm sorry. And you became aware of that how? Somebody told you that, or somebody sent you something?
A. They would identify that, Capital City.
Q. Okay. And how would they identify that?
A. I'm not sure where -- if I can --
Q. Yeah. You can look at anything in the binder. They're all marked exhibits.
A. Specifically, I'm looking for a fax from Capital City identifying Flexfab as their manufacturer.
Q. It would have been before June 29, correct?
A. Yes.
Q. This is something that you remember looking at recently?
A. Yes.
Q. Well, look at page 12 of 24 in Exhibit



3. Do you see where it says that -- in the second line of the text -- that Flexfab is the manufacturer?
A. That was their final confirmation that Flexfab is the contractor -- I mean, is the manufacturer.
Q. Okay. But most likely, you were aware of that possibility before June 23 of 1999?
A. Yes.
Q. And that might have come through verbal communications, or would it have come through written communications?
A. Written.
Q. Let me show you something which we will have marked as Exhibit 20.

- - - - -

Thereupon, Exhibit 20
is marked for purposes of
identification.

- - - - -

Q. And my first question for you is whether you've seen Exhibit 20 before today?
A. Yes.
Q. And is it something that you would have



seen at the time of the solicitation process?
A. No.
Q. Did you see it only in connection with preparing for your deposition?
A. No.
Q. When did you first see it, to the best of your recollection?
A. This is, I'm assuming, a part of the pre-award survey.
Q. Okay. I was going to ask you that too. It's not necessarily a stand-alone document?
A. No.
Q. It's part of something bigger. And, unfortunately, at least the way I have it is -- yeah. I may have pulled it out of something, so I apologize, or it may have been given to me this way. I don't know one way or the other.
Do you see in the beginning of the narrative where it talks about a pre-award quality survey was performed on June 15, 1999?
A. Yes.
Q. Obviously, this document was created on or after June 15, right?
A. Yes.

Attachment A