IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**FLEXFAB, L.L.C.,** a Michigan Limited Liability Company, successor to Flexible Horizons International, Inc., d/b/a Flexfab

Plaintiff,

v.

**UNITED STATES OF AMERICA,**

the Defendant.

Case No. 02-1096 C

Hon. Lawrence J. Block

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
Perrin Rynders (P38221)
Mark E. Hills (P47524)
Attorneys for Plaintiff
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
(616) 336-7000 – Facsimile

Claudia Burke
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington DC 20530
Attn: Classification Unit
1100 L Street NW, 8th Floor
(202) 307-0277
(202) 514-8624 – Facsimile

# PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

# Tab 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

**FLEXFAB, L.L.C.,** a Michigan Limited Liability Company, successor to Flexible Horizons International, Inc., d/b/a Flexfab

Plaintiff,

v.

**UNITED STATES OF AMERICA,**

Defendant.

Case No. 02-1096 C

Hon. Lawrence J. Block

**PLAINTIFF'S RULE 26(a)(1) DISCLOSURES**

---

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
Perrin Rynders (P38221)
Mark E. Hills (P47524)
Attorneys for Plaintiff
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
(616) 336-7000 – Facsimile

Kathleen Kohl
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington DC 20530
Attn: Classification Unit
1100 L Street NW, 8th Floor
(202)307/0277
(202)514-8624 -- Facsimile

---

Plaintiff Flexfab, L.L.C., by and through its attorneys, VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP, submits the following for its initial disclosures pursuant to RCFC 26(a)(1):

**(A) Individuals who may have discoverable information**

1. Matt DeCamp, c/o Plaintiff's counsel

2. Jeff Weiden, c/o Plaintiff's counsel

3. Kendrew Mueller, c/o Plaintiff's counsel

4. Lyle Claussen, c/o Plaintiff's counsel

5. Susan LaJoye
   505 West Marshall
   Hastings, MI 49058

6. Suzy Schmader
   421 West Bond
   Hastings, MI 49058

7. Sue Thompson
   7651 North 32 Street
   Richland, MI 49083

8. Henry Cook
   P.O. Box
   Cuthbert, GA 31740

9. Tomeka Sessions
   Capital City Pipes, Inc.
   Address presently unknown

10. Thelma Williams
    Capital City Pipes, Inc.
    Address presently unknown

11. Lee Gilliam
    Capital City Pipes, Inc.
    Address presently unknown

12. Shirley Spratt
    c/o Defendant's counsel

13. Anita Lulch
    c/o Defendant's counsel

14. Ms. Carolyn Mathews
    c/o Defendant's counsel

15. Malinda Jefffries
    c/o Defendant's counsel

16. Michael Wilson
    c/o Defendant's counsel

17. Other DSCC employees involved with the processing of the contract and modification documents and associated payments.

18. Michael Taylor
    Address and telephone number currently unknown

**(B) <u>Documents</u>**

1. Contract No. SP0740-99-C-1004 and related modification documents

2. Escrow Agreement between Flexfab, C&S Industrial, and Old Kent Bank

3. Assignment and Assumption Agreement between Flexfab Horizons and Flexfab, L.L.C.

4. Affidavit of Henry Cook

5. Plaintiff's invoices and shipping documents

6. DD250 Material Inspection and Receiving reports

7. Correspondence to or from Capital City Pipes, Inc.

8. Correspondence to or from C&S Industrial Supply

9. May 30, 2001, Contract Disputes Act Claim Letter

10. June 27, 2002, Claim Denial Letter

11. Documents from previous government contracts demonstrating the course of conduct between the parties in payments for materials supplied by Plaintiff being made to an escrow account controlled by Plaintiff.

**(C) <u>Damages</u>**

$452,031.60, together with interest, costs, and attorney's fees. Documents supporting this damage computation are available for inspection and copying.

**(D)** **Insurance**

Not applicable for Plaintiff

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
Attorneys for Plaintiff

Dated: March 19, 2003

By: ______________________________
Perrin Rynders
Mark E. Hills

Business Address and Telephone:
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000