# In the United States Court of Federal Claims

**No. 02-1096 C**

**FLEXFAB, LLC,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed September 28, 2004, denying plaintiff's motion for summary judgment and granting defendant's cross-motion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of the United States.

Brian Bishop
Clerk of Court

**September 28, 2004** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.