Receipt #061763

ORIGINAL

ECF

UNITED STATES
COURT OF FEDERAL CLAIMS

FILED
NOV 19 2004
U.S. COURT OF FEDERAL CLAIMS

Case No. 02-1096 C

---

**FLEXFAB, L.L.C.,** a Michigan Limited Liability Company, successor to Flexible Horizons International, Inc., d/b/a Flexfab

Plaintiff,

v.

**UNITED STATES OF AMERICA,**

Defendant.

**NOTICE OF APPEAL**

---

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
John W. Allen (P10120)
Perrin Rynders (P38221)
Mark E. Hills (P47524)
Attorneys for Plaintiff
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
(616) 336-7000 – Facsimile

Commercial Litigation Branch
Civil Division
UNITED STATES DEPARTMENT OF JUSTICE
Washington DC 20530
Claudia Burke
Attn: Classification Unit
1100 L Street NW, 8th Floor
(202) 307-0277
(202) 514-8624 – Facsimile

---

Notice is hereby given that Flexfab, L.L.C., in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final Judgment issued in favor of the United States pursuant to the United States Court of Federal Claims' Published Opinion and Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Cross-motion entered in this action on September 28, 2004.

Dated: November 18, 2004

John W. Allen

John W. Allen (P10120)
Perrin Rynders (P38221)
Varnum, Riddering, Schmidt & Howlett LLP
P. O. Box 352, Bridgewater Place
Grand Rapids, MI 49501-0352

UNITED STATES
COURT OF FEDERAL CLAIMS

Case No. 02-1096 C

**FLEXFAB, L.L.C.,** a Michigan Limited Liability Company, successor to Flexible Horizons International, Inc., d/b/a Flexfab

Plaintiff,

v.

**UNITED STATES OF AMERICA,**

Defendant.

**CERTIFICATE OF SERVICE**

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
John W. Allen (P10120)
Perrin Rynders (P38221)
Mark E. Hills (P47524)
Attorneys for Plaintiff
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
(616) 336-7000 – Facsimile

Commercial Litigation Branch
Civil Division
UNITED STATES DEPARTMENT OF JUSTICE
Washington DC 20530
Claudia Burke
Attn: Classification Unit
1100 L Street NW, 8th Floor
(202) 307-0277
(202) 514-8624 – Facsimile

STATE OF MICHIGAN )
) ss.
COUNTY OF KALAMAZOO )

The undersigned certifies that on the 18th day of November, 2004, a copy of ***Notice of Appeal*** was served by regular U.S. first class mail with postage fully prepaid upon the following party:

Claudia Burke
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington DC 20530
Attn: Classification Unit
1100 L Street NW, 8th Floor

Dated: November 18, 2004

John W. Allen