ORIGINAL

# United States Court of Appeals for the Federal Circuit

FILED
NOV 1 8 2005
U.S. COURT OF FEDERAL CLAIMS

05-5018

FLEXFAB, L.L.C.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## Judgment

***ON APPEAL from the*** UNITED STATES COURT OF FEDERAL CLAIMS

***in CASE NO(S).*** 02-CV-1096

***This CAUSE having been heard and considered, it is***

***ORDERED and ADJUDGED:***

AFFIRMED

***ENTERED BY ORDER OF THE COURT***

***DATED*** SEP 2 7 2005

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

By: Judith Brown Date: 11/18/05

ISSUED AS A MANDATE: NOV 1 8 2005